UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VANESTA A. MCFADDEN**     ) <br>     Plaintiff,    ) <br> ) <br> v.    ) <br> ) <br> **BALLARD SPAHR ANDREWS &** ) <br> **INGERSOLL, LLP**    ) <br> ) <br> AND    ) <br> ) <br> **MARGARET RILEY-JAMISON**  ) <br> ) <br>     Defendants.  ) | **Civil Case No.05cv2401 (RJL)** |

**RETURN OF SERVICE**

Plaintiff Vanessa A. McFadden files the attached Affidavit of Service demonstrating that the complaints and summonses were served on each of the Defendants on the dates and times indicated therein.

                                                    Respectfully submitted,

Dated: January 5, 2005                   By**:** _____**/s/**_____
                                                     Teresa W. Murray

                                                    THE LAW OFFICES OF T.W. MURRAY, LLC
                                                    1111 Bonifant Street
                                                    Silver Spring, Maryland 20910
                                                    Phone: 301-585-1870/Fax: 301-585-1871