# AFFIDAVIT OF SERVICE

I, Roguell Blue, swear under penalty of perjury that I personally served two summonses and complaints on the Defendants in the matter of McFadden v. Ballard Spahr Andrews & Ingersoll et al, at:

> Ballard Spahr Andrews & Ingersoll, LLC
> 601 Thirteenth Street, NW
> Washington, DC 20005-3807
> Tel: (202) 661-2200

Two different receptionists of Ballard Spahr Andrews & Ingersoll accepted the service. I am providing the receptionists names, features including dates and times of service.

1. On Behalf of *Mr. Allan R. Winn, Managing Partner of Ballard Spahr*

   Ms. Leta McDowell: Black female, African-American with long single braids; approximately 36 years old. Height 5'6"-5'8"; weight 185 pounds.
   Time of service: 1:30 p.m. to 2:00 p.m.
   Date: December 22, 2005

2. On Behalf of *Ms. Margaret Riley-Jamison*

   Ms. Suzie Casal: Black female, African-American (dark complexion) with twisted plat; approximately 26/28 years old. Weight 145 pounds.
   Time of service: 4:20 p.m.
   Date: December 29, 2005

Roguell Blue
P.O. Box 59
Suitland, MD 20752

Signature: *Roguell Blue*    Date: 12-30-05