UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA A. MCFADDEN, <br><br> Plaintiff, <br><br> v. <br><br> BALLARD SPAHR ANDREWS & INGERSOLL, LLP <br><br> and <br><br> MARGARET RILEY-JAMINSON, <br><br> Defendants. | Civil Action No. 1:05CV02401 |

## MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendants, Ballard Spahr Andrews & Ingersoll, LLP and Margaret Riley-Jamison request that the Court, for the reasons set forth in the accompanying memorandum of points and authorities, grant them an extension to February 10, 2006 to file a responsive pleading in this matter.[1]

Respectfully submitted,

_____/s/_____
Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W., Suite 1000 South
Washington, DC  20005
Tel:  (202) 661-2200  Fax:  661-2299

---

[1] Defendants have sought the consent of plaintiff's counsel to the relief in this motion but have been informed that plaintiff's counsel is out of town until Friday, January 13, 2006.

DMEAST #9426568 v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
VANESSA A. MCFADDEN,                        )
                                            )
                Plaintiff,                  )
                                            )   Civil Action No.  1:05CV02401
        v.                                  )
                                            )
BALLARD SPAHR ANDREWS &                     )
    INGERSOLL, LLP                          )
                                            )
        and                                 )
                                            )
MARGARET RILEY-JAMINSON,                    )
                                            )
                Defendants.                 )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants, Ballard Spahr Andrews & Ingersoll, LLP ("Ballard Spahr") and Margaret Riley-Jamison request that the court grant them an extension until February 10, 2006 to file a responsive pleading in this action.  Plaintiff filed this lawsuit on December 14, 2005.  Ballard Spahr was served on December 22, 2005.  Ms. Riley-Jamison was served on December 28, 2005.  Plaintiff and Defendants entered preliminary discussions to determine if the matter could be resolved.  The parties, however, were unable to resolve the matter.  Accordingly, Defendants need time to retain counsel and prepare and file a responsive pleading in this action and request

that the court grant them until February 10, 2006 to file a responsive pleading.

                                               Respectfully submitted,

                                      _____/s/_____
                                      Constantinos G. Panagopoulos
                                      Ballard Spahr Andrews & Ingersoll, LLP
                                      601 13th Street, N.W., Suite 1000 South
                                      Washington, DC  20005
                                      Tel:  (202) 661-2200  Fax:  661-2299

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA A. MCFADDEN,<br><br>                Plaintiff,<br><br>   v.<br><br>BALLARD SPAHR ANDREWS &<br>   INGERSOLL, LLP<br><br>   and<br><br>MARGARET RILEY-JAMINSON,<br><br>                Defendants. | Civil Action No. 1:05CV02401 |

## **ORDER**

Based on defendants' motion for an extension of time to file a responsive pleading, any opposition thereto, and the record in this case, it is hereby ORDERED that defendants have until February 10, 2006 to file a responsive pleading in this action.

_____
RICHARD J. LEON, DISTRICT JUDGE

cc:
    Constantinos G. Panagopoulos
    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
    601 13th Street, N.W., Suite 1000 South
    Washington, D.C. 20005-3807

    Teresa W. Murray
    THE LAW OFFICES OF T.W. MURRAY, LLC
    1111 Bonifant Street
    Silver Spring, Maryland  20910

## CERTIFICATE OF SERVICE

I certify that a true copy of the defendants' motion for an extension of time to file a responsive pleading, memorandum of points and authorities in support thereof, and proposed order were sent via e-filing and first class mail, postage prepaid, on this 10th day of January 2006 to:

>Teresa W. Murray
>THE LAW OFFICES OF T.W. MURRAY, LLC
>1111 Bonifant Street
>Silver Spring, Maryland  20910

_____/s/_____
Constantinos G. Panagopoulos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA A. McFADDEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BALLARD SPAHR ANDREWS &<br>　　INGERSOLL, LLP<br><br>　　and<br><br>MARGARET RILEY-JAMINSON,<br><br>　　　　　　Defendants. | Civil Action No. 1:05CV02401 |

**MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendants, Ballard Spahr Andrews & Ingersoll, LLP and Margaret Riley-Jamison request that the Court, for the reasons set forth in the accompanying memorandum of points and authorities, grant them an extension to February 10, 2006 to file a responsive pleading in this matter.[1]

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Constantinos G. Panagopoulos
　　　　　　　　　　　　　　　　　　Ballard Spahr Andrews & Ingersoll, LLP
　　　　　　　　　　　　　　　　　　601 13th Street, N.W., Suite 1000 South
　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　Tel:  (202) 661-2200  Fax:  661-2299

---

[1]　　Defendants have sought the consent of plaintiff's counsel to the relief in this motion but have been informed that plaintiff's counsel is out of town until Friday, January 13, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA A. MCFADDEN,<br><br>    Plaintiff,<br><br> v.<br><br>BALLARD SPAHR ANDREWS &<br> INGERSOLL, LLP<br><br> and<br><br>MARGARET RILEY-JAMINSON,<br><br>    Defendants. | Civil Action No. 1:05CV02401 |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendants, Ballard Spahr Andrews & Ingersoll, LLP ("Ballard Spahr") and Margaret Riley-Jamison request that the court grant them an extension until February 10, 2006 to file a responsive pleading in this action. Plaintiff filed this lawsuit on December 14, 2005. Ballard Spahr was served on December 22, 2005. Ms. Riley-Jamison was served on December 28, 2005. Plaintiff and Defendants entered preliminary discussions to determine if the matter could be resolved. The parties, however, were unable to resolve the matter. Accordingly, Defendants need time to retain counsel and prepare and file a responsive pleading in this action and request

that the court grant them until February 10, 2006 to file a responsive pleading.

              Respectfully submitted,

              _____/s/_____
              Constantinos G. Panagopoulos
              Ballard Spahr Andrews & Ingersoll, LLP
              601 13th Street, N.W., Suite 1000 South
              Washington, DC  20005
              Tel:  (202) 661-2200  Fax:  661-2299

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA A. MCFADDEN, <br><br> Plaintiff, <br><br> v. <br><br> BALLARD SPAHR ANDREWS & INGERSOLL, LLP <br><br> and <br><br> MARGARET RILEY-JAMINSON, <br><br> Defendants. | Civil Action No. 1:05CV02401 |

## **ORDER**

Based on defendants' motion for an extension of time to file a responsive pleading, any opposition thereto, and the record in this case, it is hereby ORDERED that defendants have until February 10, 2006 to file a responsive pleading in this action.

_____
RICHARD J. LEON, DISTRICT JUDGE

cc:
    Constantinos G. Panagopoulos
    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
    601 13th Street, N.W., Suite 1000 South
    Washington, D.C. 20005-3807

    Teresa W. Murray
    THE LAW OFFICES OF T.W. MURRAY, LLC
    1111 Bonifant Street
    Silver Spring, Maryland  20910

**CERTIFICATE OF SERVICE**

I certify that a true copy of the defendants' motion for an extension of time to file a responsive pleading, memorandum of points and authorities in support thereof, and proposed order were sent via e-filing and first class mail, postage prepaid, on this 10th day of January 2006 to:

> Teresa W. Murray
> THE LAW OFFICES OF T.W. MURRAY, LLC
> 1111 Bonifant Street
> Silver Spring, Maryland  20910

_____/s/_____
Constantinos G. Panagopoulos