UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**VANESSA A. MCFADDEN**           )
    Plaintiff,           )
               )
    v.           )   **Civil Case No.05cv2401 (RJL)**
               )
**BALLARD SPAHR ANDREWS &**       )
**INGERSOLL, LLP et al.**           )
               )
    Defendants.           )
_____)

## SCHEDULING ORDER

Per the Joint Meet and Confer Statement filed by the parties in this action, it is this

_____ day of _____, 2006 hereby ORDERED

**Initial Disclosures**: The parties are not required to provide copies of documents, data compilations and tangible things as required by Fed. R. Civ. P. 26(a)(1)(B). Plaintiff is not required to provide Defendants a computation of categories of damages unless and until the Court has ruled on dispositive motions and has declined to dismiss this action. The parties must comply with all other requirements of Fed. R. Civ. P. 26(a) and provide initial disclosures on or before March 30, 2006.

**Discovery**: All presumptive limits for discovery methods (i.e. interrogatories, document production requests, depositions, etc.) apply in this case.  The presumptive limits apply to each party; therefore, the limits on  the number of discovery methods apply to each Defendant separately.  All discovery shall be completed by October 31,

2006, with the exception of the deposition of expert witnesses which may be taken up to 90 days before trial.

**Other Case Deadlines**:

| | |
|---|---|
| Joinder of Parties: | within 30 days of this Order |
| Deadline to Designate Expert Witnesses and Expert Report Due: | September 15, 2006 |
| Deadline to Amend Pleadings: | October 31, 2006 |
| Dispositive Motions Due: | December 1, 2006 |
| Oppositions to Dispositve Motions Due: | January 2, 2006 |
| Replies Due: | January 17, 2006 |
| Pretrial Conference: | 60 days after denial of dispositive motion |
| Trial: | to be determined at pretrial conference |

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

2