UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA A. McFADDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| BALLARD SPAHR ANDREWS & ) | |
| INGERSOLL, LLP, et al., ) | |
| ) | |
| Defendants. ) | |

### [DEFENDANTS' PROPOSED] SCHEDULING ORDER

In accordance with the Joint Meet and Confer Statement filed by the parties in this action, it is this _____ day of _____, 2006 hereby ORDERED

**Discovery:** All presumptive limits for discovery methods (i.e. interrogatories, document production requests, depositions, etc.) apply in this case. The presumptive limits on discovery methods apply to both Defendants jointly. All discovery shall be completed by October 31, 2006, with the exception of the deposition of expert witnesses which may be taken up to 90 days before trial.

**Other Case Deadlines:**

| | |
|---|---|
| Initial Disclosures:[1] | by March 30, 2006 |
| Joinder of Parties: | within 30 days of this Order |
| Deadline to Amend Pleadings: | within 30 days of this Order |

---

[1] Parties need not provide copies of all documents, data compilations, and tangible things that may be used to support its claims or defenses as required by Fed. R. Civ. P. 26(a)(1)(B).

1

| | |
|---|---|
| Deadline to Designate Expert Witnesses and Expert Report Due: | September 15, 2006 |
| Dispositive Motions Due: | December 1, 2006 |
| Oppositions to Dispositive Motions Due: | January 2, 2007 |
| Replies Due: | January 17, 2007 |
| Pretrial Conference: | 60 days after denial of dispositive motion |
| Trial: | to be determined at Pretrial conference |

SO ORDERED.

_____
Richard J. Leon
United States District Judge