UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vanessa A. McFadden, )
)
Plaintiff, )
)
v. )  Civil Action No. 1:05CV02401
)  Judge Richard J. Leon
Ballard Spahr Andrews and )
Ingersoll, LLP, *et al.*, )
)
Defendants. )
_____ )

### DEFENDANTS' INITIAL RULE 26 DISCLOSURES

In accordance with Rule 26(a)(1), Defendants provide its initial disclosures.

**Rule 26(a)(1)(A):** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.[1]

**ANSWER:**

1.  McFadden, Vanessa - Plaintiff

The following are current or former employees of Ballard Spahr. They may be contacted through counsel for Defendants.

2.  DiBattista, John - Director of Human Resources at Ballard Spahr

3.  Edwards, Joanne - Benefits Department at Ballard Spahr in Baltimore

---

[1] The names of persons with knowledge of facts relative to Defendants' claims or defenses are given without waiver of any attorney-client or applicable privileges.

1

4.  Forman, Fern - former Benefits Manager at Ballard Spahr in Philadelphia

5.  Henck, Charles - Partner at Ballard Spahr for whom Plaintiff worked in Washington D.C.

6.  Iverson, Wendy - Office Manager at Ballard Spahr in Washington D.C.

7.  Larroca, Jeffrey - Partner at Ballard Spahr in Washington D.C.

8.  Lamson, Jackie - Benefits Coordinator at Ballard Spahr in Philadelphia

9.  Panagopoulos, Constantinos - Partner at Ballard Spahr in Washington D.C.

10. Riley-Jamison, Margaret - Human Resources Manager at Ballard Spahr and Defendant

11. Winn, Allan - Managing Partner of Washington D.C. office at Ballard Spahr

12. Janet Craig – IT Manager at Ballard Spahr in Washington, D.C.

The following witnesses are current or former employees of Unum Provident involved in the processing of Plaintiff's claim for disability benefits. Unum Provident's address is: Unum Life Insurance Co., Benefits Center, P.O. Box 9500, Portland, ME 04104.

13. Colleran, Maureen

14. Irish, Loriann

15. Spellman, Robert

The following witnesses are health care providers of Plaintiff who have information about her medical conditions and inability to work:

16. Armstrong, Earl M.D.

17.     Morgan, Seth M.D.

18.     Mussenden, Phillip M.D.
        2001 Benning Rd. N.E.
        Washington D.C. 20002

19.     Thomas, Kristen M.D.

**Rule 26(a)(1(B):** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**ANSWER:**

The following documents are in the custody and control of defendant:[2]

1.      Time Sheets

2.      Personnel File

3.      Salary Advance Requests by Plaintiff

4.      Vacation/Leave Records

5.      Termination Letter

6.      Disability Plan

7.      Communications (notes, e-mails and letters) between Plaintiff and Defendants

8.      Communications between Ballard Spahr and Social Security Administration

9.      Communications between Ballard Spahr and Unum Provident

10.     Letters to Members of Congress

---

[2]     Defendants preserve their right to object to the discoverability and/or

11. Pay Advance Forms

12. Documentation of loans to Plaintiff by Charles Henck

13. Plaintiff's Pay Stubs and Checks

14. Salary Records

15. 401(k) Loans and Hardship Withdrawal Applications

16. Promissory Notes and Loan Applications

17. FMLA Policy

18. Disability Application

19. Physician Certification

20. Documents relating to the Representation of Cornelius McFadden

21. Documents submitted to EEOC

**Rule 26(a)(1)(C):** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**ANSWER:**

Defendants' damages are attorney's fees and costs.

**Rule 26(a)(1)(D):** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a

admissibility of such documents.

judgment which may be entered in the actor or to indemnify or reimburse for payments made to satisfy the judgment.

**ANSWER:**

Ballard Spahr has an insurance policy to cover employment claims.

Respectfully submitted,

Ballard Spahr LLP,
By Counsel

_____/s/_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)
Counsel for Defendants