UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vanessa A. McFadden,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| **Ballard Spahr Andrews and** ) | |
| **Ingersoll, LLP,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION TO COMPEL

Defendants, Ballard Spahr Andrews & Ingersoll LLP and Margaret Riley-Jamison, by counsel, hereby move this Court to compel Plaintiff, Vanessa A. McFadden, to respond to Defendants' First Set of Interrogatories and First Set of Document Requests as set forth in the attached Memorandum of Points and Authorities in Support of Defendants' Motion.

GOOD FAITH CERTIFICATE

Counsel for Defendants certifies that he attempted to resolve the matters raised in this motion. Counsel for Defendants corresponded with counsel for the Plaintiff by letters dated June 29, July 10, and July 21, 2006 and spoke by telephone with Plaintiff's counsel on July 27, 2006 about the deficiencies in Plaintiff's discovery responses. Counsel were not able to resolve all the discovery matters in dispute.

This motion to compel is opposed by Plaintiff.

Respectfully submitted,

Ballard Spahr LLP and Margaret Riley-Jamison,
By Counsel


_/s/_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*