UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Vanessa A. McFadden,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV02401 |
| | ) | Judge Richard J. Leon |
| **Ballard Spahr Andrews and Ingersoll, LLP,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Compel and Plaintiff's response thereto, and it appearing that said motion should be granted, it is hereby:

ORDERED that Plaintiff's objections to Defendants' interrogatories and document requests are overruled;

ORDERED that Plaintiff answer Defendants' First Set of Interrogatories Nos. 17 forward;

ORDERED that Plaintiff supplement her responses to Defendants' First Set of Interrogatories Nos. 3 - 10, 11, 14 and 16;

ORDERED that Plaintiff fully respond to the Defendants' First Set of Document Requests, including Requests No. 1 - 64 (Plaintiff's contentions); No. 65 (tax returns); No. 66 (comparators); Nos. 67 - 68 (other lawsuits); Nos. 69 - 73 (medical records); No. 74 (expert witnesses); No. 75 (statistical reports); Nos. 76 - 80 (communications); Nos. 81 - 82 (personnel file); No. 83 (damages); Nos. 84 - 88 (statements, diaries/calendars, communications); Nos. 89 - 90 (documents submitted to and received from the Social Security Administration or any private

disability insurance carrier); and Nos. 91 - 95 (EEOC documents).

ORDERED that Plaintiff provide a complete calculation of damages as required under Fed.R.Civ.P. 26(a)(1)(c) and in response to Defendants' Interrogatory No. 2 and Document Request No. 83;

ORDERED that Plaintiff's responses, as ordered above, shall be served upon Defendants within five days of the date of this Order; and it is

FURTHER ORDERED that Defendants are awarded their reasonable attorney fees and costs in filing and pursuing their motion to compel.

ENTERED this _____ day of August, 2006.

_____
Richard J. Leon, United States District Court Judge