Philip L. Mussenden, M. D.

2001 Benning Road, N. E.
Washington, D. C. 20002
(202) 396-4774

8/31/04

To Whom It May Concern:

This is to certify that Ms. Vanessa McFadden has been evaluated by me for multi-system medical problems. It is my medical opinion that Ms. McFadden would benefit greatly by residing in a warmer climate.

sincerely,

Phil Mussenden