UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESTA A. MCFADDEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BALLARD SPAHR ANDREWS & )<br>INGERSOLL, LLP, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02401 (RJL)<br>Judge Richard J. Leon |

**PLAINTIFF VANESSA McFADDEN'S FIRST AMENDED INITIAL DISCLOSURES**

Pursuant to the Federal Rule of Civil Procedure 26 (a)(1), Plaintiff, Vanessa A. McFadden provides the following First Amended Initial Disclosures, based on the information reasonably available to her at this time:

**III.   DAMAGES CALCULATION[1]**

1. Back pay - $135,417 and continuing

2. Lost Benefits/Medical Expenses - $13,936 and continuing costs for replacement insurance

3. Future lost earnings – 18 years of future employment lost – cannot be calculated without salary projections from Defendant Ballard Spahr

4. Loss of rental property equity and income - $858/monthly and continuing

5. Liquidated and treble damages – to be determined by judge

---

[1] Plaintiff McFadden provides this amendment to her initial disclosures, since her request for a modification on this item of the initial disclosures was not granted by the Court.

6. Compensatory Damages for emotional distress – cannot be quantified and is a jury question. Plaintiff McFadden is seeking the maximum compensation permitted by law.

7. Punitive Damages for Defendants' reckless disregard for Ms. McFadden's rights - cannot presently be quantified and is a jury question.

8. Attorney's fees and costs – approximately $21,000 and continuing.

Plaintiff McFadden expressly reserves the right to amend her damages calculation at some later point in time as additional information is uncovered during the course of this litigation.

Respectfully submitted,

Dated: July 25, 2006                By:_____
                                         Teresa W. Murray

THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Phone: 301-585-1870/Fax: 301-585-1871

# CERTIFICATE OF SERVICE

     I hereby certify that on the ___25th___ day of _ July 2006 _, a copy of the foregoing Plaintiff's Vanessa McFadden's First Amended Initial Disclosures was sent via facsimile and first-class mail to:

Jonathan Mook
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Fax: 703-548-3181

                                                                         Teresa W. Murray