## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | |
| **VANESSA A. MCFADDEN** ) | |
|     Plaintiff, ) | |
| ) | |
|   v. ) | **Civil Case No.05cv2401 (RJL)** |
| ) | |
| **BALLARD SPAHR ANDREWS &** ) | |
| **INGERSOLL, LLP et al.** ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

## **ORDER**

Upon consideration of the Defendants' Motion to Compel, Plaintiff's Opposition, and all responses thereto, it is this _____ day of _____, 2006 hereby

ORDERED that Defendants' Motion is **DENIED** in its entirety.

**SO ORDERED.**

 

_____
RICHARD J. LEON
United States District Judge