# DiMuroGinsberg pc
ATTORNEYS AT LAW

BERNARD J DIMURO
NINA J GINSBERG
JONATHAN R MOOK
JOHN M TRAN
MICHAEL E BARNSBACK
HILLARY J COLLYER
JENNIFER S KESSLER
STEPHEN J STINE

MICHAEL S LIEBERMAN.
OF COUNSEL

June 22, 2006

**Via Facsimile & Mail**
Teresa W. Murray, Esquire
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20920
(301) 585-1871(fax)

Re:   *Vanessa A. McFadden v. Ballard Spahr Andrews & Ingersoll, LLP, et al.*
      Civil Action No.: 1:05CV02401 (RJL)

Dear Ms. Murray:

Defendants' First Set of Interrogatories and Document Requests were served by fax and mail on May 15, 2006. To date, I have not received any responses. Since the deadline for the discovery requests has passed, all objections have been waived.
If I do not receive full and complete responses to Defendants' discovery by June 30, 2006, I shall have no choice but to file a motion to compel.

Very truly yours,

Jonathan R. Mook

JRM/bb

EXHIBIT B

908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703.684.4333    FAX: 703.548.3181    WEB: WWW.DIMURO.COM