AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court

### DISTRICT OF COLUMBIA

VANESSA A. McFADDEN

**SUBPOENA IN A CIVIL CASE**

V.

BALLARD SPAHR ANDRES AND INGERSOLL, LLP

CASE NUMBER:1 CA# 1:05cv02401

To: **Wells Fargo Home Mortgage, Custodian of Records**
1225 New York Ave., N.W., Washington, D.C. 20005

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See Attachment A

| PLACE DiMuroGinsberg, P.C. – 908 King Street, Suite 200, Alexandria, VA 22314 | DATE AND TIME 9/1/2006 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE 8-16-06 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Jonathan R. Mook/DC Bar #19177/908 King Street/Suite 200/Alexandria, VA 22314/(703) 684-4333

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via mail, postage prepaid this /6th/ day of August, 2006 to the following:

> Teresa W. Murray, Esq.
> The Law Offices of T.W. Murray, LLC
> 1111 Bonifant Street
> Silver Spring, Maryland 20920
> (301) 585-1870
> (301) 585-1871(fax)
> *Counsel for Plaintiff*

_____
Jonathan R. Mook

## Attachment A: Vanessa McFadden - Loan Applications

To:    Former and Current Mortgage Companies, Lending Institutions and/or Banks

1. Any and all documents that refer or relate to any application for any type of loan by Cornelius McFadden and/or Vanessa McFadden including but not limited to application for loans, verifications of employment and wages, verification of previous addresses, verifications of disability, credit references, credit reports, personal or work references, and responses to any requests to outside sources for information regarding Vanessa or Cornelius McFadden of any nature.

2. Any and all correspondence, notes/log, memoranda or any other written documentation regarding any loan applied for by Vanessa or Cornelius McFadden.

Vanessa McFadden SSN: 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
Cornelius McFadden SSN: 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