## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
|  |  |
|---|---|
| **VANESSA A. MCFADDEN** | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Case No.05cv2401 (RJL) |
|  | ) |
| **BALLARD SPAHR ANDREWS &** | ) |
| **INGERSOLL, LLP et al.** | ) |
|  | ) |
| Defendants. | ) |

_____)

## **ORDER**

Upon consideration of Plaintiff's Motion to Quash Subpoena Duces Tecum Opposition, and all responses thereto, it is this _____ day of _____, 2006 hereby ORDERED that Plaintiff's Motion is **GRANTED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge