UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| Ballard Spahr Andrews and ) | |
| Ingersoll, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO COMPEL
SIGNING OF RELEASE FORM**

Defendants, Ballard Spahr Andrews & Ingersoll LLP and Margaret Riley-Jamison, by counsel, hereby move this Court to compel Plaintiff, Vanessa A. McFadden, to sign the release form sent by the Social Security Administration to release her records as set forth in the attached Memorandum of Points and Authorities in Support of Defendants' Motion.

GOOD FAITH CERTIFICATE

Counsel for Defendants certifies that he attempted to resolve the matters raised in this motion. Counsel for Defendants corresponded with counsel for the Plaintiff by letter dated August 29, 2006 and left voice mails for Plaintiff's counsel on September 7 and 8, 2006 about signing the consent form. No response was received by counsel for Defendants.

Given the lack of response from Plaintiff's counsel, Defendants' counsel believes that this motion to compel is opposed by Plaintiff.

Respectfully submitted,

Ballard Spahr LLP and Margaret Riley-Jamison,
By Counsel


_____\\s\\_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*