# SOCIAL SECURITY

Refer to:
S9H: PP4892

August 24, 2006

Mr. Jonathan R. Mook, Esq.
Attorney at Law
908 King Street, Suite 200
Alexandria, VA 22314

Dear Mr. Mook:

This is in reference to your August 16, 2006, request regarding Ms. Vanessa McFadden. You requested a copy of records from Ms. McFadden's Social Security file. However, your request did not contain proper authorization for release of this information.

## Legal Restrictions

The Privacy Act of 1974 (5 U.S.C. § 552a(b)) restricts disclosure of the information you requested. The only exception that might permit us to disclose these records to you without consent would be the exception for disclosure required by the Freedom of Information Act (FOIA) (5 U.S.C. § 552). To determine whether the FOIA requires disclosure, we must balance the public interest in releasing the information against the individual's right to privacy. The only public interest we may consider is whether the information would shed light on the way the agency performs its duties. I have not found that disclosing this information would provide any such insight. I have, therefore, determined that disclosure of this information would be a clearly unwarranted invasion of personal privacy, and that the information is exempt under the FOIA (5 U.S.C. § 552(b)(6)).

## Authorization Requirements

Authorizations for disclosure of medical records must:

- state that the Social Security Administration (SSA) may disclose the information,
- **be signed by the individual,**
- **be dated within 90 days of receipt by SSA,**
- **specify** what information should be disclosed,
- **state to whom** it should be disclosed, and



DEFENDANT'S EXHIBIT A

- specify a time frame during which we may disclose the records. We will treat the authorization to disclose information as consent for a one-time-only disclosure if it does not specify a time period.

Enclosed is Form SSA-3288, Consent for Release of Information. When properly executed, this form can be used to obtain information retained by SSA from any SSA office. When completing the form, please specify exactly what information you require.

Sincerely,

Willie J. Polk
Privacy Officer

Enclosure

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information
**TO:** Social Security Administration

Name                    Date of Birth           Social Security Number

I authorize the Social Security Administration to release information or records about me to:
          NAME                                              ADDRESS

I want this information released because:

(There may be a charge for releasing information.)

Please release the following information:

\_\_\_\_   Social Security Number
\_\_\_\_   Identifying information (includes date and place of birth, parents' names)
\_\_\_\_   Monthly Social Security benefit amount
\_\_\_\_   Monthly Supplemental Security Income payment amount
\_\_\_\_   Information about benefits/payments I received from _____ to
\_\_\_\_   Information about my Medicare claim/coverage from _____ to
         (specify)
\_\_\_\_   Medical records
\_\_\_\_   Record(s) from my file (specify)

\_\_\_\_   Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature:
(Show signatures, names, and addresses of two people if signed by mark.)
Date:_____        Relationship:

SSA-3288

Form Approved
OMB No. 0960-0566

Social Security Administration
## Consent for Release of Information
Please read these instructions carefully before completing this form.

| | |
|---|---|
| **When To Use This Form** | Complete this form only if you want the Social Security Administration to give information or records about you to an individual or group (for example, a doctor, or an insurance company). |

Natural or adoptive parents or a legal guardian, **acting on behalf of a minor**, who want us to release the minor's:
o  nonmedical records, should use this form.
o  medical records, should not use this form, but should contact us.

Note:  Do not use this form to request information about your earnings or employment history. To do this, complete Form SSA-7050-F3. You can get this form at any Social Security office.

**How To Complete This Form**

This consent form must be completed and signed only by:
o  the person to whom the information or record applies, or
o  the parent or legal guardian of a minor to whom the **nonmedical** information applies, or
o  the legal guardian of a legally incompetent adult to whom the information applies.

To complete this form:
o  Fill in the name, date of birth, and Social Security Number of the person to whom the information applies.
o  Fill in the name and address of the individual or group to which we will send the information.
o  Fill in the reason you are requesting the information.
o  Check the type(s) of information you want us to release.
o  Sign and date the form. If you are not the person whose record we will release, please state your relationship to that person.

---

- The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

TIME IT TAKES TO COMPLETE THIS FORM--We estimate that it will take you about 3 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001. Send only comments relating to our "time it takes" estimate to the office listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S Government section of your telephone directory.

SSA-3288