UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>Ballard Spahr Andrews and )<br>Ingersoll, LLP, *et al.*, )<br>)<br>　　　　Defendants. )<br>) | Civil Action No. 1:05CV02401<br>Judge Richard J. Leon |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Compel and Plaintiff's response thereto, and it appearing that said motion should be granted, it is hereby:

ORDERED that Plaintiff shall sign the release form requested by the Social Security Administration;

ORDERED that Plaintiff shall return the signed form to counsel for the Defendants by September ___, 2006; and it is

FURTHER ORDERED that Defendants are awarded their reasonable attorney fees and costs in filing and pursuing their motion to compel.

ENTERED this _____ day of September, 2006.

_____
Richard J. Leon, United States District Court Judge