LAW OFFICES
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC
WILMINGTON, DE

FERN H. FORMAN
BENEFITS MANAGER
DIRECT DIAL: (215) 864-8914
PERSONAL FAX: (215) 864-9284
E-MAIL: FORMAN@BALLARDSPAHR.COM

March 5, 2004

Wells Fargo Mortgage

    Re:    <u>Vanessa McFadden (social security number: 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)</u>

To whom it may concern:

    Please be advised that Vanessa McFadden has applied for Long Term Disability coverage under the plan sponsored by her employer, Ballard Spahr Andrews & Ingersoll, LLP. Our carrier, UnumProvident, has an incredibly long tedious process for Long Term Disability approvals. Vanessa is in the middle of that process. Please be assured that we are doing all we can do to speed the process along.

    Once approved, her benefits will be retroactive to January 14th. She will receive a lump sum check (overnight mail) from January 14th to current. The monthly check amount will be approximately $2,500 minus any taxes. This amount is calculated by UnumProvident. I'm estimating the amount based on her current Ballard Spahr salary and the 60% benefit that UnumProvident provides.

    Please let me know if I can provide any additional information or be of assistance in any way.

    Sincerely,

    Fern H. Forman
    Benefits Manager

FHF/f



DEFENDANT'S EXHIBIT A

Ballard -00595