Main Menu | My Account | Print | Contact Us | Log Out

| Last Name | First Name | Middle Name | Company Name |
|---|---|---|---|
| MCFADDEN | VANESSA | | |

| Street Address | City | State | Zip | Parcel Number |
|---|---|---|---|---|
| | | DC | | |

Output Type: ● Formatted HTML    ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Search completed                                     Records: 1 to 3 of 3

  

All                              Property Deeds

Property Address -
1653 AVENGER LN, JACKSONVILLE FL 32221-8047
Owner Name - MCFADDEN, VANESSA
Seller Name - ADAMS HMS OF NORTHWEST FL INC
Owner Address -
3457 MASSACHUSETTS AVE SE, WASHINGTON DC 20019-2941
Sale Amount - $218,900
Mortgage Amount - $152,600
Data Source - A

Sale Date - 03/15/2005
Recording Date - 03/31/2005
Parcel Number - 009062-5280
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address - 1815 M ST NE, WASHINGTON DC 20002-2009
Owner Name - SANDERSON, RONALD
Seller Name - MCFADDEN CORNELIUS SR & VANESSA A
Owner Address -
Sale Amount - $236,000
Mortgage Amount - $236,000
Data Source - A

Sale Date - 02/23/2005
Recording Date - 03/17/2005
Parcel Number - 4471-0000-0134
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address -
3345 CROFFUT PL SE, WASHINGTON DC 20019-2439
Owner Name - SUTTON, DEREK
Seller Name - MCFADDEN CORNELIUS & VANESSA A
Owner Address -
Sale Amount - $220,500
Mortgage Amount - $176,400
Data Source - A

Sale Date - 07/18/2005
Recording Date - 07/21/2005
Parcel Number - 5427-0000-0081
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -





DEFENDANT'S EXHIBIT B

Export to Excel                              Records: 1 to 3 of 3

Main Menu | My Account | Print | Contact Us | Log Out



| Last Name | First Name | Middle Name | Company Name |
|---|---|---|---|
| MCFADDEN | CORNELIUS | | |

| Street Address | City | State | Zip | Parcel Number |
|---|---|---|---|---|
| | | DC | | |

R B

Output Type:   ⦿ Formatted HTML   ○ Cut and Paste / Printer Friendly Text (No Reports)

Important: The Public Records and commercially available data sources used in this system have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Search completed                                        Records: 1 to 8 of 8

  

All                        Property Deeds

Property Address - 1815 M ST NE, WASHINGTON DC 20002-2009
Owner Name - MCFADDEN, CORNELIUS
Owner Address -
3457 MASSACHUSETTS AVE SE, WASHINGTON DC 20019-2941
Sale Amount - $0
Mortgage Amount - $53,300
Data Source - A

Sale Date - 11/09/1998
Recording Date - 11/18/1998
Parcel Number - 4471- -0134
Document Type - DEED OF TRUST
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address - 1815 M ST NE, WASHINGTON DC 20002-2009
Owner Name - MCFADDEN, CORNELIUS
Seller Name - MCFADDEN CORNELIUS SR
Owner Address -
3457 MASSACHUSETTS AVE SE, WASHINGTON DC 20019-2941
Sale Amount - $0
Mortgage Amount - $0
Data Source - A

Sale Date - 11/09/1998
Recording Date - 11/18/1998
Parcel Number - 4471- -0134
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address - 1815 M ST NE, WASHINGTON DC 20002-2009
Owner Name - MC FADDEN, CORNELIUS
Seller Name - MC FADDEN HENRY SR
Owner Address -
Sale Amount - $0
Mortgage Amount - $0
Data Source - A

Sale Date - 07/01/1997
Recording Date - 07/10/1997
Parcel Number - 44710134
Document Type - NOMINAL
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -





Property Address -
3345 CROFFUT PL SE, WASHINGTON DC 20019-2439
Owner Name - SUTTON, DEREK
Seller Name - MCFADDEN CORNELIUS & VANESSA A
Owner Address -
Sale Amount - $220,500
Mortgage Amount - $176,400
Data Source - A

Sale Date - 07/18/2005
Recording Date - 07/21/2005
Parcel Number - 5427-0000-0081
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address -
3345 CROFFUT PL SE, WASHINGTON DC 20019-2439
Owner Name - MCFADDEN, CORNELIUS
Owner Address -
Sale Amount - $0
Mortgage Amount - $63,700
Data Source - A

