**Spellman, Robert B**

| | |
|---|---|
| **From:** | LeFevre, Don B |
| **Sent:** | Friday. June 10, 2005 2 20 PM |
| **To:** | Spellman, Robert B |
| **Subject:** | Field Report - Vanessa Mcfadden - Por-05-02-24-090947-SMOE |
| **Attachments:** | Definition Activities of Daily Living doc, McFaddenVanessaSecond Visit Confirmation Letter doc, McFaddenVanessa Visit Confirmation Letter doc |

Rob, A PRINTER FRIENDLY version of this report now exists in the Lotus Notes database under Reports   Thanks   Don LeFevre

--------------------- Forwarded by Don LeFevre/Provident Life/US on 06/10/2005 02:18 PM -----------------------

# Field & Vendor Services
# Field Report

**Report made by:**
Don LeFevre

**Date of Report:**
06/10/2005

**Requestor Name**
Robert Spellman
C358

**Date Assigned**
02/24/2005

**Site/Unit**
Portland - GenMed IB

| | |
|---|---|
| **Insured Name:** | Vanessa Mcfadden |
| **DOB:** | 08/15/1957 |
| **Tracking Number:** | Por-05-02-24-090947-SMOE |
| **Date of Disability:** | 10/16/2003 |
| **Policy Number:** | Contact DBS for info |
| **Claim Number:** | Contact DBS for info |
| **Report Status:** | Finished |
| **Report Type:** | Final |

DEFENDANT'S
EXHIBIT
ALL-STATE LEGAL®
C

## Summary:

**Rob,**
Thanks for sending file material.  I visited the claimant at her Washington, DC home on Wednesday June 8,

1

---

*Claimant Name: Vanessa  McFadden     Claim #: 1164932*

UNUM 00811

2005. She called me on May 31, 2005 to say that she was unable to see me on Monday June 6, 2005 at about 11AM in DC because she had a meeting with an attorney on that date to determine what she could do about the structural damage discovered in the house that she purchased in Florida.

During our visit the claimant's twin daughters were also present. Her spouse was reportedly sleeping in the bedroom during my visit. The interview lasted approximately about 99 minutes. I learned that the claimant's phone number 202 581-0472 is disconnected and calls are being forwarded to 202 584-1704. That number is the sole number that she now has in the DC area. On May 23, 2005 I learned that the claimant was in Florida and her Florida based phone number is 904 695-1448. The claimant indicates that she was staying in Florida to see if the climate in Jacksonville suits her needs as they had a new home built in a new development. It was purchased in November 2004 and they settled on it (without benefit of a walk through tour) on March 15, 2005. They have learned that the home has significant structural problems that is causing leaking and creating mold. She is unable to live in the home safely due to her breathing problems and open sores that develop on her hands and feet. Her spouse is reportedly terminally ill and is oxygen dependent and he too is unable to safely reside in that home. Their planned permanent move to Florida is now up in the air.

She reports that she has multiple health problems and with all likelihood she will never be able to return to the work force. She said that she actually worked well beyond the time that her physicians urged her to quit simply due to financial pressures. She was working under an Employee Assistance Program at work and ultimately the Partner Attorney that she had worked with for over 15 years came to the conclusion that she was missing too much work and making too many mistakes. She needed to take an extended leave. Her health has actually gotten worse since she stopped working. See other portions of this report for additional information

## Attachments:

1. **Word Attachment of a discussion guide that we used when we covered Activities of Daily Living**



Definition Activities
of Daily ..

2. **Word ATTACHMENT of my May 31, 2005 dated letter**



McFaddenVanessaS
econd Visit Co...

3. **Word ATTACHMENT of my May 25, 2005 dated letter**



McFaddenVanessa
Visit Confirma ..

## Claimant Interview:

The appointment time for the interview was set during a phone call to our insured on May 25, 2005 after various phone message exchanges.

**Directions to home:** To get to the claimant's home, take the DC Beltway I-95 to Exit 7 Branch Avenue and head toward Washington, DC. After you cross the DC Line at Southern Avenue continue on it for about 10 blocks and cross Pennsylvania Avenue, SE. Then go an additional mile and enter Randal Circle and them make a right hand turn onto Massachusetts Avenue. The claimant lives at 3457 Massachusetts Avenue, SE on the right-hand side of the street (about .3 of a mile from Randal Circle). Her DC area home number is 202 584-1704 and that is her daughter's phone number. Washington, DC Map 17, B-6

UNUM 00812