# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VANESSA A. MCFADDEN**          )<br>　　　　Plaintiff,          )<br>                    )<br>v.                    )<br>                    )<br>**BALLARD SPAHR ANDREWS &**    )<br>**INGERSOLL, LLP et al.**         )<br>                    )<br>　　　　Defendants.       )<br>_____) | **Civil Case No.05cv2401 (RJL)** |

# **ORDER**

Upon consideration of the Defendants' Motion to Compel, Plaintiff's Opposition, and all responses thereto, it is this _____ day of _____, 2006 hereby

ORDERED that Defendants' Motion is **DENIED** in its entirety.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge