UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VANESSA A. McFADDEN    )
                       )
    Plaintiff,          )
                       )
    v.                 )    Civil Case No. 05cv2401 (RJL)
                       )
BALLARD SPAHR ANDREWS &    )
INGERSOLL, LLP, *et al.*    )
                       )
    Defendants.        )

### ORDER

(#10)

It is, this 29th, day of September, 2006, hereby

**ORDERED** that plaintiff's objections to defendants' interrogatories and document requests are overruled, and it is further

**ORDERED** that plaintiff answer defendants' First Set of Interrogatories Nos. 17 forward, and it is further

**ORDERED** that plaintiff supplement her responses to defendants' First Set of Interrogatories Nos. 3-10, 11, 14, and 16, and it is further

**ORDERED** that plaintiff fully respond to defendants' First Set of Document Requests, and it is further

**ORDERED** that plaintiff provide a complete calculation of damages as required under Federal Rule of Civil Procedure 26(a)(1)(c) and in response to defendants' Interrogatory No. 2 and Document Request No. 83, and it is further

**ORDERED** that plaintiff's responses be served upon defendants within fifteen days of the date of this Order.

**SO ORDERED.**

**RICHARD J. LEON**
**United States District Judge**