UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Ballard Spahr Andrews and )<br>Ingersoll, LLP, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:05CV02401<br>Judge Richard J. Leon |

### DEFENDANTS' MOTION TO TEST THE SUFFICIENCY OF PLAINTIFF'S RESPONSES TO REQUESTS FOR ADMISSION

Defendants, Ballard Spahr Andrews & Ingersoll LLP and Margaret Riley-Jamison, by counsel, hereby move this Court to test the sufficiency of Plaintiff Vanessa McFadden's Responses to Defendants' Requests for Admission. Defendants specifically challenge Plaintiff's responses to admission requests Nos. 5, 6, 10, 11, 12, 13, 26, 32, 34, 37, 40, 41, 42, 43, 44, 45 and 51. The grounds for Defendants' motion are set forth in the attached memorandum of points and authorities in support of Defendants' motion.

GOOD FAITH CERTIFICATE

Counsel for Defendants certifies that he attempted to resolve the matters raised in this motion. Counsel for Defendants corresponded with counsel for the Plaintiff by letter dated October 12, 2006 requesting that Plaintiff withdraw or clarify her denials for admission referenced in the accompanying legal memorandum. To date, no response has been received by counsel for Defendants. Also, Defendants' counsel attempted to contact Plaintiff's counsel by telephone without success.

Given the lack of response from Plaintiff's counsel, Defendants' counsel assumes that this motion to compel will be opposed by Plaintiff.

> Respectfully submitted,
>
> Ballard Spahr LLP and Margaret Riley-Jamison,
> By Counsel
>
>
> _____\\s\\_____
> Bernard J. DiMuro, Esq. (D.C. Bar #393020)
> Jonathan R. Mook, Esq. (D.C. Bar #929406)
> DiMURO GINSBERG, P.C.
> 908 King Street, Suite 200
> Alexandria, VA  22314
> (703) 684-4333
> (703) 548-3181 (facsimile)
> *Counsel for Defendants*