UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| Ballard Spahr Andrews and ) | |
| Ingersoll, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Test the Sufficiency of Plaintiff's Responses to Requests for Admission and Plaintiff's response thereto, and it appearing that said motion should be granted, it is hereby:

ORDERED that Defendants' Requests for Admission Nos. 5, 6, 10, 11, 12, 13, 26, 32, 34, 37, 40, 41, 42, 43, 44, 45 and 51 are deemed admitted; and it is further

ORDERED that sanctions in an amount to be later determined by this Court shall be imposed upon Plaintiff for failure to respond to Defendants' Requests for Admission in good faith.

ENTERED this _____ day of October, 2006.

_____
Richard J. Leon, United States District Court Judge