## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VANESSA A. MCFADDEN**  )  ) | |
| Plaintiff,  )  ) | |
| v.  ) | Civil Case No.05cv2401 (RJL) |
| ) | |
| **BALLARD SPAHR ANDREWS &**  ) | |
| **INGERSOLL, LLP et al.**  )  ) | |
| Defendants.  ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Discovery Deadline, and all Opposition and responses and replies thereto, it is hereby ORDERED this _____ day of _____, 2006, that the Motion is **GRANTED**. And it is further

**ORDERED**:

a. Discovery deadline is 12/15/06 (with the exception of the deposition of expert witnesses, which may be taken up to 90 days before trial);

b. Dispositive Motions Due: 1/15/07

c. Oppositions Due: 2/15/07

d. Replies Due: 3/2/07

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge