# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Vanessa A. McFadden,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| **Ballard Spahr Andrews and** ) | |
| **Ingersoll, LLP,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO APPEAR FOR DEPOSITION, TO AMEND DISPOSITIVE MOTION DEADLINE, AND FOR SANCTIONS

Defendants, Ballard Spahr Andrews & Ingersoll LLP and Margaret Riley-Jamison, by counsel, pursuant to Fed.R.Civ.P., hereby move the Court to compel Plaintiff to appear for deposition, to amend dispositive motion deadline, and for sanctions as set forth in the attached memorandum of law in support of Defendants' motion.

### GOOD FAITH CERTIFICATE

Counsel for Defendants certifies that he attempted to resolve the matters raised in this motion. Counsel for Defendants attempted to call counsel for the Plaintiff on October 27 and 30, 2006 without success.

Given the lack of response from Plaintiff's counsel, Defendants' counsel assumes that this motion will be opposed by Plaintiff.

Respectfully submitted,

                        Ballard Spahr LLP and Margaret Riley-Jamison, By Counsel

_____\\s\\_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*