UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vanessa A. McFadden,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| **Ballard Spahr Andrews and** ) | |
| **Ingersoll, LLP,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## [PROPOSED] ORDER

This matter having come before the Court upon Defendants' Motion to Compel Plaintiff to Appear for Deposition, Amend the Deadline for Dispositive Motions, and for Sanctions and it appearing to the Court that Defendants' motion should be granted, it is hereby ordered, adjudged and decreed as follows:

1. Plaintiff is ordered to appear for her deposition as later noticed by Defendants, said deposition to occur on or before December 15, 2006, unless otherwise ordered by this Court;

2. Any dispositive motions shall be filed by January 15, 2007, with oppositions due by February 15, 2007, and replies due by March 2, 2007.

3. In all other respects, the scheduling order entered in this case shall remain in effect.

4. Sanctions in the total amount of $_____ shall be assessed against Plaintiff and her counsel, T.W. Murray, Esquire, for Plaintiff's failure to appear for her duly noticed deposition on October 26, 2006;

So ORDERED.

ENTERED this _____ day of October, 2006.

_____
Richard J. Leon, United States District Court Judge