



September 20, 2006

BERNARD J. DIMURO
NINA J. GINSBERG
JONATHAN R. MOOK
JOHN M. TRAN
MICHAEL E. BARNSBACK
HILLARY J. COLLYER
JENNIFER S. KESSLER
STEPHEN J. STINE

MICHAEL S. LIEBERMAN,
OF COUNSEL

*Via Fax and First Class Mail*
Teresa W. Murray, Esquire
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910-3310

Re: *Vanessa A. McFadden v. Ballard Spahr Andrews & Ingersoll, LLP, et al*
Civil Action No.: 1:05CV02401 (RJL)

Dear Ms. Murray:

Prior to noticing the deposition of your client, Vanessa McFadden, I am writing to propose the following alternative dates for her deposition: October 9, 16, 17, 18, 23, 24 and 26, 2006.

Because, at this point, Defendants have pending motions to compel answers to interrogatories and responses to document requests of your client, Defendants reserve the right to keep open Ms. McFadden's deposition and to continue that deposition following the court's rulings on Defendants' motions and receipt of additional discovery responses and documents.

I would appreciate your informing me by Monday, September 25 as to the best dates for your client's deposition so that I can make the appropriate arrangements.

Very truly yours,

Jonathan R. Mook

JRM/bpb

908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703 684 4333      FAX: 703 548 3181      WEB: WWW.DIMURO.COM

EXHIBIT A