

## DIMUROGINSBERG PC
### ATTORNEYS AT LAW

*File Copy*

BERNARD J. DIMURO
NINA J. GINSBERG
JONATHAN R. MOOK
JOHN M. TRAN
MICHAEL E. BARNSBACK
HILLARY J. COLLYER
JENNIFER S. KESSLER
STEPHEN J. STINE

MICHAEL S. LIEBERMAN,
OF COUNSEL

October 3, 2006

*Via Fax and First Class Mail*
Teresa W. Murray, Esquire
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910-3310

Re: *Vanessa A. McFadden v. Ballard Spahr Andrews & Ingersoll, LLP, et al.*
Civil Action No.: 1:05CV02401 (RJL)

Dear Ms. Murray:

Enclosed please find a notice for the deposition of your client, Vanessa McFadden, on October 26, 2006. In light of the court's recent rulings, I am setting your client's deposition on that date with the expectation your client will have provided full and complete responses to Defendants' discovery as ordered by the court. Additionally, because other discovery issues have not yet been resolved, Defendants reserve the right to continue your client's deposition for a second day should the need arise.

Very truly yours,

Jonathan R. Mook

JRM/bpb

Enclosure

EXHIBIT B

908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703.684.4333    FAX: 703.548.3181    WEB: WWW.DIMURO.COM