


DiMuroGinsberg PC
ATTORNEYS AT LAW



BERNARD J. DIMURO
NINA J. GINSBERG
JONATHAN R. MOOK
JOHN M. TRAN
MICHAEL E. BARNSBACK
HILLARY J. COLLYER
JENNIFER S. KESSLER
STEPHEN J. STINE

MICHAEL S. LIEBERMAN,
OF COUNSEL

October 16, 2006

*Via Fax and Mail*
Teresa W. Murray, Esquire
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910-3310

Re:   *Vanessa A. McFadden v. Ballard Spahr Andrews & Ingersoll, LLP, et al.*
      Civil Action No.: 1:05CV02401 (RJL)

Dear Ms. Murray:

I am writing to follow up on your voice mail message of Friday, October 13, 2006. Although you indicated that I would be receiving Ms. McFadden's signed releases for the documents from the Social Security Administration and Providence Hospital, I have yet to receive them. As you know, the court's order required your client to provide a release for the Social Security Administration records by Friday. She has yet to do so.

With respect to your suggestion that the parties agree to a thirty to sixty day extension of discovery in the case, the Defendants are not disposed to generally extend discovery in this manner. As an accommodation to your client, I have proposed that Ms. McFadden's deposition, scheduled for October 26, 2006, be continued until after receipt of the discovery that has been ordered by the court. This proposal was made to avoid your client having to travel from Florida to the District of Columbia on two occasions for a deposition. However, we are not prepared to extend all discovery. The proposal to continue your client's deposition was occasioned by your client's failure to provide timely discovery responses and to agree to Defendants' reasonable requests to sign records releases. Had your client properly responded to Defendants' discovery requests, we should have been able to complete discovery within the scheduled October 31, 2006 cutoff date. Thus, I again, reiterate my clients' agreement to extend the taking of Ms. McFadden's deposition to accommodate her living situation, but not to extend discovery generally.



908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703.684.4333    FAX: 703.548.3181    WEB: WWW.DIMURO.COM

If you have any questions pertaining to these matters, please feel free to give me a call.

Very truly yours,

Jonathan R. Mook

JRM/bpb

2