

## DiMuroGinsberg PC
ATTORNEYS AT LAW

October 23, 2006

BERNARD J. DIMURO
NINA J. GINSBERG
JONATHAN R. MOOK
JOHN M. TRAN
MICHAEL E. BARNSBACK
HILLARY J. COLLYER
JENNIFER S. KESSLER
STEPHEN J. STINE

MICHAEL S. LIEBERMAN,
OF COUNSEL

*Via Facsimile and First Class Mail*
Teresa W. Murray, Esq.
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910-3310

Re:   *Vanessa A. McFadden v. Ballard Spahr Andrews & Ingersoll, LLP, et al.*   Civil Action No.:
      1:05CV02401 (RJL)

Dear Ms. Murray:

In response to my letters of October 10 and 16, 2006, I have not heard from you with respect to the proposal to file a consent order to continue Ms. McFadden's deposition, which is presently noticed for Thursday, October 26, 2006, until after Defendants have received discovery responses. Accordingly, I am planning to proceed with Ms. McFadden's deposition on October 26, 2006 at 10:00 a.m. at the offices of Jenner & Block, LLP, 601 13th Street, N.W., Suite 1200, Washington D.C. 20005. I expect that your client will be there.

Very truly yours,

Jonathan R. Mook

JRM/bpb

cc:   Constantine Panagopoulos
      Bernard J. DiMuro
      Jennifer S. Kessler

908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703.684.4333    FAX: 703.548.3181    WEB: WWW.DIMURO.COM

EXHIBIT E