## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden,           )<br>                                              )<br>           Plaintiff,                 )<br>                                              )<br>v.                                           )<br>                                              )<br>Ballard Spahr Andrews and   )<br>Ingersoll, LLP, *et al.*,             )<br>                                              )<br>           Defendants.             )<br>                                              ) | Civil Action No. 1:05CV02401<br>Judge Richard J. Leon |

### **DEFENDANTS' MOTION TO STRIKE OBJECTIONS AND FOR SANCTIONS**

Defendants, Ballard Spahr Andrews & Ingersoll LLP and Margaret Riley-Jamison, by counsel, pursuant to Fed.R.Civ.P. 37, hereby move the Court to strike Plaintiff's objections to Defendants' interrogatories and document requests and to impose sanctions as set forth in the attached memorandum of points and authorities in support of Defendants' motion.

### GOOD FAITH CERTIFICATE

Counsel for Defendants certifies that he attempted to resolve the matters raised in this motion. Counsel for Defendants corresponded with counsel for the Plaintiff by letter dated October 23, 2006 and attempted to call counsel for the Plaintiff on October 27 and 30, 2006 without success.

Given the lack of response from Plaintiff's counsel, Defendants' counsel assumes that this motion to compel will be opposed by Plaintiff.

Respectfully submitted,

Ballard Spahr LLP and Margaret Riley-Jamison, By Counsel

_____\\s\\_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*