UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Ballard Spahr Andrews and  )<br>Ingersoll, LLP, *et al.*,  )<br>  )<br>   Defendants.  )<br>  ) | Civil Action No. 1:05CV02401<br>Judge Richard J. Leon |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Strike and for Sanctions and Plaintiff's response thereto, and it appearing that said motion should be granted, it is hereby:

ORDERED that Plaintiff's Objections to Defendants' First Set of Interrogatories and First Set of Document Requests are struck; and it is further

ORDERED that sanctions in an amount to be later determined by this Court shall be imposed upon Plaintiff for failure to comply with the Court's previous order.

ENTERED this _____ day of October, 2006.

_____
Richard J. Leon, United States District Court Judge