UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
VANESSA A. MCFADDEN            )
      Plaintiff,                         )
                                               )
v.                                            )   Civil Case No.05cv2401 (RJL)
                                               )
BALLARD SPAHR ANDREWS &     )
INGERSOLL, LLP et al.              )
                                               )
      Defendants.                      )
_____)

**PLAINTIFF'S REPLY TO DEFENDANTS'OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE
(<u>EXPEDITED CONSIDERATION REQUESTED</u>)**

I.   INTRODUCTION

    Plaintiff, Vanessa A. McFadden, by and through undersigned counsel, hereby files this brief in Reply to Defendants' Opposition to her Motion For Extension of Discovery Deadline.   In their Opposition, Defendants fail to obviate any of the reasons presented by Plaintiff in support of her Motion, but essentially concede the need for additional time to work out unresolved discovery issues.

II.   ARGUMENT

    Additional discovery is needed to resolve several outstanding discovery disputes, (see Exhibits 1 and 2), and to permit the parties to conduct depositions.  Although Defendants' Opposition is riddled with indecorous and specious representations about Plaintiff's discovery efforts, Plaintiff will not respond in kind.   So as not to waste the

Court's time addressing each of the many erroneous statements in Defendants' Opposition, Plaintiff provides the following to ensure that the Court has accurate information upon which to decide this Motion:

1. Discovery in this case began once the Court issued its Scheduling Order on June 30, 2006. Plaintiff initiated written discovery within two weeks thereafter.

2. Plaintiff has fully complied with all of the Court's orders in this case, including the execution of releases for records from Providence Hospital and the Social Security Administration. Plaintiff attempted to fax the releases to Defendants on October 13, 2006 – the date prescribed by the Court – however, as the Defendants admit, there was a "mix up" regarding the correct fax number. Defendants received the originals via mail the next business day. (Exhibit 3).

3. In the event that the Court denies Plaintiff's Motion to Extend Discovery, Plaintiff noted the depositions of Defendant Margaret Riley-Jamison, Ms. McFadden's former co-worker and comparator, Janet Craig, and the attorney for whom Ms. McFadden formerly worked, Charles Henck for tomorrow, October 31, 2006. Plaintiff served notice of these depositions on Defendants via fax and mail on October 24, 2006 – one week (five business days) before the date of the depositions. Because "[s]ervice by mail is complete upon

mailing," F.R.C.P. 5(b)(2)(B), the notice was timely served under Local Rule 30.1  Nevertheless, because Defendants have not provided critical documents to Ms. McFadden in response to her requests for the production of documents, she would rather reschedule these depositions until after the dispute over these documents has been settled or determined, and important documents produced.

### III.  CONCLUSION

Although Defendants wish to blame Plaintiff for discovery not yet having been completed in this case, there has been much discovery activity in this matter, as underscored by Defendants' Opposition and the many previous and current discovery filings.  Contrary to the Defendants' mischaracterizations, Plaintiff has most assuredly not been sitting on her hands.  The fact of the matter is that neither party has taken depositions (and seeks to do so) and there are a number of outstanding discovery disputes that the parties are undertaking discussions to resolve.   For these and other reasons presented in the underlying Motion, Ms. McFadden respectfully requests that the discovery deadline be extended until December 15, 2006.

                                    Respectfully submitted,

                                    By:_____/S/_____
                                      Teresa W. Murray
                                      THE LAW OFFICES OF T.W. MURRAY, LLC
                                      1111 Bonifant Street
                                      Silver Spring, MD 20910
                                      Ph: 301-585-1870/Fax: 301-585-1871

Dated: October 30, 2006                    Counsel for Plaintiff