# THE LAW OFFICES OF T.W. MURRAY, LLC

1717 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20036

1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910

PH: 301-585-1870  FAX: 301-585-1871

October 13, 2006

**VIA FACSIMILE: 703-684-4333**
**AND FIRST-CLASS MAIL**

Mr. Jonathan R. Mook, Esq.
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314

Re: *McFadden v. Ballard Spahr Andrews & Ingersoll, LLP et al.*, Case No. 05cv2401

Dear Mr. Mook:

As I indicated in my voicemail message of October 12, 2006, please find enclosed: 1) a medical records release form for Providence Hospital executed by Vanessa McFadden; and 2) a Consent for Release of Information by the Social Security Administration executed by Ms. McFadden. I am sending the originals via first-class mail.

Very truly yours,

Teresa W. Murray

Enclosures



**PROVIDENCE HOSPITAL**
1150 Varnum St., NE
Washington, DC 20017
(202) 269-7000

## AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION (PHI)

I authorize *Providence Hospital to disclose specifically to <u>DiMuro Ginsberg c/o</u>
Name and Address

<u>Jonathan Mook, Esq., 908 King Street, Ste. 200, Alexandria, VA 22314</u>

PHI at the time of disclosure and at anytime in the future on <u>Vanessa McFadden</u>
Patient's Name

<u>DOB: 8/15/57; SS#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; Telephone: 904-378-0123</u>
Date of Birth, Social Security Number and Telephone Number

for the specific purpose of <u>discovery in civil litigation pending in the the U.S. Dist. Ct. for D.C.</u>

Protected health information to be disclosed include <u>all medical records pertaining to Vanessa McFadden for treatment received on or after January 1, 2002.</u>

This authorization expires in 60 days from date of signature or sooner by date or future event as specified _____

_x_ I do ___ I do NOT authorize release of information related to psychological or psychiatric impairment, ~~substance abuse, alcoholism, Acquired Immunodeficiency Syndrome (AIDS), test for Human Immunodeficiency Virus (HIV), sexually transmitted diseases, genetic information and photographs~~

**THE FOLLOWING NOTICE MUST BE READ BEFORE THIS AUTHORIZATION IS SIGNED BY THE PATIENT OR PERSONAL REPRESENTATIVE**

A patient has a right to revoke this authorization only by writing to the Health Information Department at Providence Hospital, and revocation becomes effective on the date received. You are notified that once the requested PHI is disclosed, the PHI's recipient may redisclose it and the Privacy Regulations may no longer protect it. Treatment, payment, enrollment or eligibility for benefits are not conditioned on Providence Hospital securing a signature on this authorization.

<u>10/12/06</u>                    <u>Vanessa A. McFadden</u>
Date                              Signature of Patient or Personal Representative with Authority

*Providence Hospital includes Carroll Manor Nursing and Rehabilitation Center, Fort Lincoln Family Medicine Center, Perry Family Health Center, UMOJA, Claridge Towers Health Center of Providence Hospital and the Geriatric Medicine Practice

**ASCENSION**                                    FORM#984645511 REVISED 04/14/03
Member of the ASCENSION HEALTH SYSTEM serving metropolitan Washington, DC since 1861

OCT 11, 2006 03:48P  PROVIDENCE HOSP          2024484072                    page 1

Form Approved
OMB No. 0960-0566

**Social Security Administration**
<u>Consent for Release of Information</u>
TO: Social Security Administration

| Vanessa McFadden | 15-August-1957 | 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 |
|---|---|---|
| Name | Date of Birth | Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|---|---|
| DiMuro Ginsberg<br>c/o Jonathan Mook | 908 King Street, Ste. 200<br>Alexandria, VA 22314 |

I want this information released because:  per Order of U.S. District Court for the District of Columbia

(There may be a charge for releasing information.)

Please release the following information:

\_\_\_  Social Security Number
\_\_\_  Identifying information (includes date and place of birth, parents' names)
_X_  Monthly Social Security benefit amount
_X_  Monthly Supplemental Security Income payment amount
_X_  Information about benefits/payments I received from 1/2002 to present
_X_  Information about my Medicare claim/coverage from 1/2002 to present
       (specify)
_X_  Medical records
_X_  Record(s) from my file (specify) ALL

\_\_\_  Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature:
(Show signatures, names, and addresses of two people if signed by mark.)
Date: *Vanessa A. McFadden*  Relationship: self

SSA-3288

# DiMuroGinsberg PC
ATTORNEYS AT LAW

BERNARD J. DIMURO
NINA J. GINSBERG
JONATHAN R. MOOK
JOHN M. TRAN
MICHAEL E. BARNSBACK
HILLARY J. COLLYER
JENNIFER S. KESSLER
STEPHEN J. STINE

MICHAEL S. LIEBERMAN,
OF COUNSEL

October 16, 2006

**Via Fax and Mail**
Teresa W. Murray, Esquire
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910-3310

Re:  *Vanessa A. McFadden v. Ballard Spahr Andrews & Ingersoll, LLP, et al.*
     Civil Action No.: 1:05CV02401 (RJL)

Dear Ms. Murray:

I received in this afternoon's mail, your letter enclosing the original signed releases of your client for her records with the Social Security Administration and Providence Hospital. Your letter indicates that it was to be faxed to my office on October 13, 2006, but the letter has an incorrect fax number. Please note that the fax number is not 703-684-4333 (that is our telephone number). The fax number is 703-548-3181. Apparently, this mix up resulted in the fax not being received by our offices.

If you have any questions, please let me know.

Very truly yours,

Jonathan R. Mook

JRM/sls

908 KING STREET, SUITE 200
ALEXANDRIA, VIRGINIA 22314

TEL: 703.684.4333     FAX: 703.548.3181     WEB: WWW.DIMURO.COM