## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
**VANESTA A. MCFADDEN**     )
    Plaintiff,                              )
                                                        )
  v.                                                       )  **Civil Case No.05cv2401 (RJL)**
                                                        )
**BALLARD SPAHR ANDREWS &**   )
**INGERSOLL, LLP et al.**              )
                                                        )
    Defendants.                           )
_____)

### ORDER

Upon consideration of the Defendants' Motion to Test the Sufficiency of Responses to Requests for Admissions, Plaintiff's Opposition, and all responses thereto, it is this _____ day of _____, 2006 hereby ORDERED that Defendants' Motion is **DENIED** in its entirety.

**SO ORDERED.**

                                            _____
                                            RICHARD J. LEON
                                            United States District Judge