*PULMONARY CRITICAL CARE ASSOCIATES, PC*
*1160 Varnum Street NE*
*Suite 214*
*Washington, DC 20017*
*202-526-5491*

# PULMONARY FUNCTION LABORATORY

## 6 MINUTE WALK TEST

NAME Vanessa McFadden ID# ________ DATE 10-28-03

AGE 46 RACE/SEX F HT. 67 WT. ________ SMOKER (Y/N) Y

ROOM # ________ PHYSCIAN Armstrong TECH Spriggs

~~HALLWAY~~ Treadmill

AMBULATE: W/O OXYGEN X W/ OXYGEN ________

BLOOD PRESSURE: PRE ________ POST 6 MINUTES ________ RECOVERY ________

DIAGNOSIS SOB INDICATION FOR TEST ________

| Time (min) | $SaO_2$ (%) | HR (b/min) | Resting (x) | Time (min) | $SaO_2$ (%) | HR (b/min) | Resting (x) |
|---|---|---|---|---|---|---|---|
| Rest | 96 | 73 | Ø | Recovery | 90 | 109 | X |
| 0.5 | | | | 6.5 | | | X |
| 1.0 | 96 | 102 | | 7.0 | 93 | 94 | X |
| 1.5 | | | | 7.5 | | | X |
| 2.0 | 92 | 109 | | 8.0 2'Post | 96 | 90 | X |
| 2.5 | | | | 8.5 | | | X |
| 3.0 | 91 | 110 | | 9.0 | 98 | 89 | X |
| 3.5 | | | | 9.5 | | | X |
| 4.0 | 91 | 114 | | 10.0 | 97 | 89 | X |
| 4.5 | | | | 10.5 | | | X |
| 5.0 | 91 | 116 | | 11.0 | 97 | 80 | X |
| 5.5 | | | | | | | |
| 6.0 | 90 | 116 | | Laps x16 | | | |

TOTAL DISTANCE WALKED (~~meters~~ Yds) 334 TOTAL REST TIME (secs) Ø

HEART RATE RANGE (Rest → Max) 73 → 116

$SaO_2$ RANGE (Rest → Min) 96 → 90

OBSERVATIONS/COMMENTS ________

DEFENDANT'S EXHIBIT 21

EXHIBIT
D

Patient's Name Vanessa McFadden — McFadden, Vanessa

Case No. Date 10/20/03

Address DOB 08/14/57 Sex F S.M.LTP.W.D.

Tel. No. Referred By Phil Mussendan Occupation HMO Copay $ PPO Copay $

Insurance Co. DOE 166 181K Policy No.

Mail Claim To

Chief Complaint: PH-ER 9/06/03 SOB, Dizzy. CXR, EKG, Blood Work ↑WBC. Asthma Wheezes, cough. Cigs 1/2-1ppd x 26yrs

Allergies: Benadryl, Tapazole

Family History / Father-Mother-Sisters-Brothers / Causes of Deaths / Cancer / Tuberculosis / Mental Illness / Diabetes / Heart Disease / Arthritis / Gout / Thyroid Disease / Obesity / Kidney Disease

Current Medications: Amitriptyline 50
1. Advair 100/50
2. Hydrocodone/APAP
3. Singulair 10
4. Alprazolam 0.5
5. Ambien 10
Furosemide 40
Atenolol 25
LCC 20
Effexor 75 mg

Past History / Diphtheria / Chicken Pox / Mumps / Measles / Scarlet Fever / Polio / Small Pox / Typhoid / Malaria / Pneumonia / Dysentery / Jaundice / Infections / Gonorrhea / Syphilis / Tonsillitis / Kidney Disease / Boils / Chronic Fatigue Syndrome: Graves Dz - Dashoffer. Obesity. HTN-HCVD - Nifedipine 30

MENSTRUAL: Onset / Periodicity / Type / Duration / Pain / LMP

OBSTETRIC: Aborts / Children / Sterility / Miscarriages

SOCIAL: Alcohol / Tobacco / Drugs / Sleep / Amusements / Exercise / Water / Bowel Movements: SH Married 2307 22. Husband Colon CA 45yo. Husband's Father Terminal Illness. Legal Secy. pt cares for both, pt out on disability

