## Pre-Disability Monthly Earnings (BME) Calculation Worksheet

Insured Name: _____Vanessa McFadden_____

Date of Disability: _____10/16/2003_____

Special Instructions for BME: _____salary only_____

### Salary/ Current Income Definitions

Complete lines A and B if only Section 1 applies and you do not have payroll records

| | | | | | |
|---|---|---|---|---|---|
| A) | ER Statement | Hours _____ | Sal / Rate _____ | | |
| B) | TEE | Hours _____ | Sal / Rate _____ | | |
| C) | Payroll Docs | Hours avg hours 70.86 | Sal / Rate $ 32.080 | | |
| D) | Earnings Incl: | ☐ Commissions  ☐ Bonuses  ☐ Overtime  ☐ Other | | Other Description _____ | |

> Fin Consulting Team sign-off not required if only Section 1) is completed, unless BME is greater than $5,000. Also, sign-off is not required if there are special instructions that state we are to accept the ER provided BME without confirmation.

Earnings Calculation for Salary/Current Income Definition:

1) Salary per pay period

   Complete only ONE Line:
   
   | | | | |
   |---|---|---|---|
   | Weekly | _____ x | 52 / 12 | = _____ |
   | Bi-Weekly | _____ x | 26 / 12 | = _____ |
   | Semi-monthly | 2,273.19 x | 24 / 12 | = 4,546.38 |
   | Monthly | _____ x | 1 / 1 | = _____ |
   | Annual | _____ x | / 12 | = _____ |

   Monthly: 1) _____4,546.38_____

2) Plus additional earnings identified in Line D     (Obtain Payroll Records.)

   | | | | |
   |---|---|---|---|
   | Bonus | _____ | / _____ months | = _____ |
   | Commission | _____ | / _____ months | = _____ |
   | Overtime | _____ | / _____ months | = _____ |
   | Other | _____ | / _____ months | = _____ |

   PLUS   Monthly: 2) _____-_____

3) Does the earnings definition include income **before** any deductions are made for pre-tax contributions? If YES, then enter zero and got to Step 4.
   If NO, DEDUCT pre-tax items *(obtain pre-disability payroll records.)*

   | | | | |
   |---|---|---|---|
   | LESS | a) Deferred Compensation (e.g. 401k, 403b) _____ % = | 3a) _____-_____ |
   | LESS | b) Section 125/Flex Acct _____ x _____ Pay Period / 12 | 3b) _____-_____ |

4) Total Monthly Pre-Disability Earnings (PMI/BME)       4) _____4,546.38_____
   Total Weekly Pre-Disability Earnings (PMI/BME) for STD    5) $ _____1,049.17_____

Completed by: _____Judy Bogdanovich CPA_____     _____3/15/2004_____


EXHIBIT F