# Social Security Administration
## Retirement, Survivors and Disability Insurance
## Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: March 16, 2004
Claim Number: 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HA

0312 MCS,PC7,I,BA,TI 21,058,153

000015618 02 MB   0.534

VANESSA A MCFADDEN
3457 MASS AVE SE
WASHINGTON, DC 20019-2941

You are entitled to monthly disability benefits beginning July 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on January 2, 2003. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is July 2003.

**What We Will Pay And When**

- You will receive $11,826.00 around March 22, 2004.

- This is the money you are due for July 2003 through February 2004.

- Your next payment of $1,497.00, which is for March 2004, will be received on or about the third Wednesday of April 2004.

- After that you will receive $1,497.00 on or about the third Wednesday of each month.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058


EXHIBIT
ALL-STATE LEGAL
G

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HA

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding.  The amount you actually receive(s) may differ from your full benefit amount.  When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums.  We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| July | 2003 | $1,467.00 | Entitlement began |
| December | 2003 | $1,497.80 | Cost-of-living adjustment |

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security.  If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability Benefits...What You Need To Know." It will tell you what must be reported and how to report.  Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you about getting help to go to work.  The provider may be a State vocational rehabilitation agency or a provider under contract with the Social Security Administration.

If you go to work, special rules allow us to continue your cash payments and health care coverage.  For more information about how work and earnings affect disability benefits, call or visit any Social Security office and ask for the following publications:

* Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

* Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

P301

**Do You Disagree With The Decision?**

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case. We will correct any mistakes. We will review those parts of the decision which you believe are wrong and will look at any new facts you have. We may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form SSA-561-U2, called "Request for Reconsideration". Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

**Things To Remember For The Future**

The doctors and other trained personnel who decided that you are disabled expect your health to improve. Therefore, we will review your case in February 2005. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

**If You Want Help With Your Appeal**

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

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HA                                                    Page 4 of 4

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to
find general information about Social Security.  If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local Social
Security office at 1-202-755-0640.  We can answer most questions over the
phone.  If you are deaf or hard of hearing, you may call our TTY number,
1-800-325-0778.  You can also write or visit any Social Security office.  The office
that serves your area is located at:

> SOCIAL SECURITY
> SUITE 130
> 2041 MLK JR AVE SE
> WASHINGTON, DC 20020

If you do call or visit an office, please have this letter with you.  It will help us
answer your questions.  Also, if you plan to visit an office, you may call ahead to
make an appointment.  This will help us serve you more quickly when you arrive
at the office.

Jo Anne B. Barnhart
Commissioner
of Social Security

P303