## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
**VANESSA A. MCFADDEN**              )
                                     )
  Plaintiff,                )
                                     )
 v.                              ) **Civil Case No.05cv2401 (RJL/JMF)**
                                     )
**BALLARD SPAHR ANDREWS &**          )
**INGERSOLL, LLP et al.**            )
                                     )
  Defendants.                )
_____)

## ORDER

Upon consideration of the Defendants' Motion to Strike Objections and For Sanctions, Plaintiff's Opposition, and all responses thereto, it is this _____ day of _____, 2006 hereby ORDERED that Defendants' Motion is **DENIED** in its entirety.

**SO ORDERED.**

                _____
                JOHN M. FACCIOLA
                United States Magistrate Judge