## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
**VANESSA A. MCFADDEN**              )
                                     )
    Plaintiff,               )
                                     )
  v.                              )   **Civil Case No.05cv2401 (RJL/JMF)**
                                     )
**BALLARD SPAHR ANDREWS &**          )
**INGERSOLL, LLP et al.**            )
                                     )
    Defendants.              )
_____)

## ORDER

    Upon consideration of the Defendants' Motion to Compel Plaintiff to Appear For Deposition, To Amend Dispositive Motion Deadline and For Sanctions, Plaintiff's Opposition to Motion for Sanctions, and all responses thereto, it is this _____ day of _____, 2006 hereby ORDERED

1) that Defendants' Motion For Sanctions is DENIED, it is further ORDERED

2) that Plaintiff, per agreement of the parties, will appear for a duly-noticed deposition outside of the discovery period, after Defendants' receipt of documents from Providence Hospital and the Social Security Administration; it is further ORDERED

3) that any dispositive motions are due by January 15, 2007, all oppositions are due by February 15, 2007, and all replies are due by March 1, 2007.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
United States Magistrate Judge

3) that any dispositive motions are due by January 15, 2007, all oppositions are due by February 15, 2007, and all replies are due by March 1, 2007.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
United States Magistrate Judge