UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VANESTA A. MCFADDEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BALLARD SPAHR ANDREWS & )<br>INGERSOLL, LLP, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV02401 (RJL)<br>Judge Richard J. Leon |

## PLAINTIFF'S PRIVILEGE LOG

Plaintiff Vanessa A. McFadden provides this log of privileged documents withheld from production in the above-captioned action. The following information is being forwarded in good faith in the event that the applicability of the privilege or protection needs to be assessed. Plaintiff objects to a more detailed description of any of the following documents on the basis that a party is under no obligation to reveal information in a manner which is itself privileged or protected.

| DOCUMENT | DATE | DESCRIPTION | BASIS FOR PRIVILEGE |
|---|---|---|---|
| Attorney Notes | 12/05-present | Attorney notes; legal research, legal memoranda, and related documents containing opinions, impressions, and legal advice prepared in anticipation of litigation | Attorney-Client; Attorney Work Product |
| Various correspondence from attorney to client | 12/05-present | Letters to client containing legal advice, opinions, impressions, related communications, protected information prepared in anticipation of litigation, | Attorney-Client; Attorney Work Product |

Exhibit A

| | | and invoices for services and representation agreements containing privileged information | |
|---|---|---|---|
| Various correspondence from client to attorney | 12/05-present | Letters, e-mails, memoranda, notes to attorneys at the direction of the attorney containing protected information and communications prepared in anticipation of litigation | Attorney-Client; Attorney Work Product |
| Case History Notes | Undated | Notes and information prepared by client at the direction of the attorney for the benefit and use of attorney to assess case in anticipation of and in preparation of litigation | Attorney-Client Privilege |
| Letters from V. McFadden to Joan Wilbon and/or Wilbon & Associates | 7/9/04 & 5/14/04 | Letter with attachments to attorneys at the direction of the attorney containing protected information and communications prepared in anticipation of litigation | Attorney-Client; Attorney Work Product |
| Various documents containing settlement/mediation notes, proposals, and damages calculation | Undated | Documents, notes, and calculations prepared for settlement purposes only that are neither discoverable nor admissible | Attorney-Client; Attorney Work Product; Privileged pursuant to parties' agreement during negotiations |
| Vanessa & Cornelius McFadden's Medical Records Unrelated to Lawsuit | Birth to present | Any and all medical records, diagnoses, reports, x-rays, test results, physician's notes, physician's aide/nurses' notes, medical bills, and any other health-related documents, which are not related to the subject matter of this lawsuit | Physician-Patient |

Respectfully submitted,

Dated: November 3, 2006

By: *Teresa W. Murray*
Teresa W. Murray
THE LAW OFFICES OF T.W. MURRAY, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910
Phone: 301-585-1870/Fax: 301-585-1871

2

## CERTIFICATE OF SERVICE

I hereby certify that on the __3rd__ day of __November 2006__, a copy of the foregoing Plaintiff's Privilege Log was sent via facsimile and first-class mail to:

Jonathan Mook
DIMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
Fax: 703-548-3181

_____
Teresa W. Murray

3