UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-2401 (RJL/JMF) |
| Ballard Spahr Andrews and Ingersoll, LLP, *et al.*, | ) |
|       Defendants. | ) |

**[PROPOSED] ORDER**

This matter having come before the Court upon Defendants' Motion to Compel Plaintiff to Appear for Deposition, Amend the Deadline for Dispositive Motions, and for Sanctions and it appearing to the Court that Defendants' motion should be granted, it is hereby ordered, adjudged and decreed as follows:

1. Plaintiff is ordered to appear for her deposition as later noticed by Defendants, said deposition to occur after Defendants' receipt of documents from the Social Security Administration and any further discovery responses from Plaintiff, as ordered by the court, or earlier at Defendants' option.

2. Any dispositive motions shall be filed within 30 days following Plaintiff's deposition, with oppositions due 30 days thereafter, and replies due within 15 days.

3. In all other respects, the scheduling order entered in this case shall remain in effect.

4. Sanctions in the total amount of $_____ shall be assessed against Plaintiff and her counsel, T.W. Murray, Esquire, for Plaintiff's failure to appear for her duly noticed

deposition on October 26, 2006;

    So ORDERED.

    ENTERED this \_\_\_\_\_ day of November, 2006.

    _____
    John M. Facciola, United States Magistrate Judge