UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VANESSA A. MCFADDEN | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No.05cv2401 (RJL/JMF) |
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP et al. | ) ) ) ) | |
| Defendants. | ) ) | |

## PRAECIPE

Please enter the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

> Teresa W. Murray
> The Law Office of T.W. Murray
> 1025 Connecticut Avenue N.W.
> Suite 1000
> Washington, D.C. 20036
> Telephone: 202-327-5477
> Facsimile: 202-327-5451

Respectfully submitted,

Dated: December 13, 2006         By**:**_____/S/_____
                                                           Teresa W. Murray

THE LAW OFFICE OF T.W. MURRAY
1025 Connecticut Avenue
Suite 1000
Washington, D.C. 20036
Phone: 202-327-5477/Fax: 202-327-5451

Counsel for Plaintiff