## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VANESSA A. MCFADDEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:05CV02401 (RJL/JMF) |
| ) | |
| BALLARD SPAHR ANDREWS & ) | |
| INGERSOLL, LLP, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING OF EXHIBIT 2B

Plaintiff Vanessa A. McFadden provides notice that Exhibit 2B, Defendant's Responses to Plaintiff's Document Production Requests exceeded the permissible size of exhibits to be filed through the Court's electronic case filing system. The document is over 28 MB. Plaintiff McFadden will therefore file this document on cd-rom with the Court's Clerk's office.

                                                    Respectfully submitted,

Dated: January 9, 2007        By**:**     **/S/**
                                                Teresa W. Murray

                                           THE LAW OFFICE OF T.W. MURRAY
                                           1025 Connecticut Avenue
                                           Suite 1000
                                           Washington, D.C. 20036
                                           Phone: 202-327-5477/Fax: 202-327-5451

                                           Counsel for Plaintiff