UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**VANESSA A. MCFADDEN**            )
                                   )
     Plaintiff,                )
                                   )
  v.                               )   **Civil Case No.05cv2401 (RJL)**
                                   )
**BALLARD SPAHR ANDREWS &**        )
**INGERSOLL, LLP et al.**          )
                                   )
     Defendants.              )
_____)

## ORDER

Upon consideration of Plaintiff's Motion To Compel Defendant's Discovery Responses, and all Opposition and responses and replies thereto, it is hereby ORDERED this _____ day of _____, 2007, that the Motion is **GRANTED**. And it is further **ORDERED**:

   a. Defendants shall produce supplemental responses to Interrogatory Nos. 1,6,14 16, 17, 20, 22, and 23, Document Production Request Nos. 8,11,14,16,21 and 26, in full compliance with the Court's Memorandum and Order within 10 days of this Order; and

   b. Defendant shall pay Plaintiff $_____ in sanctions within 10 days of this Order.

**SO ORDERED**.

                                                _____
                                                John M. Facciola
                                                United States Magistrate Judge