UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**VANESSA A. MCFADDEN**            )
                                   )
    Plaintiff,            )
                                   )
v.                                 )    **Civil Case No.05cv2401 (RJL/JMF)**
                                   )
**BALLARD SPAHR ANDREWS &**        )
**INGERSOLL, LLP et al.**          )
                                   )
    Defendants.           )
_____)

## **ERRATA**

The attached Exhibit is the correct Exhibit 2B to Plaintiff McFadden's Motion to Compel. Please disregard and replace the Notice of Filing Exhibit 2B (on disk) with the attached exhibit.

                                      Respectfully submitted,

Dated: January 19, 2007               By**:_____/S/_____**
                                            Teresa W. Murray

                                         THE LAW OFFICE OF T.W. MURRAY
                                         1025 Connecticut Avenue
                                         Suite 1000
                                         Washington, D.C. 20036
                                         Phone: 202-327-5477/Fax: 202-327-5451

                                         Counsel for Plaintiff