Ballard Spahr Andrews & Ingersoll, LLP
Job Description
Tax Secretary

| | |
|---|---|
| **Firm Address:** | The Homer Building 601 13th Street, NW Suite 1000 South Washington, DC 20005 |
| **Firm Description:** | DC Office of Philadelphia based law firm. Approximately 40 attorneys practicing in the areas of real estate, municipal finance, tax, energy, corporate and litigation. |
| **Position Title:** | Legal Secretary, Financial Management & Tax Department One |
| **Direct Reports:** | Partner and one Associate |
| **Position Requirements:** | Prior experience as a legal secretary supporting a partner in a law firm setting. Advanced MS Word and Outlook experience. Ability to produce and troubleshoot lengthy and technically challenging legal documents. Excellent spelling, grammar and proofreading skills. Excellent customer service and organizational skills. Advanced MS Word and Outlook. Time entry and monthly client billing. Flexibility for overtime. |
| **Secondary Skills:** | Prior experience in a law firm tax department. Excel and Power Point experience. 80 WPM typing. Experience with Docs Open, PC Docs, Soft Solutions or other document management software. Ability to use DeltaView. |
| **Position Description:** | Assist partner and associate with document production, word processing, and other administrative tasks as needed. Organization and maintenance of client files and distribution lists. Client contact both over the phone and in-person. Other administrative tasks include making travel arrangements; scheduling; meeting arrangements and set up; expense diary reconciliations; new matter reporting and other duties as assigned. Occasional evening and weekend overtime. |
| **Position Availability:** | Immediately. |

DC DOCS A #1091478 v1

Ballard-00519


EXHIBIT B

| | |
|---|---|
| Other: | This is position that requires both fast turn around and accuracy. Person should be detail oriented with a high degree of initiative. Requires ability to prioritize work load and handle multiple tasks. Ability to work with others in a team setting. Firm will provide training in Javelan (a Barrister product) for time and billing, MS Office, DOCS Open and Delta View. |
| Salary: | Based on experience. |
| Benefits: | 35 Hour work week, with overtime paid after 35 hours<br>20 Days Paid Time off (PTO accrued at 1.67 days per month)<br>7 Sick days (accrued at .58 days per month)<br>Medical Insurance $20 per pay period: HMO and PPO (Single coverage)<br>    Optional Medical family coverage available<br>Optional Prescription Drug Coverage available Free<br>Individual Dental coverage<br>    Optional Family Dental coverage available<br>Free Life Insurance<br>    Optional Lifestyle Protection Insurance available<br>AD&D Benefits Long Term Disability<br>Medical and Dependent Care Spending Accounts 401(k) Program with immediate firm contribution and 50 % matching<br>    after two years of employment.<br>Employee Assistance Programs<br>Annual Performance Evaluation |
| Other Amenities: | Free Exercise Facility w/ racquetball court<br>Rooftop Deck available to all building tenants<br>Located at Metro Center on the red, blue and orange lines |
| Apply to: | Meg Riley-Jamison 202/661-2232<br>FAX: 202/626-9059<br>EMAIL: rileyjamisonm@ballardspahr.com |

**All Replies Confidential**
**Equal Opportunity Employer**

DC DOCS A#109147Bv1

Ballard -00520