UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
**VANESSA A. MCFADDEN**       )
                              )
         Plaintiff,           )
                              )
v.                            )   **Civil Case No.05cv2401 (RJL/JMF)**
                              )
**BALLARD SPAHR ANDREWS &**   )
**INGERSOLL, LLP et al.**     )
                              )
         Defendants.          )
_____)

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR PLAINTIFF'S
REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Vanessa A. McFadden, by and through undersigned counsel, hereby respectfully requests an additional week and a half to prepare and submit her Reply to the Opposition to Plaintiff's Motion to Compel. Plaintiff conferred with Defendants regarding this Motion and they have no objection to this request for an extension of time. The reasons for this request are as follows:

1. Plaintiff's counsel is recovering from a recent illness, which has limited her ability to prepare a comprehensive Reply by this coming Friday, January 26, 2007.

2. Plaintiff's counsel is required to file an Opposition to a dispositive motion in another case before this Court, on January 31, 2007.

2

Plaintiff, therefore, respectfully requests permission to file her Reply to the Opposition to her Motion to Compel by February 6, 2007, for the reasons identified above and for any other reason, which may appear to the Court.

Respectfully submitted,

January 24, 2007          By:_____/s/_____
                                       Teresa W. Murray
                                       THE LAW OFFICE OF T.W. MURRAY
                                       1025 Connecticut Avenue, N.W.
                                       Suite 1000
                                       Washington, D.C. 20036
                                       UUPhone: 202-327-5477
                                       Fax: 202-327-5451