UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VANESSA A. MCFADDEN**<br>Plaintiff,<br><br>v.<br><br>**BALLARD SPAHR ANDREWS &**<br>**INGERSOLL, LLP et al.**<br><br>Defendants. | )<br>)<br>)<br>)<br>)  **Civil Case No.05cv2401 (RJL/JMF)**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Unopposed Motion for Extension of Deadline for Plaintiff's Reply to Opposition to Plaintiff's Motion to Compel, it is this _____ day of _____, 2007 hereby ORDERED that Plaintiff shall file her Reply brief by February 6, 2007.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
United States Magistrate Judge