# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **VANESSA A. MCFADDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 05-2401 (RJL/JMF)** |
| | ) |
| **BALLARD, SPAHR, ANDREWS, &** | ) |
| **INGERSOLL, LLP, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

_____)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1.    <u>Defendants' Motion to Test the Sufficiency of Plaintiff's Responses to Requests for Admission</u> [#23] is **DENIED**; and it is further **ORDERED** that

2.    <u>Defendants' Motion to Compel Plaintiff to Appear for Deposition, to Amend Motion Deadline, and for Sanctions</u> [#26] is **DENIED**; and it is further **ORDERED** that

3.    <u>Defendants' Motion to Strike Objections and for Sanctions</u> [#27] is **DENIED**; and it is further **ORDERED** that

4.    <u>Plaintiff's Motion to Compel Defendant's Responses to Discovery Requests</u> [#39] is **GRANTED IN PART AND DENIED IN PART**; and it is further **ORDERED** that

5.    Defendants are to supplement discovery responses in accordance with the accompanying Memorandum Opinion no later than July 13, 2007; and it is further **ORDERED** that

6.      Parties are to meet and confer and provide to the Court by July 20, 2007, a

proposed protective order, protecting the privacy of third parties, for all information

provided in discovery; and it is further **ORDERED** that

7.      Parties are to meet and confer and provide to the Court by July 20, 2007, a joint

proposed amended schedule.

**SO ORDERED.**


_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE


Dated: June 29, 2007