UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**VANESSA A. MCFADDEN**                 )
                                        )
    Plaintiff,                          )
                                        )
  v.                                    )  Civil Case No. 05cv2401 (RJL/JMF)
                                        )
**BALLARD SPAHR ANDREWS &**             )
**INGERSOLL, LLP et al.**               )
                                        )
    Defendants.                         )
_____)

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please enter the following address and telephone number change for Plaintiff's counsel in the above-captioned matter:

Teresa W. Murray
The Law Office of T.W. Murray
7474 Greenway Center Drive
Suite 820
Greenbelt, Maryland 20770
Phone: 301-982-2005
Fax: 301-982-0004

    Respectfully submitted,

Dated: July 17, 2007    By**:**_____/s/_____
    Teresa W. Murray
    THE LAW OFFICE OF T.W. MURRAY
    7474 Greenway Center Drive
    Suite 820
    Greenbelt, Maryland 20770
    Phone: 301-982-2005
    Fax: 301-982-0004
    **Counsel for the Plaintiff**