UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**VANESSA A. MCFADDEN**            )
                                   )
    Plaintiff,                     )
                                   )
  v.                               )  Civil Case No.05cv2401 (RJL/JMF)
                                   )
**BALLARD SPAHR ANDREWS &**        )
**INGERSOLL, LLP et al.**          )
                                   )
    Defendants.                    )
_____)

## JOINT RESPONSE TO COURT ORDER

Plaintiff, Vanessa A. McFadden, and Defendants Ballard Spahr Andrews & Ingersoll and Margaret Riley-Jamison, by and through undersigned counsel, hereby submit a Response to the Court's Order of June 29, 2007, as follows:

1.  Defendants deposed Plaintiff Vanessa McFadden on May 16 and 17, 2007.

2.  The parties have agreed on, and hereby respectfully submit for the Court's consideration a proposed Protective Order, which protects the privacy of third-party information disclosed in discovery.  See Exhibit 1.

3.  The parties respectfully propose and submit an amended scheduling order that would govern the remainder of the proceedings in this matter.  See Exhibit 2.

Respectfully submitted,

Dated: July 19, 2007			By:_____/s/_____
					Teresa W. Murray

					THE LAW OFFICE OF T.W. MURRAY
					7474 Greenway Center Drive
					Suite 820
					Greenbelt, Maryland 20770
					Phone: 301-982-2005
					Fax: 301-982-0004

					Counsel for the Plaintiff



					By:_____/s/_____
					Jonathan Mook

					DIMURO GINSBERG, P.C.
					908 King Street, Suite 200
					Alexandria, VA 22314
					Phone: 703-684-4333
					Fax: 703-548-3181

					Counsel for the Defendants