## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Vanessa A. McFadden,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:05CV02401 (RJL)** |
| | ) | |
| **Ballard Spahr Andrews and** | ) | |
| **Ingersoll, LLP,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
### GOVERNING PERSONNEL AND MEDICAL RECORDS

The parties, having agreed to the foregoing confidentiality agreement, as confirmed by the signatures of their counsel below, and having moved this Court for the entry of a protective order governing the personnel and medical records of the employees and former employees of Ballard Spahr Andrews & Ingersoll, LLP, who are non-parties in this action, and having considered the matter, and finding it appropriate to protect these individuals from annoyance, embarrassment, oppression, undue burden or expense, and against the unwarranted disclosure of confidential personnel and medical information, it is hereby **ORDERED** in accordance with Rule 26(c) of the Federal Rules of Civil Procedure that:

1.      All personnel and medical records of the employees and former employees of Ballard Spahr Andrews & Ingersoll, LLP, who are non-parties in this action, shall be kept confidential in accordance with this Confidentiality Agreement and Protective Order and the contents of such documents shall not be disclosed to any person or agency or used in any manner except for the sole purpose of prosecuting this litigation.

2.       The term "Parties" included Plaintiff, Defendants, and their attorneys and agents including,  but not limited to, witnesses, expert witnesses, retained experts and employees and/or support staff regularly employed by Plaintiff or her attorneys, or by Defendants or their attorneys.

3.       The documents shall be held in strict confidentiality by the parties and may be used solely for the purposes of this case and/or any subsequent appeals in this case.  Counsel to the parties shall limit the making of copies of any personnel and medical records/documents to those necessary to the attorneys' activities as counsel related to this case.

4.       The documents, items and information contained in any personnel and medical records produced pursuant to this confidentiality Agreement and Protective Order may be disclosed to counsel to the parties, clerical and secretarial staff employed with such counsel, or witnesses and experts retained for this litigation.  Plaintiff and Defendants are permitted to review the items produced to their attorneys pursuant to the Confidentiality Agreement and Protective Order and may discuss the information contained therein with those attorneys, witnesses, expert witnesses and retained experts; but neither Defendants nor Plaintiff shall retain possession of any of those items or copies thereof, or cause copies of any such documents, items or the information therein to be distributed or otherwise disseminated to others.

5.       The parties shall have the right to use documents produced pursuant to the Confidentiality Agreement and Protective Order in all preparations for trial.

6.       When a motion filed in court discloses confidential personnel and medical records, or information therein, the motion and all attachments shall be filed under seal.

7.       Subject to the Federal Rules of Evidence and this Protective Order, the Parties

2

shall have the right to use the records produced pursuant to the Confidentiality Agreement and

Protective Order at trial in this action, including in the examination of any witnesses and in the

presentation of evidence.

8.      Upon completion of this action, the Parties shall certify in writing to the opposing

party that they irretrievably destroyed all documents that have been produced pursuant to the

Confidentiality Agreement and Protective Order, except for those documents used as exhibits to

pleadings, in depositions, or at trial.  They shall further certify that they have destroyed all copies

and/or duplicates, as defined by Rule 1001(4) of the Federal Rules of Evidence, that they have

made of such documents

9.      This Confidentiality Agreement and Protective Order and the subsequent

providing of documents by the Parties and any third-parties in no manner affect the Parties'

respective rights to object to the admissibility of any information contained in the released

documentation.

10.     Nothing herein shall be construed to preclude either Party from asserting any

applicable privilege and declining to produce records or information, or portions thereof, where

either Party deems appropriate

11.     Nothing herein shall be construed to preclude either party from challenging an

assertion or assertions of privilege and declining to produce records or information, or portions

thereof, where either Party deems appropriate.

12.     This confidentiality agreement and Protective Order shall not compromise

the rights of any party  to object to discovery pursuant to the Federal Rules of Civil Procedure or

any other governing body nor is it intended to alter any burden of proof regarding any assertion

of privilege in this matter.

Nothing in this Order constitutes any decision by the Court concerning the admissibility into evidence of any specific document, nor does the Order constitute a waiver by Plaintiff or Defendant of their right to object to the discovery of or admission into evidence of any record, file or document or information subject to this Order.

**SO ORDERED** this _____day of _____ 2007.


_____
John M. Facciola
United States Magistrate Judge

**AGREED UPON BY:**


By: _____
Teresa W. Murray

Teresa W. Murray, Esquire
The Law Offices of T.W. Murray
7474 Greenway Center Drive, Suite 820
Greenbelt, Maryland 20770-3538
Phone:  (301)982-2005
Fax:     (301) 982-0004

***Counsel for the Plaintiff***


By: _____
Jonathan Mook

Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314-3067
Phone:  (703) 684-4333
Fax:     (703) 548-3181

4

*Counsel for Defendants*