## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                           )
**VANESSA A. MCFADDEN**        )
                                           )
    Plaintiff,                       )
                                           )
  v.                                    )   **Civil Case No. 05cv2401 (RJL/JMF)**
                                           )
**BALLARD SPAHR ANDREWS &**    )
**INGERSOLL, LLP et al.**          )
                                           )
    Defendants.                    )
_____)

## ORDER

Upon consideration of the parties' proposed Amended Scheduling Order, it is hereby **ORDERED** this _____ day of _____, 2007, that:

    a. Dispositive Motions Due: 9/07/07

    b. Oppositions Due: 10/8/07

    c. Replies Due: 10/29/07

    d. Pretrial Conference: to be set 30 days after decision on Dispositive Motion(s)

**SO ORDERED**.

                                                                             _____
                                                                             John M. Facciola
                                                                             United States Magistrate Judge