UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Vanessa A. McFadden,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 05-2401 (RJL/JMF) ) |
| **Ballard Spahr Andrews and Ingersoll, LLP,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## [PROPOSED] ORDER

This matter having come before the Court upon Defendants' Motion for Summary Judgment and it appearing to the Court that Defendants' motion should be granted, it is hereby:

Ordered that the Motion for Summary Judgment is granted for the Defendants, Ballard Spahr Andrews & Ingersoll and Margaret Riley-Jamison and

Further Ordered that this case is dismissed with prejudice.

ENTERED this _____ day of October, 2007.

_____
Richard J. Leon, United States District Judge