Page 1

```
1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3    -------------------------------X

4    VANESSA A. McFADDEN,            :

5         Plaintiff,                 :

6         v.                         : Civil Case No.

7    BALLARD SPAHR ANDREWS &,        : 05cv2401 (RJL)

8    INGERSOLL, LLP, et al.,         :

9         Defendants.                :

10   -------------------------------X

11

12                                   Silver Spring, MD

13                                   October 31, 2006

14

15        Deposition of JANET CRAIG, a witness

16   herein, called for examination by counsel for

17   Plaintiff in the above-entitled matter, taken at

18   The Law Offices of T. W. Murray, 1111 Bonifant

19   Street, Silver Spring, Maryland 20910, at 4:45

20   p.m., on Tuesday, October 31, 2006, reported by

21   Ray Heer III and transcribed under his direction.

22
```

**Certified Copy**

EXHIBIT 6

Janet Craig                                               October 31, 2006
Silver Spring, MD

Page 17

```
 1      A    Again, I can't think of anyone who
 2  worked modified schedules.
 3      Q    Did you know Vanessa McFadden?
 4      A    Yes.
 5      Q    And how did you come to know Ms.
 6  McFadden?
 7      A    She became employed at Ballard Spahr.
 8      Q    While you were working there?
 9      A    Yes.
10      Q    At some point in time were you aware of
11  any health condition that her husband was
12  suffering from?
13      A    Yes.
14      Q    How did you become aware of that?
15      A    She told me.
16      Q    At some point in time, did you become
17  aware of any health condition that Ms. McFadden
18  herself was suffering from?
19      A    Yes.
20      Q    How did you become aware of that?
21      A    In working with her, daily, and she told
22  me.
```

Page 36

```
 1    of your deposition, that, I believe, you took two
 2    leaves of absence.
 3         A    Correct.
 4         Q    The first time was in December, or
 5    thereabouts, of 1996.
 6         A    Yes.
 7         Q    Do you know,-- did you get paid during
 8    that period of time?
 9         A    Partially paid.
10         Q    And do you know under what policy, or
11    policies, you received pay?
12         A    Whatever vacation leave I had left for
13    that year that had not been used was given to me
14    as part of the time that I was off.  But that's
15    about a week's work of pay.  After that, I
16    received no pay.
17         Q    And, at that point, were you an exempt
18    or nonexempt employee?
19         A    Nonexempt.
20         Q    Okay.  And the second time you went out
21    on leave was in mid-November 1999?
22         A    Correct.
```

Page 37

1   Q   And, at that point, were you an exempt
2   or nonexempt employee?
3   A   Exempt.
4   Q   And were you paid during that leave?
5   A   Yes.
6   Q   Or did you receive pay during that
7   leave?
8   A   Yes.
9   Q   Do you know, under Ballard Spahr's
10  policies, how you were paid?
11  A   It would have been all of my annual
12  leave, my PTO leave, my vacation days, holidays,
13  that I would have gotten paid for -- personal
14  days. All of that was taken, and then the rest
15  was done in sick leave. And 1 week of it, it
16  would have been bereavement leave. So, it was,
17  like, maybe 5 weeks of leave that was taken.
18      MR. MOOK: I don't have any further
19  questions.
20      MS. MURRAY: Neither do I. Will she be
21  reading and signing?
22      MR. MOOK: Oh, no, we'll waive. No,