LAW OFFICES

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE MD
CAMDEN. NJ
DENVER. CO
SALT LAKE CITY UT
VOORHEES. NJ
WASHINGTON DC

JOHN T. DIBATTISTA
DIRECTOR OF HUMAN RESOURCES
DIRECT DIAL: 215-864-8313
PERSONAL FAX: 215-864-9069
DIBATTISTAJ@BALLARDSPAHR.COM

March 9, 2004

<u>Via Certified Mail</u>

Ms. Vanessa A. McFadden
3457 Massachusetts Avenue, SE
Washington, DC  20019

Dear Vanessa:

I hope this letter finds you coming along in your recovery.

As was communicated to you in previous correspondence, your absence from work thus far has been covered under the Family and Medical Leave Act (FMLA). FMLA entitles eligible employees to a maximum of 12 weeks of job protected medical leave during any 12 month period. (**NOTE:** DC employees are entitled to a maximum of 16 weeks of job protected medical leave during any 24 month period). As such, your leave of absence under the FMLA expired February 4, 2004.

Recognizing that you may not yet be able or ready to return to work, the firm does permit a non-FMLA covered leave of absence for up to an additional 3 months of time. If you apply and are approved for this extension of leave keep in mind that there is no job protection during this period nor is there a guarantee that a position will be available if and when you are ready to return to work. You can apply for this extension by completing the enclosed "Request for Non-FMLA Leave of Absence' form and returning it to your supervisor.

If at the expiration of the extended leave of absence you are still unable to return to work, your employment with Ballard Spahr will terminate. If in the future you are able to return to work you may apply for any available position within the firm for which you are qualified to fill.

Your benefits coverage has been continued by the firm throughout the period of your FMLA covered leave of absence during which time you were responsible for payment of your employee contribution. If you are extending your leave beyond this period you are eligible to continue coverage in the firm's group health plan by paying 100% of the cost of such coverage.

PHL_A #1854198 v1

EXHIBIT
10

Ms Vanessa A. McFadden
March 9, 2004
Page 2

If you are unable to return to work beyond the 3 month extension you can elect to continue your health coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act (COBRA)  Information regarding COBRA and continuation of your health coverage will be sent to you under separate cover.

Vanessa, on behalf of the firm we wish you well and hope for a speedy recovery. Please feel free to contact me if there is anything we can do.

Sincerely,

John T DiBattista
Director of Human Resources

JTD/sb

cc:    Fern Forman, Benefits Manager
       Meg Riley-Jamison

PHL_A #1854198 v1

2

Ballard -00007