# Ballard Spahr Andrews & Ingersoll, LLP

## Leave of Absence Request Form

Name: _Vanessa A. McFadden_   Date: _3-15-04_

Office: _DC Office_   Department: _Tax Department_

**Initial Request:** (To be completed by employee requesting initial leave of absence)

I, _Vanessa A. McFadden_, request a leave of absence to begin on _10/16/03_ and to end on _indefinite_ for the following reason: (check one)

____ FMLA   ____ Personal   ____ Military   _✓_ Other (explain)

Comments: _Long Term Disability (multiple serious medical conditions)_

**Extension Request:** (To be completed by employee if requesting an extension of the time period of an already approved leave or a change in the reason – i.e., FMLA to Personal)

I, _Vanessa A. McFadden_, am currently on an approved leave of absence which began on _10/6/03_ and ends _indefinite_. I would like to request an extension of my leave to be continued from _3/9/04_ and to end on _indefinite_. I understand that if I am currently on an FMLA approved leave and this extension goes beyond the maximum 12 week (16 weeks in DC) period, my continued absence will not be covered by FMLA and as such, there is no job protection during this period nor is there a guarantee that a position will be available when I am ready to return to work.

_Vanessa A. McFadden_   _3/15/04_
Employee Signature   Date

EXHIBIT 11

PHL_A #1357356 v1

102