Confidential

5/14/04 @ 4:08

Meg Riley, Human Resources Director, DC Office
Fern H. Farmer, Benefits Administrator, Philadelphia Office
John T. DiBattista, Director of Human Resources Philadelphia Office

On May 14, 2004 I was engaged in a conference call with the individuals listed above. They offered me the following:

1. A position in their word processing center. My response was my doctors have found me to be mentally and physically disabled permanently.

2. Any salary advances I was given by the firm and any benefits they paid I would not have to repay to the firm.

3. On my husband's life insurance policy which is $102,000 they claimed that the firm just started participating in something called Rider A. The condition of Rider A is that my husband's doctor will fill out a form saying that my husband has less than 12 months and they would pay me $50,000.00. Rider A just started May 1, 2004.

EXHIBIT 12

108