# EQUAL EMPLOYMENT OPPORTUNITY, SEXUAL AND OTHER PROHIBITED HARASSMENT, DISCRIMINATION AND RETALIATION POLICY

It is the policy of Ballard Spahr Andrews & Ingersoll, LLP ("Ballard Spahr") to promote a productive work environment free from all forms of discrimination and conduct that could be considered harassing, coercive or disruptive

### A.  Equal Employment Opportunity

Ballard Spahr is committed to a policy of equal employment o
policy of Ballard Spahr to provide equal employment opportu
applicants for employment without regard to race, color, relig
handicap or disability, citizenship, sexual orientation, ancestr
category protected by applicable law  This policy covers recruitment, hiring, ......,
benefits, promotion, demotion, layoff, termination, work environment and all other terms and
conditions of employment

This policy includes the recognition that all employees should be able to work in an environment free from all forms of discrimination or harassment.  Harassment and/or discrimination – whether committed by partners, management, non-management employees or others – will not be tolerated

### B.  Prohibited Discrimination and Harassment

Ballard Spahr will not tolerate conduct by any person based on any classification protected under the EEO policy above that discriminates against an individual or harasses, disrupts or interferes with an individual's work performance or that creates an intimidating, offensive or hostile work environment.  Every partner and every employee has the responsibility to maintain the workplace free of any form of prohibited harassment or discrimination.  Prohibited harassment includes but is not limited to printing, displaying, downloading or sending offensive, insensitive or sexually suggestive messages, images, jokes or pictures or using e-mail or the Internet or any of the computers or communication systems of Ballard Spahr for such activities.

### C.  Prohibited Sexual Harassment

While discrimination and harassment based on any protected category are prohibited, it is the policy of Ballard Spahr to emphasize the prohibition on sexual harassment.  No partner or employee shall make unwelcome sexual advances or requests for sexual favors, or other verbal or physical conduct of a sexual nature; use a person's submission to, or rejection of, such conduct as the basis for, or as a factor in, any employment decision; or otherwise create an intimidating, hostile or offensive working environment by such conduct.

Sexually harassing conduct in the workplace, whether committed by partners, management, non-management personnel or non-employees, is prohibited.  Sexually harassing conduct in the workplace refers to unwelcome sexual attention, sexual advances, requests for sexual favors and

DMEAST #9328318 v1



EXHIBIT 15

Ballard -01371

other verbal, visual or physical conduct of a sexual or gender-motivated nature and includes, but is not limited to:

a) Sexual flirtations, touching, advances or propositions;

b) Verbal conduct such as making derogatory comments, slurs or epithets of a sexual nature;

c) Sexually graphic or suggestive comments about an individual's dress or body;

d) Sexually degrading words to describe an individual;

e) The display in the workplace of sexually suggestive objects, depictions or photographs, including nude photographs;

f) Promising favorable employment actions (such as raises or promotions) in exchange for romantic or sexual relations or threatening adverse employment actions (such as firing or demotions) in exchange for romantic or sexual relations or threatening adverse employment actions (such as demotions or termination) if an employee refuses to submit to requests for romantic or sexual relations; and

g) Printing, displaying, downloading or sending offensive, insensitive or sexually suggestive messages, images, jokes or pictures using e-mail, the Internet or any of Ballard Spahr's computers or communication systems.

**D.     Reporting Procedure and Prohibited Retaliation**

Any partner or employee who believes that the actions or words of a partner, supervisor, employee or non-employee constitute discrimination, sexual harassment, other prohibited harassment or retaliation should report or complain about such conduct promptly to a contact person designated below:

**Lawyers or Legal Assistants** should report their concern directly to either their Department Head, their Office Managing Partner, any member of the Board of the Firm, the Professional Personnel Partner or the Chair of the Firm.

**All Other Staff** should report their concern directly to either their Office Administrator, the Executive Director or the Director of Human Resources.

If a supervisor, manager, Office Administrator or the Executive Director receives any such complaint, the Director of Human Resources must be notified promptly. Any such complaint involving the Director of Human Resources must be reported to the Executive Director

If a Department Head, Office Managing Partner, member of the Board of the Firm or the Professional Personnel Partner receives any such complaint, the Chair of the Firm must be notified promptly. Any such complaint involving the Chair of the Firm must be reported to the applicable Office Managing Partner.

Ballard -01372

All complaints of discrimination, sexual harassment, other prohibited harassment or retaliation shall be investigated promptly, impartially and in as confidential a manner as possible. In all cases, the complaining individual will be advised of the relevant findings and conclusions.

No employee will be discharged or retaliated against in any manner and no partner will be removed from the partnership or retaliated against in any manner because of registering a complaint of discrimination, sexual harassment, other prohibited harassment or retaliation or cooperating in any way with an investigation of such a complaint. Retaliation is a serious violation of this policy and any partner or employee who believes that he/she has been the subject of such retaliation should follow the complaint procedure described above.

Any employee who is found after appropriate investigation to have engaged in discrimination, sexual harassment, other prohibited harassment or retaliation in violation of this policy shall be subject to disciplinary action up to and including termination, depending on the circumstances. In the case of a partner, removal from the partnership or other corrective action may occur. In addition, Ballard Spahr will take steps to prevent further discrimination, harassment or retaliation and will take any other appropriate action to correct the situation, whether the wrongful conduct is by an employee, partner or other individual.

Ballard -01373