## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

### PERSONNEL POLICIES ACKNOWLEDGMENT

Name: _Vanessa A. McFadden_

All personnel of Ballard Spahr Andrews & Ingersoll, LLP are bound by the Firm's policies and procedures, including those relating to: (1) Sexual Harassment; (2) Standards for the Use of Personal Computers, the Internet and Email; and (3) Standards of Conduct and Procedures with Respect to Non-Disclosure of Confidential Information and Securities Trading. Copies of these policies are attached to this Acknowledgment form.

Please review these policies carefully and sign this form. Your signature acknowledges that you have received these policies, read and understood them and agree to comply with them in their present form and as they may be modified in the future.

Please return the signed form as soon as possible to the designated recipient for your office:

| | |
|---|---|
| Baltimore | Diana Boucher |
| Denver | Sheila Winstanley |
| Philadelphia/Camden/Great Valley | Bonnie Bell |
| Salt Lake City | Michele Roberts |
| Washington | Wendy Iversen |

Signature: _Vanessa A. McFadden_

Date: 2/1/99

**EXHIBIT 16**

PHL_A 1150892 v 1

Ballard -00293