**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

# MEMORANDUM

**TO:** Vanessa McFadden

**FROM:** Fern H. Forman

**DATE:** September 29, 2003

**RE:** <u>Long Term Disability – staff</u>

For ease of reference, your benefits under the Firm's disability policy are outlined below. Attached are:

- Family & Medical Leave Act ("FMLA") Policy
- Long Term Disability ("LTD") Policy
- Request for Leave Questionnaire – please have your doctor complete and return to me

The following dates summarize your disability coverage under the Ballard Spahr Andrews & Ingersoll, LLP Long Term Disability Plan. Assuming your last day of work will be 10/15/2003; our disability coverage is as follows:

| | | |
|---|---|---|
| Day 1 – Day 30 <br>*(elimination period)* | 0% compensation from Ballard Spahr | 10/16/2003 – 11/14/2003 |
| Day 31 – Day 90 | 60% compensation from Ballard Spahr | 11/15/2003 – 1/13/2004 |
| Day 91 forward | 60% compensation from UNUM (our LTD carrier) <br>*(0% compensation from Ballard Spahr)* | 1/14/2004 – ?? <br>*(if medically necessary)* |

| | |
|---|---|
| FMLA Coverage <br>*(12 weeks or 60 days)* | 10/16/2003 – 1/7/2004 |

During your elimination period (day 1 to day 30 of disability), vacation/sick/personal/holidays still accrue. During the next 60 days (day 31 to day 90 of disability), vacation/sick/personal/holidays do not accrue. Accruals will begin again once you return to work. Firm holidays are paid during the elimination period only.

As of the end of the elimination period, you will have accrued 34.00 days in 2003 [20.00 vacation, 10.00 sick, 2.00 personal, 2.00 optional holiday]. Our records show that you have taken 34.00 days in 2003 [20.00 vacation, 10.00 sick, 2.00 optional holiday, 2.00 personal day]. This provides you with no additional time to use while you are out of the office.



EXHIBIT 18

In the event you are absent from work beyond 90 calendar days, your next scheduled annual review and pay adjustment will be deferred by the amount of time absent in excess of the 90 day period.

**Be sure to bring a doctors note (releasing you to work) when you return. Also, be sure to let me know when you have returned to the office so that I can alert payroll.**

I hope this is a short-term leave and that you are back to work quickly! If you have any questions, please feel free to call me at 215-864-8914.

cc: Mary Jane Massott
Cindy Aldinger
Meg Riley-Jamison
Wendy Iversen
Joanne Edwards