

**INCOME PROTECTION CLAIM**
Mail to: Portland Customer Care Center, P.O. Box 9500,
Portland, ME 04104-5058
Claim Questions: 800 858 6843   Fax To: 800 447 2498

## D. EMPLOYMENT STATEMENT (PLEASE PRINT)

For group sponsored policies, the employer must complete this statement. For individual policies, please refer to the attached instruction sheet.

Type of Coverage (CHECK ALL THAT APPLY)  ☑ Long Term Disability  ☐ Individual Disability  ☐ Waiver of Premium (Life Insurance)

**1. Employer Name**: Ballard Spahr Andrews & Ingersoll, LLP
Employer's Phone Number: ( 215-665-8500 )

Employer Address (Street, City, State, ZIP): 1735 Market Street, 51st floor, Philadelphia, PA 19103

Policy Numbers: 502316,101
Division Number / Class Number: 101
Division Description / Class Description:

**2. Claimant's Name**: Vanessa A. McFadden

Claimant's Address (Street, City, State, ZIP): 3457 Massachusetts Avenue, SE, Washington, DC 20019

Social Security Number: 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
Date of Hire: 08/05/1989
Effective Date of LTD Insurance: 07/01/1989
Effective Date of ID Insurance: —
Date Last Worked: 10/15/2003

Has the claimant's employment been terminated? ☐ Yes ☑ No  If yes, please provide termination date

**3. Has claimant returned to work?** ☐ Yes ☑ No  If yes, date ____  ☐ Full Time  ☐ Part Time  Hours Per Week

**4. Job Title/Major Job Duties** (Please attach a copy of claimant's job description)

**5. How was the LTD premium paid for the plan year in which the disability occurred?**
Percentage paid by Employer: 80    Was the premium amount paid by the employer included in the employee's W-2? ☐ Yes ☑ No
Percentage paid by Employee: 20    ☐ Pre-tax  ☑ Post-tax

**6. How was the ID premium paid for the plan year in which the disability occurred?**
Percentage paid by Employer: X    Was the premium amount paid by the employer included in the employee's W-2? ☐ Yes ☐ No
Percentage paid by Employee: X    ☐ Pre-tax  ☐ Post-tax

**7.** ...r to Date Earnings (for FICA % Deductions) $ 46,811 (for 2003)   $1,461.13 (for 2004)
...ancial Documentation (please refer to your contract for your Earnings definition and attach the appropriate documentation)
Salary Only/Current Earnings definition: Attach copy of payroll records or paystubs for 2 periods just prior to disability.
Bonus/Commissions Included: Attach copy of payroll records for the 12 or 24 months (see definition) just prior to disability.
Other Earnings definitions: Attach referenced document per Earnings definition (W-2, K-1s, Schedule Cs, teacher's contract, etc.).

**9.** Does the claimant have an ownership interest in this business? ☐ Yes ☑ No  If yes, what is the % of ownership? ____%
Type of business entity?  ☐ Regular Corporation  ☐ S Corporation  ☐ Partnership  ☐ Sole Proprietorship

**10.** If this is a Flexible Benefits Plan, indicate which option of coverage this claimant has chosen
Previous Plan Year - Date of Open Enrollment 4/1/2002  Option Personal Choice PPO   Current Plan Year - Date of Open Enrollment 4/1/2003  Option PPO

**11. Prior LTD Carrier Name**: ____   Effective Date: ____
Address (Street, City, State, ZIP): ____   Termination Date: ____

**12. Is claimant eligible for:**    Yes  No
Health Insurance            ☑   ☐   If yes, name and address of Carrier: Independence Blue Cross
Life Insurance              ☑   ☐   If yes, please provide the amount of coverage: $ 50,000

**13. Information about your pension plan** (Please send copy of Plan Summary) (Do not complete for maternity claim)
Do you have a pension plan? ☑ Yes ☐ No   If yes, what type?  ☐ Defined benefit  ☐ Defined contribution  ☑ 401(k)/403(b)  ☐ Profit Sharing  ☐ Other (specify)
Is claimant eligible for your pension plan? ☑ Yes ☐ No   If eligible, does the claimant participate?  ☐ Yes ☑ No   What % does claimant contribute? N/A
If the claimant is participating, when is he or she eligible for benefits under the plan? Age 65 or termination

The above statements are true and complete to the best of my knowledge and belief.

Name of Person Completing Form: Fern H. Forman
Telephone Number: ( 215 864-8914 )

Title of Person Completing Form: Benefits Administrator
E-mail Address: forman@ballardspahr.com
Fax Number: ( 215 864-9264 )

Signature: [signed]
Date Signed: 2/6/2004

EXHIBIT 19

1106-02-FTLD

Claimant Name: Vanessa McFadden    Claim #: 1164932

UNUM 00017