

August 19, 2004

Original Recipient

**BALLARD SPAHR ANDREWS
INGERSOLL
FERN FORMAN
1735 MARKET STREET
PHILADELPHIA, PA 19103**

VANESSA MCFADDEN
3457 MASSACHUSETTES AVE SE
WASHINGTON, DC 20019

RE:    McFadden, Vanessa           DOB. August 15, 1957
       Claim Number:                1164932
       Policy Number:               502318
       Insuring Entity:             Unum Life Insurance Company of America

Dear Ms. McFadden:

This letter is in regard to the Long Term Disability claim that you have with our company.

We have reviewed the additional information you recently sent us regarding your claim for benefits. We regret this information was not sufficient to reverse our previous decision.

The policy through your employer states as follows:

"HOW DOES UNUM DEFINE DISABILITY?

"Disability" and "disabled" mean that because of injury or sickness:

1. the insured cannot perform each of the material duties of his regular occupation; and
2. after benefits have been paid for 24 months, the insured cannot perform each of the material duties of any gainful occupation for which he is reasonably fitted by training, education or experience."

This additional information which you provided leads us, within a reasonably degree of medical certainty, to conclude that your symptoms and impairments related to panic disorder without agoraphobia and dysthymic disorder are of moderate severity. Pain is the symptom which your providers identify as causing your major impairment.

Impairments related to panic disorder without agoraphobia and dysthymic disorder are assessed as moderate in severity. Moderate impairment (Global Assessment of Functioning 51-60) is defined as adversely affecting functioning in personal and work activity, but does not

Unum Life Insurance Company of America
The Benefits Center
PO Box 9500
Portland, ME 04104-5058
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

1242-03



Ballard -00487

Claimant Name: McFadden, Vanessa
Claim Number: 1164932

August 19, 2004
Page 2 of 2

preclude functioning. It is likely to be additive to impairments related to other causes. It is our opinion that, to a reasonable degree of medical certainty, impairments only related to panic disorder without agoraphobia and dysthymic disorder, would not preclude your ability to return to work. Based on this information, we are unable to reverse our prior decision.

In our denial letter of May 11, 2004 we advised you that you must submit your written appeal within 180 days of the date of that letter (attached). If we do not receive your written appeal within 180 days of the date you received that letter, our claim decision will be final.

Ms. McFadden, if you have any questions, please feel free to contact me toll-free at 1-800-858-6843, extension 55565.

Sincerely,

*Robert Spellman Jr.*

Robert Spellman Jr.
Senior Disability Benefits Specialist
Unum Life Insurance Company of America

CC:    BALLARD SPAHR ANDREWS/FERN FORMAN

1242-03

Ballard -00488