

March 15, 2004

VANESSA MCFADDEN
3457 MASSACHUSETTES AVE SE
WASHINGTON, DC 20019

RE: McFadden, Vanessa          DOB: August 15, 1957
    Claim Number:              1164932
    Policy Number:             502318

Dear Ms. McFadden:

This letter is in regard to the Long Term Disability claim that you have with our company.

As you are aware, we have been attempting to obtain medical records from your attending physicians in order to gain a better understanding of your medical condition. We have received a copy of your records from two providers  However, we are still in need of records from two other physicians. While we continue to follow up for these records, we have issued you one payment in the amount of $6572.91 covering the period from January 14, 2004 through March 31, 2004. This payment was issued under reservation of rights. This payment and any future payments cannot be construed as an admission of present of future liability. We reserve our right to enforce any and all provisions of the policy.

Once these records are received, we will complete a full review of all the medical information contained in your file in order to determine whether you meet the definition of disability as stated in the contract through your employer.

EXHIBIT
22

Unum Life Insurance Company of America
The Benefits Center
PO Box 9500
Portland, ME 04104-5058

1242-03

Claimant Name: Vanessa McFadden     Claim #: 1164932

UNUM00237

Claimant Name: McFadden, Vanessa March 15, 2004
Claim Number: 1164932 Page 2 of 2

Ms. McFadden, if you have any questions, please feel free to contact me at 800-858-6843.

Sincerely,

*Robert Spellman Jr.*

Robert Spellman Jr.
Senior Disability Benefits Specialist
Unum Life Insurance Company of America


CC: BALLARD SPAHR ANDREWS/FERN FORMAN

1242-03

Claimant Name:  Vanessa  McFadden Claim #:  1164932

UNUM00238