

October 29, 2004

VANESSA MCFADDEN
3457 MASSACHUSETTES AVE SE
WASHINGTON, DC 20019

RE:  McFadden, Vanessa                    DOB: August 15, 1957
     Claim Number:                        1164932
     Policy Number:                       502318
     Unum Life Insurance Company of America

Dear Ms. McFadden:

This letter is in regard to the Long Term Disability claim that you have with our company.

We have recently received the additional medical information you have submitted and are in the process of completing our review. While we review this information, we have agreed to re-open your claim and begin making payments to you under reservation of rights. A check in the amount of $16,366.92 will be issued to you on October 29, 2004. This check, and any future checks, cannot be construed as an admission of present of future liability. We reserve our rights to enforce all policy provisions under the contract. Once we have complete our review, we will contact you regarding our decision

Ms McFadden, if you have any questions, please feel free to contact me at 1-800-413-7670

Sincerely,

*Robert Spellman Jr.*

Robert Spellman Jr.
Senior Disability Benefits Specialist
Unum Life Insurance Company of America

CC:     John DiBatista/Ballard Spahr Andrews & Ingersoll, LLP

Unum Life Insurance Company of America
Quality Performance Support
PO Box 9548
Portland, ME 04122-5058
Phone: 1-800-413-7670
Fax: 207-575-2354
www.unumprovident.com

1242-03

EXHIBIT 23

*Claimant Name: Vanessa McFadden     Claim #: 1164932*

UNUM 00798