**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
**ATTENDANCE/VACATION RECORD 2002**

Name: Vanessa McFadden
Position: Legal Secretary
Location:
Emp. #:
Start Date: 6/5/1989
Term. Date:

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H | | FUNR | | V | | | | | V | -V 03 | |
| 2 | | | | | V | | | | H | V | | OFF |
| 3 | | | | | V | | | | H | V | | OFF |
| 4 | | | | | | | H | | | V | | OFF |
| 5 | | | | FUNR | | | H | | S | | | OFF |
| 6 | | | | | V | | | | | | | OFF |
| 7 | | | | | V | | | | | V | OFF | |
| 8 | | | | | V | | | | | | | |
| 9 | | | | | V | | S | | | | | OFF |
| 10 | | | | | V | FUNR | S | | | | | OFF |
| 11 | | P | | | | | S | | | | | |
| 12 | | OH | | | | | S | | | | | |
| 13 | | S | | | | | | | | | | |
| 14 | | V | FUNR | | | | | | | | | |
| 15 | | FUNR | | | | | | V | | | FUNR | |
| 16 | | | | | | | | S | | | | OFF |
| 17 | | | | | | | | | | -V | | OFF |
| 18 | | H | | | | | | | | -V | | VN |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | -V 03 | | |
| 22 | | S | | | | | | | | -V 03 | OFF | |
| 23 | | | | | | | | | | -V 03 | | OFF |
| 24 | | | | | | | | | | -V 03 | | OFF |
| 25 | | P | | | | | | | | -V 03 | | |
| 26 | | | | OH | | | | | S | | | H |
| 27 | | | | | H | | | | | | OFF | |
| 28 | | | | | | | | | | -V 03 | H | |
| 29 | | | | V | | | | | | -V 03 | H | |
| 30 | S | | | V | | | | | V | -V 03 | | OFF |
| 31 | | | | | | | | | | -V 03 | | OFF |

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | | | | 2 | 8 | | | | 1 | 16 | 1 | |
| Personal | | 2 | | | | | | | | | | |
| Sick | 1 | 2 | | | | 1 | 3 | 2 | 1 | | | |
| FMLA | | | | | | | | | | | | |
| Funeral | | 1 | 2 | 1 | | 1 | | | | | 1 | |
| Jury Duty | | | | | | | | | | | | |
| Opt. Holiday | | 1 | | | | | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**FULL TIME DAYS (10-20 years)**

| | days remaining from 2001 | days sold back | carry-over balance - 2001 | TO BE ACCRUED 2002 | days available in 2002 | days remaining in 2002 |
|---|---|---|---|---|---|---|
| vacation | — | — | 0.00 | 20.00 | 30-20.00 | 0.00 |
| sick | — | — | 0.00 | 10.00 | 10.00 | 0.00 |
| opt. holiday | n/a | n/a | n/a | 2.00 | 2.00 | 0.00 |
| personal | n/a | n/a | n/a | 2.00 | 2.00 | 0.00 |

Advanced 10 days Vac for 2003

Silk bank


EXHIBIT 24

10/29/2002
Ballard -00602

1

2003 ✓

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

| Name: | Vanessa McFadden | Emp. #: | |
|---|---|---|---|
| Position: | Legal Secretary | Start Date: | 6/5/89 |
| Location: | Tax – Washington | Term. Date: | |

| 9/9/2003 | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H | | | | | S | | DOCK | | H | | |
| 2 | | | | | V | S | | | | J | OFF | |
| 3 | | | OFF | OFF | | | | | | | OFF | |
| 4 | | | | | | | OH | H | | J | | |
| 5 | | S | S | | OFF | P | | | | | | |
| 6 | S | | | V | | | V | | | | | |
| 7 | OH | | | | OFF | | | | | | | |
| 8 | P | | | | | | | | DOCK .5 | | | |
| 9 | | | | | | S | | | DOCK | | | |
| 10 | | S | OFF | | | S | | | DOCK | | | |
| 11 | | | | | | | DOCK | | V | DOCK | | |
| 12 | | | | OFF | | DOCK | | | V | DOCK | | |
| 13 | V | | | | DOCK | DOCK | | | V | | | |
| 14 | | | | OFF | | | | | V | | | |
| 15 | | | | | | | | | V | | | |
| 16 | | | | DOCK | | | | | | LTD | | |
| 17 | | H | OFF | | | | | | | | | |
| 18 | | | | 1/2 S | | | | V | | | | |
| 19 | | V | S | | | | | DOCK | | | | |
| 20 | | | | | | | | DOCK | | | | |
| 21 | V | DOCK | | OFF | | | | DOCK | | | | |
| 22 | DOCK | | | | | | | DOCK | | | | |
| 23 | OFF | | | DOCK | | | | | | | | |
| 24 | | OFF | OFF | | | | | | | | | V |
| 25 | | | S | | | V | V | | | | | H |
| 26 | | | | | H | V | | | | | V | H |
| 27 | OFF | | | | | V | | | | | H | |
| 28 | | | | | OFF | | | | | | H | |
| 29 | | | | | | | | | | | | |
| 30 | | | | | .5S | DOCK | 1/2 OFF | | | | V | |
| 31 | | | OFF | | | | | | | | | V |

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | 2 | 2 | 1 | | | 7 | 2 | 6 | | | | |
| Personal | 1 | | | | | | 1 | | | | | |
| Sick | 1 | 2 | 3 | 0.5 | 2 | 2 | | | | | | |
| FMLA | (6) | (5) | (4) | (3.5) | (3) | (7) | | | (.45) | | | |
| Funeral | | | | | | | | | | | | |
| Jury Duty | | | | | | | | | 2 | | | |
| Opt. Holid | 1 | | | | | 1 | | | | | | |
| TOTAL | 5 | 4 | 4 | 0.5 | 2 | 10 | 3 | 6 | 2 | 0 | 0 | 0 |

**STANDARD 35 hr (10-20 years)**

| | days remaining from 2002 | days sold back | carry-over balance - 2002 | TO BE ACCRUED 2003 | days available to date | days available in 2003 | days remaining to date | days remaining in 2003 | |
|---|---|---|---|---|---|---|---|---|---|
| vacation | 0.00 | 0.00 | 0.00 | 20.00 | 15.00 | 20.00 | -5.00 | -0.00- | 0 |
| sick | 0.00 | 0.00 | 0.00 | 10.00 | 7.50 | 10.00 | -3.00 | -0.50- | 0 |
| pt. holiday | | | | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0 |
| personal | | | | 2.00 | 2.00 | 2.00 | 0.00 | 0.00- | 0 |

NOTES: Advanced 10 days of 2004 vacation time in 2003.

OFF – Paid for these days

V – While I was on leave, she was paid for these days but should have been docked.

Page 1