

September 22, 2005

VANESSA MCFADDEN
3457 MASSACHUSETTES AVE SE
WASHINGTON, DC 20019

RE:  McFadden, Vanessa        DOB: August 15, 1957
     Claim Number:             1164932
     Policy Number:            502318
     Unum Life Insurance Company of America

Dear Ms. McFadden:

We have completed our review of your ongoing Long Term Disability claim and are pleased to inform you that we have approved your benefits

As you are aware, you must continue to meet the policy definition of "disabled" to maintain eligibility for benefits. Your employer's policy states:

"Disability" and "disabled" mean that because of injury or sickness:

1. the insured cannot perform each of the material duties of his regular occupation; and
2. after benefits have been paid for 24 months, the insured cannot perform each of the material duties of any gainful occupation for which he is reasonably fitted by training, education or experience

"Partial disability" and "partially disabled" mean that because of injury or sickness the insured, while unable to perform all the material duties of his regular occupation on a full-time basis, is:

1. performing at least one of the material duties of his regular occupation or another occupation on a part-time or full-time basis; and
2. earning currently at least 20% less per month than his indexed pre-disability earnings due to that same injury or sickness.

"HOW DOES UNUM DEFINE DISABILITY?

Unum Life Insurance Company of America
The Benefits Center
PO Box 100158
Columbia, SC 29202-3158
Phone: 1-800-858-6843
Fax: 1-800-447-2498
www.unumprovident.com

EXHIBIT
25

1242-03

Claimant Name: Vanessa McFadden        Claim #: 1164932

Claimant Name: McFadden, Vanessa
Claim Number: 1164932

September 22, 2005

The "own occupation" period of benefits expired on January 13, 2006. Our decision to extend benefits into the "any occupation" period was based on the most recent medical information provided by your treating physician(s). You will continue to receive benefits until August 14, 2022 so long as you continue to meet all policy provisions as stated in the contract between UnumProvident and your employer.

Ms. McFadden if you have questions about your claim, our Contact Center is staffed with experienced representatives who can be contacted at 1-800-858-6843.

If at any time during your claim you have concerns with our claim process, or a specific step in the claim process, which have not been addressed to your satisfaction by our Contact Center representatives, please call us at 1-866-865-9015 for additional assistance.

Sincerely,

*Robert Spellman Jr.*

Robert Spellman Jr
Lead Disability Benefits Specialist
Unum Life Insurance Company of America

CC:     Fern Forman/Ballard, Spahr, Andrews, & Ingersoll

1242-03

Claimant Name: Vanessa McFadden     Claim #: 1164932

UNUM 00913