Sale Date - 11/09/1998
Recording Date - 11/13/1998
Parcel Number - 5427- -0081
Document Type - DEED OF TRUST
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address -
3457 MASSACHUSETTS AVE SE, WASHINGTON DC 20019-2941
Owner Name - MCFADDEN, CORNELIUS
Owner Address -
Sale Amount - $0
Mortgage Amount - $149,776
Data Source - A

Sale Date - 10/29/1998
Recording Date - 11/03/1998
Parcel Number - 55110120
Document Type - DEED OF TRUST
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address -
3457 MASSACHUSETTS AVE SE, WASHINGTON DC 20019-2941
Owner Name - MCFADDEN, CORNELIUS
Seller Name - MINOR JOHN W
Owner Address -
Sale Amount - $149,500
Mortgage Amount - $148,550
Data Source - A

Sale Date - 08/19/1996
Recording Date - 08/19/1996
Parcel Number - 55110120
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -



Property Address - 1815 M ST NE, WASHINGTON DC 20002-2009
Owner Name - SANDERSON, RONALD
Seller Name - MCFADDEN CORNELIUS SR & VANESSA A
Owner Address -
Sale Amount - $236,000
Mortgage Amount - $236,000
Data Source - A

Sale Date - 02/23/2005
Recording Date - 03/17/2005
Parcel Number - 4471-0000-0134
Document Type - GRANT DEED
Land Usage - SINGLE FAMILY RESIDENCE
Brief Description -





Records: 1 to 8 of 8




**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

## Real Property Assessment Database - Search Results

New Search

Results 1 to 1 of 1   first| previous | next | last

Click on a property to view detail and assessment information.

| Square/Suffix/Lot | Premise Address | Owner Name | Neighborhood | Sub-Neighborhood | Use Code |
|---|---|---|---|---|---|
| 5511 0120 | 3457 MASSACHUSETTS AV SE | CORNELIUS MCFADDEN SR | HILLCREST | B | 12 |

Results 1 to 1 of 1   first| previous | next | last

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A Wilson
1350 Pennsylva
Washington, DC



QUESTIONS?
Ask Our Online Service Rep






CFO HOME

TAXPAYER SERVICE CENTER

REAL PROPERTY SERVICES
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database



QUESTIONS?
Ask Our Online Service Rep

## Property Detail

**Address:** 3457 MASSACHUSETTS AV SE
**SSL:** 5511 0120

### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | HILLCREST | **Sub-Neighborhood:** | B |
| **Use Code:** | 12 - Residential-Detached-Single-Fa | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 001 - Residential |
| **Homestead Status:** | ** Currently receiving the Homestead Deduction* | | |
| **Assessor:** | ALFRED BARBER | | |
| **Gross Building Area:** | | **Ward:** | 7 |
| **Land Area:** | 5,236 | **Triennial Group:** | 1 |

### Owner and Sales Information

| | |
|---|---|
| **Owner Name:** | CORNELIUS MCFADDEN SR |
| **Mailing Address:** | 3457 MASSACHUSETTS AVE SE; WASHINGTON DC20019-2941 |
| **Sale Price:** | Not Available |
| **Sale Date:** | Not Available |
| **Instrument No.:** | |

### Tax Year 2007 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2007) |
|---|---|---|
| **Land:** | $183,160 | $209,750 |
| **Improvements:** | $107,710 | $128,780 |
| **Total Value:** | $290,870 | $338,530 |
| **Taxable Assessment:*** | $157,614 | $179,818 |

* Taxable Assessment after Tax Assessment Credit and after $60,000 Homestead Credit, if applicable. (Click here for more information).

** This property is currently receiving tax relief through the Homestead deduction program. If you are not domiciled in the District or the property is not your principal place of residence, you are obligated to inform the Office of Tax and Revenue. This can be done by accessing the link below and completing the necessary form and returning it per the instructions. You may also write to the Office of Tax and Revenue, Real Property Administration, P.O. Box 176, Washington, DC 20044. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief cancellation application
*

View Tax Information | View Property Features | View Payments

| | | |
|---|---|---|
| Government of the District of Columbia<br>Citywide Call Center : (202) 727-1000<br>TTY/TDD Directory | Telephone Directory by Topic \| Agencies \| DC Council \| Search \| Elected Officials<br><br>Feedback \| Translation \| Accessibility \| Privacy & Security \| Terms & Conditions | John A. Wilson Building<br>1350 Pennsylvania Avenue. NW<br>Washington, DC 20004 |