CXR 9/6/03 Bilat Basilar Infiltrates

Operations

PFT 10/03 96%-98% Reversible Airways Dz FEV1 55% DLCO 57%

Temp 97.5 Pulse 82 Resp 20 BP 160/100 Ht 5'7 Wt 269

Physical Examination / General Appearance - Skin / Mucous Membrane / Eyes (Vision, Pupil, Fundus) / Ears - Nose - Throat (Pharynx, Tonsils) / Mouth (Teeth, Gums) / Chest (Breast) - Heart - Lungs / Abdomen - Genitalia - Rectum / Vagina - Extremities - Reflexes / Lymph Nodes: Obesity, nl HEENT. (+) Wheezes. CNS - ERL

Laboratory/Radiology Findings (Urine - Blood - Sputum - Smears - Exudates / Tuberculin - Feces - Basal Metabolic - Wasserman / Kahn - Chemistry - Pregnancy Test - X-Ray / Fluoroscopy - Schick - Dick - Etc.)

Date

Remarks: Asthma. Tobacco COPD — Stop Smoking. Bronchitis — add Theophylline 200 BID to Singulair, Advair 500/50

Diagnosis: Obesity. Hyperthyroidism/Graves. HTN-HCVD

Treatment: Husband CA. F/U 1 month. do letter

Armstrong

Histacount Form 93811 800-645-8220

Claimant Name: Vanessa McFadden Claim #: 1164932

Patient's Name Vanessa McFadden

Case No.

Subsequent Visits And Findings DOB 8-15-1957

| Mo. | Day | Yr. | |
|---|---|---|---|
| 11 | 29 | 03 | BP — 120/86 WT — 261 — P-Brown |
| 11 | 24 | 03 | Flu Shot (R) Arm Lot # 765/80 Exp. May 31, 2004 — D. Brown |
| | | | STOP SMOKING Program |
| | | | Asthma/COPD Advair 500 |
| | | | Still Cig ¼ ppd Singulair |
| | | | Graves Dz Theoph 300 BID |
| | | | Obesity - losing Wt |
| | | | HTN/HCVD |
| | | | Arthritis - Ref Rheu |
| | | | F/U 2 month E Armstrong |
| 02 | 16 | 04 | BP — 118/78 Wt 260 lb — [illegible] |
| | | | Asthma - COPD - Still cigs - Lungs clear ⊘ wheezes |
| | | | Anxiety Panic Attacks: Terminal Illness Husb & Husb DAD |
| | | | [illegible] for Both, out on Disability since 10-03 |
| | | | Graves Dz |
| | | | Obesity |
| | | | HTN HCVD |
| | | | Arthritis |
| | | | F/U 3 mos E Armstrong |
| 02 | 24 | 04 | WT - 258 lbs BP - 110/75 |
| | | | Follow up Asthma Attack / Panic Attack b/c of Illness of Husband & Father Start Home O2 2L NC |
| | | | Severe Reactive Anxiety Start nebulizer |
| | | | needs O2 at night Albuterol & Atrovent neb |
| | | | 6 min Walk SpO2 95% ↓ 87% ↑ Alprazolam 0.5 TID |
| | | | F/U 3 wks E Armstrong |

Patient's Name

Case No.

Claimant Name: Vanessa McFadden Claim #: 1164932

Patient's Name McFadden, Vanessa 08-15-57

No.

Subsequent Visits And Findings

| Mo. | Day | Yr. | |
|---|---|---|---|
| [illegible] | 20 | 04 | [illegible] |
| | | | [illegible] |
| | | | Still smokes cigs [illegible] scattered crackles [illegible] |
| | | | [illegible] |
| | | | Obesity [illegible] |
| | | | HTN [illegible] |
| | | | arthritis [illegible] 500 Singulair |
| | | | [illegible] Theophylline 300 BID |
| 5 | 21 | 04 | [illegible] |
| | | | Asthma [illegible] |
| | | | Still smokes cigs ~ 1/4 PPd Lungs clear [illegible] |
| | | | [illegible] |
| | | | Obesity CVS - RRR |
| | | | HTN [illegible] |
| | | | arthritis |
| | | | [illegible] 300 [illegible] |
| | | | [illegible] Alprazolam 0.5 TID [illegible] |
| | | | [illegible] |

Claimant Name: Vanessa McFadden Claim #: 1164932

PULMONARY CRITICAL CARE ASSOCIATES, PC
1160 VARNUM ST. N.E. SUITE 214
WASHINGTON, D.C. 20017 (202)526-5491

PULMONARY FUNCTION REPORT
(Pre- vs. Post- Comparison)

ame: McFADDEN, VANESSA
ge: 46 Sex: F Height: 67 in.
moking history: 23 pack-years
octor: MUSSENDEN
est set started: 10-23-2003 15:01
iagnosis: SOB
omments:

ID #: PCCA-A-08-15-57
Weight: 258 lb.
Race:
Tech: SPRIGGS
Report printed: 10-23-2003 15:43

---------- Interpretation ----------

ODERATE RESTRICTIVE VENTILATORY DEFECT. This is indicated by the finding of moderately reduced total lung capacity (TLC) and associated reduction in the orced vital capacity (FVC).

ODERATE DIFFUSION DEFECT. This is indicated by the finding of a severely educed diffusing capacity (DLCOcorr). The degree of diffusion defect is etermined by the finding of a moderate reduction in the diffusing capacity in [illegible]tion to the lung surface area available for gas exchange (DLCO/VAcorr).

ronchodilator therapy was administered followed by repeat spirometric testing.

he FEF 25-75 is significantly increased indicating that this patient would ost likely benefit from continued bronchodilator therapy.

Earl M Armstrong MD ________________ M.D.
EARL M. ARMSTRONG, M.D.

---------- ABG ----------

Pre- : 10-23-2003 15:38:28)
Post-: 10-23-2003 15:43:34)

| | Pred | Pre- Meas | %Prd | Post- Meas | %Prd | %Change |
|---|---|---|---|---|---|---|
| unction | | | | | | |
| ressure (mm Hg) | | 760 | | 760 | | 0% |
| iO2 (%) | | 21.00 | | 21.00 | | 0% |
| aO2 | | | | | | |

re- : 02 SAT 96% VIA PULSE OXIMETRY (RESTING)
ost-: 02 SAT 90 VIA PULSE OXIMETRY (EXERCISE WALKING @ 2 MPH X 6 MINUTES)

Claimant Name: Vanessa McFadden Claim #: 1164932



PULMONARY CRITICAL CARE ASSOCIATES, PC
1160 VARNUM ST. N.E. SUITE 214
WASHINGTON,D.C. 20017 (202)526-5491

Page 2

PULMONARY FUNCTION REPORT
(Pre- vs. Post- Comparison)

ID #: PCCA-A-08-15-57
Name: McFADDEN,VANESSA
Report printed: 10-23-2003 15:43
Test set started: 10-23-2003 15:01

---------- FVC ----------

Pre- : 10-23-2003 15:21:46)
Post-: 10-23-2003 15:35:32)

| Function | | Pred | Pre- Meas | Pre- %Prd | Post- Meas | Post- %Prd | %Change |
|---|---|---|---|---|---|---|---|
| FVC | (L) | 3.77 | 2.18* | 58% | 2.16* | 57% | -1% |
| FEV1 | (L) | 3.07 | 1.74* | 57% | 1.83* | 60% | 5% |
| FEV1/FVC | | 0.81 | 0.80 | | 0.85 | | 6% |
| PEFR | (L/s) | | 4.75 | | 4.75 | | 0% |
| FEF50% | (L/s) | | 3.14 | | 3.62 | | 15% |
| FEF25-75% | (L/s) | 3.19 | 1.75* | 55% | 2.40 | 75% | 37% |
| EXP Test Time | (s) | | 6.52 | | 5.69 | | -13% |

Pre- : GOOD PATIENT EFFORT
Post-: GOOD PATIENT EFFORT

---------- FRC/SVC ----------

Pre- : 10-23-2003 15:11:06)
No Post- FRC/SVC performed)

| Function | | Pred | Pre- Meas | Pre- %Prd | Post- Meas | Post- %Prd | %Change |
|---|---|---|---|---|---|---|---|
| [illegible] | (L,BTPS) | 3.77 | 2.15 | 57% | | | |
| ERV | (L,BTPS) | 1.23 | 0.07 | 6% | | | |
| FRC | (L,BTPS) | 3.09 | 1.48* | 48% | | | |
| RV | (L,BTPS) | 1.86 | 1.40 | 75% | | | |
| TLC | (L,BTPS) | 5.50 | 3.55* | 65% | | | |
| RV/TLC | | 0.33 | 0.39 | 116% | | | |
| IC | (L,BTPS) | 2.42 | 2.08 | 86% | | | |
| SVC/FVC | | | | | | | |
| MV | (L) | | 11.00 | | | | |
| Vt | (L) | | 0.74 | | | | |
| RR | (brths/min) | | 15.22 | | | | |
| Equil time | (min) | | 2.32 | | | | |
| O2 cons | (L/min) | | 0.23 | | | | |

Pre- : GOOD PATIENT EFFORT
Post-:

---------- DLCO ----------

Pre- : 10-23-2003 15:16:26)
No Post- DLCO performed)

| Function | | Pred | Pre- Meas | Pre- %Prd | Post- Meas | Post- %Prd | %Change |
|---|---|---|---|---|---|---|---|
| DLCO | (ml/m/mm Hg) | 28.58 | 10.78 | 38% | | | |
| DLCO/VA | | 5.43 | 3.09 | 57% | | | |
| VA | (L, BTPS) | | 3.49 | | | | |
| V- | (L, ATPD) | | 1.66 | | | | |

Pre- : GOOD PATIENT EFFORT
Post-:

Claimant Name: Vanessa McFadden Claim #: 1164932

PULMONARY CRITICAL CARE ASSOCIATES, PC
1160 VARNUM ST. N.E. SUITE 214
WASHINGTON,D.C. 20017 (202)526-5491

Page 3

PULMONARY FUNCTION REPORT
(Pre- vs. Post- Comparison)

ame: McFADDEN,VANESSA
est set started: 10-23-2003 15:01

ID #: PCCA-A-08-15-57
Report printed: 10-23-2003 15:43

Pred
Pre-
Post
Vol L
Time (sec)

Pred
Pre-
Post
Flow
Volume (L)

Claimant Name: Vanessa McFadden Claim #: 1164932

UNUM 00623

SIX MINUTE WALK TEST

PATIENT: Venessa McFadden 08-15-1957

DATE: 02/25/04

TIME: 10:10 am

ROOM AIR: (Yes) or No

| Time(Minutes) | O2 Saturation | Heart Rate |
|---|---|---|
| 0 | 95% | 100bpm |
| 1 | 94% | 111bpm |
| 2 | 91% | 115bpm |
| 3 | 88% | 127bpm |
| 4 | test stopped because of low O2 Sat. | |
| 5 | | |
| 6 | | |
| Rest | 95% | 100bpm |

Physician: E Armstrong

D. Brown

Claimant Name: Vanessa McFadden Claim #: 1164932

DYSPNEA SCORING

6-min walk / Treadmill Exercise (Circle One)

Patient's Name Vanessa McFadden

Date of Test 10-23-03

MEDICAL RESEARCH COUNCIL (MRC) SCORE:

BORG SCALE SCORES

BEFORE EXERCISE: 0

AFTER EXERCISE:

Signed

Claimant Name: Vanessa McFadden Claim #: 1164932

LESLIE KING... M.D.
PETRA J. THOMAS, M.D.
1160 VARNUM STREET N.E., SUITE 214
WASHINGTON, DC 20017

NAME Vanessa McFadden DATE 4/20/04

ADDRESS

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

Rx (1) Singulair 10 mg i QD #31
(2) Theophylline 300 mg i BID #62

Refill 3 times

Earl M Armstrong (Signature)

To ensure brand name dispensing, prescriber must write 'Brand Necessary' on the prescription.

2IPU1435238

E.L. ARMSTRONG, M.D.
PETRA J. THOMAS, M.D.
1160 VARNUM STREET N.E., SUITE 214
WASHINGTON, DC 20017

NAME Vanessa McFadden DATE 4/20/04

ADDRESS

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

Rx Home O2 Small Mobile canisters with oxygen conserver

Refill ____ times

E Armstrong (Signature)

To ensure brand name dispensing, prescriber must write 'Brand Necessary' on the prescription.

2IPU1435238

Claimant Name: Vanessa McFadden Claim #: 1164932

Claimant Name: Vanessa McFadden :Claim # 1164932



To be picked up by Wendy 03/03/04 D. Brown

LINCARE
11900 BALTIMORE AVENUE
SUITE B
BELTSVILLE, MARYLAND 20705

TEL: 301. 210-0300
877. 283-8925
FAX: 301. 210-8176

Date: February 25, 2004

Earl Armstrong MD
Suite 214
1160 Varnum Street NE
Washington, DC 20017-2107

RE: Vanessa McFadden

Our records indicate that on **02/25/2004** you prescribed Home Oxygen Therapy for the above mentioned patient. An initial prescription is required for this order. The following medical information was provided to our office during the patient intake process:

The estimated length of need for oxygen therapy is **99 Mos. (Lifetime)**

The patient was diagnosed with **EMPHYSEMA NEC(492.8), ASPHYXIA(799.0).**

The most recent oxygen saturation test was taken on or before **02/25/2004.**

The result of the test taken on **02/25/2004** was **87%,** while the patient was at rest.

The test was performed with the patient in a chronic stable state as an outpatient or within two days prior to discharge from an inpatient facility to the home.

The test was performed by:

Earl Armstrong MD
Suite 214
1160 Varnum Street NE
Washington, DC 20017-2107

The patient requires portable oxygen and is mobile within the home

The highest oxygen flow rate prescribed is **2.0 lpm.**

The patient's oxygen therapy was prescribed as continuous.

Please make certain that the above medical information is consistent with the patient's medical record. Once signed, please return the prescription to our office in the envelope provided. If you have any questions, please feel free to contact our office at 301-210-0300.
We thank you for the opportunity to serve your patient.

Sincerely,

Lincare

Claimant Name: Vanessa McFadden Claim #: 1164932

DMERC 484.2

CERTIFICATE OF MEDICAL NECESSITY
OXYGEN

**SECTION A** Certification Type/Date: INITIAL 02/25/2004 REVISED ___ RECERTIFICATION ___

PATIENT NAME, ADDRESS, TELEPHONE and HIC NUMBER
Vanessa McFadden
3457 Mass. Ave. NE
Washington, DC 20019-
(202)581-0472 QCB577760478
HICN

SUPPLIER NAME, ADDRESS, TELEPHONE and NSC NUMBER
Lincare, Inc.
11900 Baltimore Avenue Suite B
Beltsville, MD 20705
(301)210-0300
NSC #

PLACE OF SERVICE 12
NAME and ADDRESS of FACILITY if applicable (See Reverse)

HCPCS CODE
E1403
E1390
E0439
E0431
E0434

PT DOB 08/15/1957 Sex F (M/F); HT. ___ (in.); WT. ___ (lbs.)

PHYSICIAN NAME, ADDRESS, TELEPHONE and UPIN NUMBER
Earl Armstrong MD
Suite 214 1160 Varnum Street NE Washington, DC 8N144
(202)526-5491 UPIN # C62145

**SECTION B** Information in This Section May Not Be Completed by the Supplier of the Items/Supplies.

EST. LENGTH OF NEED (# OF MONTHS): 99 1-99 (99=LIFETIME) DIAGNOSIS CODES (ICD-9): 492.8 799.0

| ANSWERS | ANSWER QUESTIONS 1-10. (Circle Y for Yes, N for No, or D for Does Not Apply, unless otherwise noted.) |
|---|---|
| a) ___ mm Hg<br>b) 87 %<br>c) 02/25/2004 | 1. Enter the result of most recent test taken on or before the certification date listed in Section A. Enter (a) arterial blood gas $PO_2$ and/or (b) oxygen saturation test. Enter date of test (c). |
| (Y) N | 2. Was the test in Question 1 performed EITHER with the patient in a chronic stable state as an outpatient OR within two days prior to discharge from an inpatient facility to home? |
| (1) 2 3 | 3. Circle the one number for the condition of the test in Question 1: (1) At Rest; (2) During Exercise; (3) During Sleep |
| XXXXXXXXXXXXXX<br>XXXXXXXXXXXXXX<br>XXXXXXXXXXXX | 4. Physician/provider performing test in Question 1 (and, if applicable, Question 7). Print/type name and address below:<br>NAME: Earl Armstrong MD ADDRESS: 1160 Varnum Street NE Suite 214 Washington, DC 20017-2107 |
| (Y) N D | 5. If you are ordering portable oxygen, is the patient mobile within the home? If you are not ordering portable oxygen, circle D. |
| 2.0 LPM | 6. Enter the highest oxygen flow rate ordered for this patient in liters per minute. If less than 1 LPM, enter a "X". |
| a) ___ mm Hg<br>b) ___ %<br>c) ___ | 7. If greater than 4 LPM is prescribed, enter results of more recent test taken on 4 LPM. This may be an (a) arterial blood gas $PO_2$ and/or (b) oxygen saturation test with patient in a chronic stable state. Enter date of test (c). |

IF $PO_2$ = 56-59 OR OXYGEN SATURATION = 89%, AT LEAST ONE OF THE FOLLOWING CRITERIA MUST BE MET.

| | |
|---|---|
| Y N D | 8. Does the patient have dependent edema due to congestive heart failure? |
| Y N D | 9. Does the patient have cor pulmonale or pulmonary hypertension documented by P pulmonale on an EKG or by an echocardiogram, gated blood pool scan or direct pulmonary artery pressure measurement? |
| Y N D | 10. Does the patient have a hematocrit greater than 56%? |

NAME OF PERSON ANSWERING SECTION B QUESTIONS, IF OTHER THAN PHYSICIAN (Please Print):
NAME: [signature] TITLE: ___ EMPLOYER: ___

**SECTION C** Narrative Description of Equipment and Cost

(1) Narrative description of all items, accessories and options ordered; (2) Supplier's charge; option. (3) Medical Fee Schedule Allowance for each item, accessory and option. *(See instructions on back.)*

The oxygen flow rate prescribed is 2.0 lpm continuous.

DESCRIPTION
Concentrator
Portable high pressure gas
Supplies and Accessories : VIA Nasal Cannula

**SECTION D** Physician Attestation and Signature/Date

I certify that I am the treating physician identified in Section A of this form. I have received Sections A, B and C of the Certificate of Medical Necess[ity] (including charges for items ordered). Any statement on my letterhead attached hereto, has been reviewed and signed by me. I certify that the medic[al] necessity information in Section B is true, accurate and complete, to the best of my knowledge, and I understand that any falsification, omission, concealment of material fact in that section may subject me to civil or criminal liability.

PHYSICIAN'S SIGNATURE [signature] DATE 3/12/04 (SIGNATURE AND DATE STAMPS ARE NOT ACCEPTAB[LE])

FORM HCFA-484 (11/99) Claimant Name: Vanessa McFadden Claim #: 1164932

LINCARE
11900 BALTIMORE AVENUE
SUITE B
BELTSVILLE, MARYLAND 20705

TEL: 301. 210-0300
877. 283-8925
FAX: 301. 210-8178

LINCARE

Date: February 25, 2004

Earl Armstrong MD
Suite 214
1160 Varnum Street NE
Washington, DC 20017-2107

RE: Vanessa McFadden

Our records indicate that you prescribed home medical equipment for the above mentioned patient. The following medical information was provided to our office during the initial patient intake process:

> The patient's length of need is expected to be 99 Mos. (Lifetime)
> The patient was diagnosed with EMPHYSEMA NEC(492.8), ASPHYXIA(799.0).

Please make certain that the above medical information is consistent with the patient's medical record. Once completed and signed, please return the prescription to our office in the envelope provided.

If you have any questions, please feel free to contact our office at 301-210-0300. We thank you for the opportunity to serve your patients.

Sincerely,

Lincare

Claimant Name: Vanessa McFadden Claim #: 1164932

Account Number: 013-790-000 3

CONFIRMATION OF VERBAL ORDER FOR HOME MEDICAL EQUIPMENT

[X] INITIAL [ ] REVISED [ ] RECERTIFICATION

PATIENT NAME:
Vanessa McFadden
3457 Mass. Ave. NE
Washington, DC 20019

Account: 013790000813
Location: 90 26 45 16

SUPPLIER:
Lincare, Inc.
Suite B
11900 Baltimore Avenue
Beltsville, MD 20705
Telephone: 301-210-0300

PATIENT DIAGNOSIS/ICD9: 492 8 EMPHYSEMA NEC
799.0 ASPHYXIA

SETTINGS:

PROGNOSIS: [ ]SEVERE [ ]POOR [ ]FAIR [ ]GOOD [X]OTHER

DATE NEEDED INITIAL: 02/25/2004 REVISED/RECERT: / /

ESTIMATED LENGTH OF NEED: 99 MONTHS 1-99 (99=Lifetime)

EQUIPMENT: E0570 Nebulizer, w/compressor
K0168 Admin set, sm vol nonfilter neb, dis
K0178 Filter,disp use w/compressor
K0170 Admin set sm vol nonfilt neb,nondisp

OTHER EQUIPMENT:

PHYSICIAN NAME, ADDRESS
Earl Armstrong MD
Suite 214
1160 Varnum Street NE
Washington, DC 20017-2107

E Armstrong
PHYSICIAN'S SIGNATURE

3/2/04
DATE

C82145
UPIN

202-526-5491
TELEPHONE

INTERNAL USE ONLY
PHYSICIAN CODE: 8N144

Claimant Name: Vanessa McFadden Claim #: 1164932