*File Copy*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| Ballard Spahr Andrews and ) | |
| Ingersoll, LLP, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES

Defendants, Ballard Spahr Andrews & Ingersoll LLP and Margaret Riley-Jamison, pursuant

to this Court's scheduling order and Rule 26(b)(4) of the Federal Rules of Civil Procedure, provide

the following disclosure of expert witnesses:

> Belinda K. Harris, Senior Account Executive
> TRAK Legal Services
> 1150 18th Street, N.W., Suite 325
> Washington, D.C. 20036
> (202) 659-2990

Defendants anticipate calling Ms. Harris as a witness concerning Plaintiff's failure to mitigate

her purported damages and Plaintiff's lack of any lost income damages. The substance of the facts

and opinions as to which Ms. Harris is expected to testify and the grounds for her opinion are

contained in the attached report. The opinions of Ms. Harris may be modified or supplemented

based on additional information that may become available in the future and in the course of

discovery in this case.



EXHIBIT
27

Respectfully submitted,

Ballard Spahr LLP and Margaret Riley-Jamison,
By Counsel

_____

Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA 22314
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Defendants' Disclosure of Expert Witnesses was sent via first-class mail this 15th day of September, 2006 to the following:

Teresa W. Murray, Esq.
The Law Offices of T.W. Murray, LLC
1111 Bonifant Street
Silver Spring, Maryland 20910-3310
*Counsel for Plaintiff*

_____

Bernard J. DiMuro


Case 1:05-cv-02401-RJL-JMF     Document 46-31     Filed 09/07/2007     Page 3 of 30



# TRAK

*legal*

September 13, 2006

<u>**VIA FACSIMILE**</u>

Jonathan Mook, Esquire
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314

Re: McFadden v. Ballard, Spahr, et al.

Dear Mr. Mook:

     I have been asked by your office to be an expert witness in the above-referenced matter. It is my understanding that I may be asked for testimony regarding the availability of receptionist positions in the DC area from the period, beginning, May 2004 to present. I have attached a copy of my resume of my qualifications.

     I do agree to act as an expert in the above matter with relation to the availability of positions during that time period. My fee for services would be $250.00/hour for activities not requiring a personal appearance; and $350.00/hour for any activities that may require a personal appearance by me.

     Attached you will find a report which has been prepared which relates to the availability of receptionist positions during the specific time period indicated above.

Sincerely,

Belinda K. Harris
Sr. Account Executive

**Belinda K. Harris**
1150 18th Street, N.W., Suite 325
Washington, DC 20036
(202) 659-2990

## PROFESSIONAL HIGHLIGHTS

**Sr. Account Executive/Recruiter**                November 1988 - Present
TRAK Legal Services, Washington, DC

- National recruiter for area staffing agency
- Responsible for recruiting staff for both legal and non-legal corporations
- Responsible for recruitment of both professional and non-professional staff
- Consult candidates in search of employment in the Washington, DC metropolitan area
- Consult clientele with relation to candidates' experience and qualifications
- Act as primary contact and liaison with law firm Human Resource Managers and Legal Administrators
- Screen and review resumes of potential candidates
- Interview, screen and test candidates
- Market background and experience of candidates in order to create employment opportunities
- Build lasting relationships and networking in the area
- Responsible for obtaining references for all candidates
- Initiate background investigations for candidates

**Legal Secretary/Legal Assistant**              September 1979 to March 1988
Whiteford, Taylor & Preston, Baltimore, MD

- Provided secretarial and administrative support to two Partners, specializing in civil litigation
- Prepared all correspondence, legal pleadings and other documents
- Maintained all documents for requests for productions
- Assisted attorneys with trial preparation
- Entered attorneys' time and prepared client billings
- Performed light legal research
- Maintained all case files

## SKILLS
MSOffice Suites; COSMOS Recruiting Database

## EDUCATION
University of Phoenix, Phoenix, AZ
Pursuing Bachelor of Science in Business – Management
Degree Expected 2007



**Expert Witness Report Concerning Availability of Receptionist Positions (2004 to Present)**

Being in the staffing, employment and recruitment industry for over 17 years, I have had an opportunity to see the job market rise and decline. I can state that since the period mentioned above, we have had a very robust market, and receptionist positions have been plentiful. I can primarily attest to this information after conducting a search of our specialized database to determine the number of positions that TRAK, alone, had during that period of time. Exhibit A, which is attached, lists the receptionist positions for which TRAK was screening, during the time period mentioned above.

Our database would not even hint at the other employment opportunities that were available during that time, for which TRAK was not recruiting. Based on the fact that TRAK conducted searches for at least 67 receptionist positions during that time period; and, in accordance with my background and expertise in the industry, it is apparent that hundreds of opportunities would have been available in companies or organizations preferring to search on their own, with no agency fee attached. In support of this statement, I have attached Exhibit B. After conducting a search on Monster.com, another search engine for employment opportunities, it was noted that from the time period, beginning August 23, 2006, to the present, there have been at least 110 receptionist positions being advertised in various markets. Finally, I have attached Exhibit C, which, in part, lists the 558 receptionist positions that were available from the period of January 26, 2006, to present.

1150 18th Street NW, Suite 325  ○  Washington, DC 20036  ○  Telephone 202-659-2990
8200 Greensboro Drive, Suite 1190  ○  McLean, VA 22102  ○  Telephone 703-917-8770
www.traklegal.com



A review of the attached documents will support my opinion that the employment market has been robust for the last two years and that many employment opportunities were available for individuals seeking receptionist positions.

Belinda K. Harris
Sr. Account Executive
TRAK Legal Services

Exhibits Attached

1150 18th Street NW, Suite 325  ○  Washington, DC 20036  ○  Telephone 202-659-2990
8200 Greensboro Drive, Suite 1190  ○  McLean, VA 22102  ○  Telephone 703-917-8770
www.traklegal.com

EXHIBIT A

# Job Order Search Results

Click the checkbox next to each Requirement you would
like to send the order to and then click Go.

**Menu**

Return to Main Menu

Advanced Search

[Modify Search]   [Drill Down]

   **Search Results**                    Send marked jobs [---------- Order Folder ----]

| Job Title | Priority | Create Date | Status | City, State | Client | | |
|---|---|---|---|---|---|---|---|
| Administrative Assistant / Receptionist | Hot | 05/05/04 | Filled | Washington DC | | DC003 - Washington | 08/ |
| Receptionist / V&E / | Hot | 05/12/04 | Filled | Washington DC | | DC003 - Washington | 07/ |
| Receptionist (direct hire) | Hot | 05/14/04 | Filled | Washington DC | | DC003 - Washington | 12/ |
| Receptionist (direct hire) TTH | Hot | 06/09/04 | Closed | Washington DC | | DC003 - Washington | |
| Receptionist / Baker & McKenzie | Hot | 06/16/04 | Filled | Washington DC | | DC003 - Washington | 02/ |
| Receptionist (DIRECT HIRE) | Hot | 06/24/04 | Cancelled | Washington DC | | DC003 - Washington | 08/ |
| Receptionist (DIRECT HIRE) | Hot | 06/28/04 | Closed | Washington DC | | DC003 - Washington | 07/ |
| Receptionist / Krooth / | Hot | 07/22/04 | Closed | Washington DC | | DC003 - Washington | 09/ |
| Receptionist - CONFIDENTIAL (direct hire) HOT Temp | Hot | 07/26/04 | Cancelled | Washington DC | | DC003 - Washington | |
| Receptionist / Ballard | Hot | 08/17/04 | Closed | Washington DC | | DC003 - Washington | 10/ |
| Receptionist (dh) 11-8pm | Hot | 08/19/04 | Closed | Washington DC | | DC003 - Washington | 09/ |
| Receptionist (9:00-5:30) - TTH | Hot | 08/24/04 | Closed | Washington DC | | DC003 - Washington | |
| Receptionist (11:30-8:00) - TTH | Hot | 08/24/04 | Closed | Washington DC | | DC003 - Washington | 01/ |
| Receptionist (dh) | Hot | 08/30/04 | Closed | Washington DC | | DC003 - Washington | 04/ |
| | | | | Washington | | DC003 - | |

Job Order Search Results

| | Title | | Date | Status | Location | | Code |
|---|---|---|---|---|---|---|---|
| | | | | | | Washington | |
| ☐ | Receptionist (9 - 5:30 ) (dh) | Hot | 09/02/04 | Cancelled | DC | DC003 - Washington | 04/ |
| ☐ | Receptionist | Hot | 11/22/04 | Filled | Washington DC | DC003 - Washington | 11/ |
| ☐ | Receptionist/AA (Rockville) | Hot | 05/06/05 | Filled | Washington DC | DC003 - Washington | 05/ |
| ☐ | Main Desk Receptionist (8-4:30) | Hot | 05/10/05 | Filled | Washington DC | DC003 - Washington | 06/ |
| ☐ | Receptionist(DH) | Hot | 05/31/05 | Closed | Washington DC | DC003 - Washington | 07/ |
| ☐ | Receptionist (TEMP) | Hot | 06/28/05 | Hold | Washington DC | DC003 - Washington | 11/ |
| ☐ | Receptionist/AA (Rockville-TEMP) | Hot | 06/29/05 | Filled | Washington DC | DC003 - Washington | 08/ |
| ☐ | Receptionist/AA (TEMP to HIRE) | Hot | 08/25/05 | Cancelled | Washington DC | DC003 - Washington | 11/ |
| ☐ | Main Desk Receptionist | Hot | 08/26/05 | Filled | Washington DC | DC003 - Washington | 09/ |
| ☐ | Receptionist - Evening 12:00-8:00 | Hot | 09/14/05 | Closed | Washington DC | DC003 - Washington | 10/ |
| ☐ | Receptionist | Hot | 10/19/05 | Filled | Washington DC | DC003 - Washington | 12/ |
| ☐ | Receptionist(DH) | Hot | 11/03/05 | Filled | Washington DC | DC003 - Washington | 03/ |
| ☐ | Receptionist (Direct Hire) | Hot | 11/14/05 | Filled | Washington DC | DC003 - Washington | 02/ |
| ☐ | Receptionist/AA | Hot | 11/17/05 | Filled | Washington DC | DC003 - Washington | 05/ |
| ☐ | ⚷ PT Receptionist | Hot | 03/06/06 | Filled | Washington DC | DC003 - Washington | 05/ |
| ☐ | ⚷ Receptionist (DH) | Hot | 03/20/06 | Filled | Washington DC | DC003 - Washington | 04/ |
| ☐ | ⚷ Receptionist - DH (8-4:30) | Hot | 04/10/06 | Closed | Washington DC | DC003 - Washington | |
| ☐ | Receptionist - DH (10:30-7) | Hot | 04/10/06 | Closed | Washington DC | DC003 - Washington | 05/ |
| ☐ | ⚷ Receptionist (DH) | Hot | 04/13/06 | Closed | Washington DC | DC003 - Washington | 05/ |
| ☐ | ⚷ Receptionist (TEMP) (COPY) | Hot | 04/19/06 | Filled | Washington DC | DC003 - Washington | 05/ |
| ☐ | ⚷ Receptionist | Hot | 05/04/06 | Open | Washington DC | DC003 - Washington | 06/ |
| ☐ | ⚷ Receptionist (Temp to hire) | Hot | 05/15/06 | Hold | Washington DC | DC003 - Washington | 07/ |
| ☐ | ⚷ Receptionist (TEMP to HIRE) | Hot | 06/02/06 | Filled | Washington DC | DC003 - Washington | 08/ |
| ☐ | ⚷ Kathryne McCoy - Receptionist (Temp to hire) | Hot | 06/19/06 | Filled | Washington DC | DC003 - Washington | 06/ |
| ☐ | ⚷ Receptionist (TEMP to HIRE) (COPY) | Hot | 06/22/06 | Filled | Washington DC | | |

Job Order Search Results

| | | | | | |
|---|---|---|---|---|---|
| ☐ Jennifer Gore - Receptionist (Direct Hire) | Hot | 06/22/06 Filled | Washington DC | | DC003 - Washington 07/ |
| ☐ Receptionist - DH | Medium | 07/11/06 Closed | Washington DC | | DC003 - Washington |
| ☐ Receptionist - DH | Medium | 07/18/06 Open | Washington DC | | DC003 - Washington 08/ |
| ☐ Receptionist - (8-4:00) - DH | Medium | 08/07/06 Open | Washington DC | | DC003 - Washington 09/ |
| ☐ Tasha Skowronski - Receptionist (DH) | Hot | 08/23/06 Filled | Washington DC | | DC003 - Washington 08/ |
| ☐ Receptionist (2-10pm) | Hot | 09/13/06 Open | Washington DC | | DC003 - Washington |

Copyright ©2000 RecruitMAX Software

# Job Order Search Results

Click the checkbox next to each Requirement you would
like to send the order to and then click Go.

Menu
Return to Main Menu
Advanced Search

Modify Search    Drill Down

Search Results          Send marked jobs  ---- Order Folder ----

Page

| Job Title | Priority | Create Date | Status | City, State | Office | Last Activity | Busine Dev. |
|---|---|---|---|---|---|---|---|
| Receptionist / DH | Hot | 08/03/04 | Filled | WASHINGTON DC | DC004 - Washington | 09/14/04 | Shari Braverma |
| Receptionist 1-7 \ DH | Hot | 08/06/04 | Cancelled | WASHINGTON DC | DC004 - Washington | 08/31/04 | Cathy Hustedt |
| Receptionist \ DH | Hot | 09/14/04 | Filled | Washington . DC | DC004 - Washington | 09/14/04 | Shari Braverma |
| Receptionist / Lite Admin / DH | Hot | 11/19/04 | Filled | Washington , DC | DC004 - Washington | 08/25/05 | Cathy Hustedt |
| Receptionist / DH | Hot | 01/11/05 | Filled | WASHINGTON DC | DC004 - Washington | 04/21/05 | Lisa Deat |
| Receptionist / DH | Hot | 01/14/05 | Filled | Washington , DC | DC004 - Washington | 03/29/05 | Cathy Hustedt |
| Receptionist / DH | Hot | 01/27/05 | Closed | Washington , DC | DC004 - Washington | | Shari Braverma |
| Receptionist (COPY) | Hot | 02/01/05 | Filled | WASHINGTON DC | DC004 - Washington | 02/01/05 | Charlene McBrairly DC004 |
| Receptionist / DH (COPY) | Hot | 04/22/05 | Filled | WASHINGTON DC | DC004 - Washington | 06/07/05 | Lisa Deat |
| Receptionist | Hot | 07/07/05 | Placed Direct Hire | Washington , DC | DC004 - Washington | 09/07/05 | Bernadett Gilson |
| ☺ Receptionist | Hot | 09/20/05 | Filled | WASHINGTON DC | DC004 - Washington | 06/14/06 | Lisa Deat |
| Natalie Araya-Receptionist | Hot | 11/01/05 | Placed Direct Hire | Washington , DC | DC004 - Washington | 12/21/05 | Shari Braverma |
| ☺ Nicholas Shank - Receptionist | Hot | 11/28/05 | Placed Direct Hire | Washington , DC | DC004 - Washington | 06/22/06 | Bernadett Gilson |
| Receptionist | Hot | 11/29/05 | Filled | Washington . DC | DC004 - Washington | | Bernadett Gilson |
| Receptionist | Hot | 12/13/05 | Closed | Washington , DC | DC004 - Washington | 02/09/06 | Bernadett Gilson |
| ☺ Anne Haynes-Office Assistant/Receptionist | Hot | 02/21/06 | Placed Direct Hire | Washington . DC | DC004 - Washington | 05/23/06 | Shari Braverma |
| Receptionist - 3/24-indef | Hot | 03/14/06 | Closed | Washington , DC | DC004 - Washington | | Miriam Clinton |
| ☺ Amy Atkinson - Receptionist (DH) | Hot | 04/07/06 | Placed Direct Hire | Washington , DC | DC004 - Washington | 08/30/06 | Bernadett Gilson |

Job Order Search Results

| | | | | | |
|---|---|---|---|---|---|
| ☐ ☞ Kristina Craun - Receptionist - South Office | Hot | 05/16/06 | Placed Direct Hire | Washington , DC | DC004 - Washington 09/12/06 Miriam Clinton |
| ☐ ☞ Lindsay Leone - Receptionist | Hot | 06/02/06 | Placed Direct Hire | Washington , DC | DC004 - Washington 06/02/06 Bernadett Gilson |
| ☐ ☞ Kristina Craun - Receptionist - South Offic (COPY) | Hot | 06/07/06 | Placed Direct Hire | Washington , DC | DC004 - Washington 06/07/06 Bernadett Gilson |
| ☐ ☞ Receptionist | Hot | 09/11/06 | Open | Washington , DC | DC004 - Washington 09/12/06 Bernadett Gilson |

Page

Copyright ©2000 RecruitMAX Software

Monster - Search Jobs

# EXHIBIT B

monster

Log
Out

| My Monster | Find Jobs | Post Resume | Marketplace | Education | Career Advice |

Saved Jobs    Job Search Agents    RSS Feeds    Diversity Job Search    Instant Job Search - BETA    Be Safe

**Refine this search by:**

**Search Related Job Titles:**
Receptionist/Administrative Assistant, Customer Service Representative, Administrative Assistant, Customer Service, Office Assistant, more...

Keyword:

Receptionist

Radius/ZIP: Search within [--Select---] of [ SEARCH ]

ZIP Code

Job Location ▶ | Job Category ▶ | Job Title ▶ | Salary ▶ | Status ▶

[ New Search ] [ Save search as a **Search Agent.** Learn More. ] [ Save search as an **RSS Feed:** ☒☒☒☒ Learn More. ]

Jobs 1 to 50 of 110        Sort: **Date** | Relevance        Show Jobs Posted: [All Jobs ▼]        View: **Brief** | Detailed        Res

| Date | Job Title | Company | Locatic |
|---|---|---|---|
| Sep 14 | Administrative Assistant | Fraser Forbes Co., LLC | US-DC-Washinc |
| Sep 14 | Executive & Administrative Assistants, Receptionist & Clerks Needed ASAP!! | Keepers | US-DC-Washinc |
| Sep 13 | Administrative Assistant | Keepers | US-DC-Alexand |
| Sep 13 | HIGH LEVEL EXECUTIVE ASSISTANT-ILLUSTRATOR EXP A PLUS | Keepers | US-DC-VIENNA |
| Sep 13 | Part-time Office Assistant | Media Access Project | US-DC-Washinc |
| Sep 13 | Facilities Coordinator | Navigant Consulting, Inc. | US-DC-Washinc |
| Sep 13 | **Make Extra Income - Work From Home - Accounting Exp A Plus - No Exp Required - PT or FT** | **Company Confidential** | US-DC-Chevy Capital Height Rockville / D.( |

Monster - Search Jobs

| | | | |
|---|---|---|---|
| Sep 13 | Medical Receptionist | Company Confidential | US-DC-Washing |
| Sep 13 | RECEPTIONISTS | Keepers | US-DC-ARLING |
| Sep 13 | Executive Assistant | Keepers | US-DC-Alexand |
| Sep 12 | **HATE YOUR ENGINEERING JOB? USE YOUR SKILLS TO WORK FROM HOME FOR A SIDE INCOME! MAKE UP TO $12K+/MO!** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | **HATE YOUR JOB? HAVE BASIC ACCOUNTING SKILLS? WORK FROM HOME FOR A SIDE INCOME - MAKE UP TO $4K+ / MO** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | **HATE YOUR JOB? HAVE BASIC ADMINISTRATIVE SKILLS? WORK FROM HOME - MAKE UP TO $6K+ A MONTH - P/T F/T** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | **HATE YOUR JOB? HAVE BASIC COMPUTER SKILL? WORK FROM HOME FOR A SIDE INCOME - MAKE UP TO $8K+ A MONTH** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | **HATE YOUR JOB? HAVE HUMAN RESOURCE SKILLS? WORK FROM HOME FOR A SIDE INCOME! MAKE UP TO $4K+ A MONTH** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | **HATE YOUR JOB? HAVE BASIC BANKING SKILLS? WORK AT HOME FOR SIDE INCOME! MAKE UP TO $4K+ A MONTH!** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | **HATE YOUR JOB? HAVE ENTRY LEVEL CUSTOMER SERVICE SKILLS? HELP US GROW - MAKE UP TO $12K+ A MONTH!** | **Company Confidential** | **US-DC-Washington/M** |
| Sep 12 | ADMINISTRATION/SUPPORT SPECIALIST | Alta Colleges, Inc | US-DC-Arlington |
| Sep 12 | Receptionist | Ballard Spahr | US-DC-Washing |
| Sep 12 | **Front Desk Receptionist** | **Officeteam** | **US-DC-Washir** |
| Sep 12 | **Bilingual Spanish-English Receptionist** | **Officeteam** | **US-DC-Washir** |
| Sep 11 | Investment Operations Specialist | ABN AMRO | US-DC-Washing |
| Sep 11 | Investment Operations Specialist | ABN AMRO | US-DC-Washing |
| Sep 11 | Investment Operations Specialist | ABN AMRO | US-DC-Washing |

Monster - Search Jobs

| | | | |
|---|---|---|---|
| Sep 11 | Attn Moms (and Dads) - Work at Home Around your Schedule Part time & Full time avail, no exp req'd | Company Confidential | US-DC-DC - Washington, E Annandale, Al |
| Sep 8 | Associate Director, Operations Services | KPMG LLP | US-DC-WASHI |
| Sep 8 | Front Desk Administrator | Snelling Personnel Services | US-DC-Washing |
| Sep 8 | SPORTS MARKETING & ADVERTISING- SEEKS ENTRY LEVEL CANDIDATES TO TRAIN! | CRC Advertising | US-DC-Falls Cl |
| Sep 7 | Receptionist | KPMG LLP | US-DC-WASHI |
| Sep 7 | Clerical II (Receptionist) with Asset Forfeiture and Money Laundering Section | Forfeiture Support Associates, | US-DC-Washing |
| Sep 6 | CLEARED JOB FAIR - SEPT 12th - BALTIMORE, MD | ClearedJobs.Net | US-DC-BALTIM( |
| Sep 6 | CLEARED JOB FAIR - SEPT 12th - BALTIMORE, MD | ClearedJobs.Net | US-DC-BALTIM( |
| Sep 6 | CLEARED JOB FAIR - SEPT 12th - BALTIMORE, MD | ClearedJobs.Net | US-DC-WASHIN |
| Sep 6 | Entry Level Work w/ Professional Sports Teams.Willing to Train! | SEAM Marketing | US-DC-Baltim( |
| Sep 5 | City First Bank Career Opportunities | The HR Team, Inc. | US-DC-Washing |
| Sep 5 | Attn Moms (and Dads) - Work at Home Around your Schedule Part time & Full time avail, no exp req'd | Company Confidential | US-DC-DC - Washington, E Annandale, Al |
| Sep 5 | CONTROL YOUR FUTURE, YOUR LIFE - NO COMMUTE, NO BOSS, NO LAYOFFS - WORK FROM HOME ONLINE | Media Marketing Online | US-DC-Washington/N |
| Sep 2 | WORK AT HOME using your Sales, Marketing, IT skills- Be your own Boss-Up to 1500/Mth PT-10,000/Mth FT | Sales & Management Associates | US-DC-Work a Sales, Admin, Marketing |
| Sep 2 | Dread the Drive? Waiting on that Pay Raise? Fire Your Boss! Work at Home! | Online Sales Management Ltd | US-DC-Bankin Finance & Adn at Home Onlin |
| Sep 1 | Bilingual Receptionist | Computer Temporaries | US-DC-Largo |

Monster - Search Jobs

| | | | |
|---|---|---|---|
| Aug 31 | Receptionist | Dechert LLP | US-DC-Washing |
| Aug 31 | Receptionist | Dechert LLP | US-DC-Washing |
| Aug 28 | **Make Extra Income - Work At Home - NO IT - Sales or Computer Exp Required - Free Training & Support** | **Company Confidential** | **US-DC-McLear Baltimore / Vi Stafford / Bet** |
| Aug 26 | Customer Service/Accounts Receivable Representative | Central Parking System | US-DC-Washing |
| Aug 25 | Professional Receptionist | Company Confidential | US-DC-Washing |
| Aug 24 | Development Assistant | Georgetown University | US-DC-Washing |
| Aug 24 | **In2Books - Software Quality Assurance Specialist** | **JobEXPO.com** | **US-DC-Washington/N** |
| Aug 23 | **Receptionist/Front Office Manager** | **Acsys, Inc.** | **US-DC-Washir** |
| Aug 23 | **ProFund Advisors LLC - Client Services Representative** | **JobEXPO.com** | **US-DC-Washington/N** |
| Aug 23 | **ProFund Advisors LLC - Mutual Funds Inside Sales** | **JobEXPO.com** | **US-DC-Washington/N** |

Jobs 1 to 50 of 110

Page: [1] 2 3

Save this search and email me jobs ( OK )

Search for previous

250 FREE BUSINESS CARDS
from the Monster Print Center

Distribute your resum
Try Monster's Executive Ag

$145,000 Mortgage for $484/month!

Self Employment:
Be The Boss!

Advance Your Career:
Find flexible degree programs

Get a Job-Winning Res
Monster Resume Writing S

©2006 Monster - All Rights Reserved - U.S. Patent No. 5,832,497 - NASDAQ:MNST

washingtonpost.com - Jobs

**EXHIBIT C**

washingtonpost.com

The Washington Post
Print Edition | Subscribe

Advertisement

ADVERTISEMENT

washingtonpost.com > Jobs > Search

**Hello Belinda Harris**
Sign Out | Help

**Your Search:** 558 results
(Receptionist) (undo)

Save as a search agent | print

**Narrow Your Search:**
Select options below to filter
your search results.

**Keyword:**
(Receptionist) (undo)

**Add Keywords:**
eg. Java, CPA

**Location:**
DC Metro Region (525)
  ▸ DC (128)
  ▸ MD (85)
  ▸ VA (312)
Outside DC Metro Region (33)
  ▸ MD (1)
  ▸ VA (13)
  ▸ Other (19)

MY ACCOUNT    SEARCH    INBOX    JOBS NEWS & ADVICE    CAREER FAIRS

**New Search:** Keywords: [e.g. Marketing, "Java Developer"]

Location: IN [Choose one...]

**Sort By:** Relevance    Job Title

| | Employer | Location | Posted |
|---|---|---|---|
| 1. Front Desk Receptionist (save) | Friends & Company Staffing Services | Fairfax, VA | 7/06 |
| 2. Part-time Receptionist-HIRING ASAP!-Tyson's (save) | Sparks Personnel | Vienna, VA | 8/23 |
| 3. Medical Receptionist - Tyson's Corner (save) | Sparks Personnel | McLean, VA | 7/10 |
| 4. Receptionist (save) | AA Temps/Ardelle Financial | Fairfax, VA | 9/14 |
| 5. Receptionist (Access Control) - Washington, D (save) | OMNIPLEX World Services Corporation | Washington, DC | 9/07 |
| 6. Admin Assist/Data Entry/Receptionist (save) | Potomac Floral Wholesale, Inc. | Washington, DC | 9/13 |
| 7. Receptionist / law firm-Sleep Late BJ12 (save) | B.H. Ginger Associates, Inc. | Silver Spring, MD | 9/14 |
| 8. Receptionist (save) | MODERN TECHNOLOGY SOLUTIONS, I | Alexandria, VA | 9/10 |
| 9. RECEPTIONIST / SWITCHBOARD OPERATOR 1 (save) | CACI | Washington, DC | 9/09 |
| 10. Professional Receptionist (save) | Not Listed | Washington, DC | 8/23 |

Page 1 of 15

...com/myb/jobs/JS_JobSearchResult?Res...ueId=&jsResSortDir=true&jsResSortKey=1&nav=paging&...

14/2006

washingtonpost.com - Jobs

**Function:**
Receptionist (273)
Administrative / General Office (256)
Secretary (56)
Healthcare / Medical - All (27)
Customer Service / Call Center (119)

▶ More functions...

**Industry:**
Healthcare / Medical (141)
Employment Services / Recruiting / Staffing (99)
Other (72)
High Tech / IT (70)
Legal (63)

▶ More industries...

**Career Level:**
Experienced (Non-Manager) (95)
Entry Level (55)
Manager (Manager/Supervisor of Staff) (14)
Executive (Director, VP, Department Head, etc) (2)
Student (High School) (2)

▶ More career levels...

**Other:**
▼ Job Status
▼ Shift
▼ Travel
▼ Featured Employer

| | | No. Listed | Mc_Lean, VA | 9:22 |
|---|---|---|---|---|
| 11. | Medical Receptionist/Office Manager, Assistant (save) | Not Listed | Alexandria, VA | 9/13 |
| 12. | Medical Receptionist  (save) | ncI listed | Alexandria, VA | 9/06 |
| 13. | Receptionist  (save) | Modern Technology Solutions, Inc. | Alexandria, VA | 8/27 |
| 14. | Medical Receptionist  (save) | STG INTERNATIONAL | Washington, DC | 8/17 |
| 15. | Receptionist Assistant  (save) | W.M. Schlosser Co., Inc. | Hyattsville, MD | 9/10 |
| 16. | Front Desk | Medical Receptionist  (save) | NORTHERN VIRGINIA PULMONARY | Washington, DC | |
| 17. | Receptionist  (save) | Crescent Hospitality | Fairfax, VA | 9/05 |
| 18. | Receptionist/Office Coordinator  (save) | American Society of Hematology | Washington, DC | 9/08 |
| 19. | Medical Receptionist- Temp-to-Hire  (save) | NRI | Washington, DC | 9/14 |
| 20. | RECEPTIONIST  (save) | Pat Taylor & Associates, Inc. | Washington, DC | 8/28 |
| 21. | Receptionist  (save) | Environmental Defense | Washington, DC | 9/08 |
| 22. | Receptionist  (save) | Prime Placements, Inc. | Washington, DC | 9/14 |
| 23. | Receptionist - Entry level-30k  (save) | TRAK Companies | Washington, DC | 9/14 |
| 24. | Front Desk Receptionist, Chantilly, VA (BES)  (save) | Friends & Company Staffing Services | Chantilly, VA | 7/12 |
| 25. | Professional Receptionist  (save) | Woodside | Washington, DC | 9/11 |
| 26. | Office Assistant / Receptionist  (save) | NRI | Rockville, MD | 9/14 |
| 27. | Receptionist  (save) | Nixon & Vanderhye PC | Arlington, VA | 9/06 |
| 28. | Legal Receptionist 11:30am - 8pm  (save) | Ford Agency | Washington, DC | 9/13 |
| 29. | Receptionist/Admin  (save) | Elite Personnel | Bethesda, MD | 9/14 |
| 30. | Avoid the traffic! Receptionist Needed, 12-8 (save) | TRAK Companies | Washington, DC | 9/14 |

31. Receptionist / Administrative Assistant BG10 (save) — B.F. Saul Associates Inc. — Washington DC — 9/14
32. Receptionist (save) — AA Temps/Ardelle Financial — Arlington, VA — 9/14
33. I-QT-Receptionist (save) — OfficeTeam — Falls Church, VA — 9/14
34. Administrative Assistant / Receptionist (save) — AA Temps/Ardelle Financial — Chantilly, VA — 9/14
35. receptionist (save) — AA Temps/Ardelle Financial — Alexandria, VA — 9/14
36. Professional Receptionist (save) — TPAK Companies — McLean, VA — 9/14
37. Receptionist (save) — MediCorp Health System — Fredericksburg, VA — 9/14
38. Receptionist/Administrative Assistant (save) — Ford Agency — Washington, DC — 9/13
39. Receptionist (save) — Mobile Satellite Ventures — Reston, VA — 8/18
40. Dental Receptionist (save) — DRS. RAYEK AND ZIER — Fairfax, VA — 9/10
41. GROWTH - New Position - Receptionist (save) — TRAK Companies — Arlington, VA — 9/12
42. Secretary / Receptionist (save) — CRAIG & HIRSCH — Reston, VA — 9/10
43. CLERICAL / RECEPTIONIST (save) — Matt Stone Insurance Co. — Washington, DC — 8/29
44. Assistant and Receptionist (save) — Del Ray AH — Alexandria, VA — 8/16
45. Receptionist / Admin Assistant (save) — ROBERT FELDMAN &ASSOCS ADV — Bethesda, MD — 9/10
46. Front Desk Receptionist (save) — OfficeTeam — Washington, DC — 9/12
47. Receptionist/Client Services Specialist (save) — Ford Agency — Washington, DC — 9/13
48. Admin Assistant / Receptionist (save) — Moore Cadillac Hummer — Chantilly, VA — 9/10
49. Call Center Receptionist (save) — Shapes Salon & Day Spa — Chantilly, VA — 8/29
50. Receptionist / Office Assistant (save) — WESTOVER CONSULTANTS — Bethesda, MD — 8/27

| # | Title | Company | Location | Date |
|---|-------|---------|----------|------|
| | INC | NOT LISTED | Kensington, DC | 9/11 |
| 51. | Administrative Receptionist (save) | Not Listed | Fairfax, VA | 9/07 |
| 52. | Receptionist - Part Time & Full Time - McLean (save) | Friends & Company Staffing Services | Fairfax, VA | 7/14 |
| 53. | RECEPTIONIST/OFFICE ASSISTANT ? FAIRFAX, VA (save) | Not Listed | Other VA, VA | 9/13 |
| 54. | MEDICAL RECEPTIONIST (save) | confidential listing | Fairfax, VA | 9/10 |
| 55. | Dental Receptionist (save) | FITE ABY | McLean, VA | 9/10 |
| 56. | Receptionist (save) | Not Listed | Washington, DC | 8/18 |
| 57. | Receptionist/Junior Recruiter (save) | EDGEMOORE HOMES | Fairfax, VA | 9/10 |
| 58. | Receptionist (save) | Catholic Community Services | Washington, DC | 9/06 |
| 59. | Receptionist (save) | Ultimate Staffing Services | Washington, DC | 8/28 |
| 60. | RECEPTIONIST (DC) (save) | Fidelity & Trust Bank | Washington, DC | 7/27 |
| 61. | Receptionist (save) | confidential listing | Alexandria, VA | 9/10 |
| 62. | Weekend Receptionist (save) | Sparks Personnel | Fairfax, VA | 8/29 |
| 63. | receptionist-fairfax (save) | Friends & Company Staffing Services | Springfield, VA | 7/27 |
| 64. | Receptionist-Springfield, VA (SPF.) (save) | PROFESSIONAL & SCIENTIFIC ASSO | Rockville, MD | 9/10 |
| 65. | Tech Receptionist (save) | NRI | Arlington, VA | 9/09 |
| 66. | Receptionist (save) | Jim Koons Automotive Companies | Alexandria, VA | 9/02 |
| 67. | Koons Select Pre-Owned: Receptionist (save) | Van Metre Companies | Alexandria, VA | 8/07 |
| 68. | Receptionist ? Manassas, VA (RES) (save) | Friends & Company Staffing Services | Manassas, VA | 6/30 |
| 69. | Front Desk Receptionist (save) | Council for | Washington, DC | 9/07 |
| 70. | Member Services Coordinator / Receptionist | | | |

washingtonpost.com- Jobs

| 71. | Medical Receptionist (save) | | Fairfax, VA | 9/10 |
|---|---|---|---|---|
| 72. | Receptionist Part-Time (save) | THE CARDIOVASCULAR GROUP | Reston, VA | 9/06 |
| 73. | Receptionist Positions - Temp-to-Hire, MD (save) | Advantage Human Resourcing | Rockville, MD | 9/08 |
| 74. | MEDICAL RECEPTIONIST (save) | Not Listed | Annandale, VA | 8/29 |
| 75. | Receptionist / Admin Asst (save) | Z & S Financial Marketing Llc | Tysons Corner, VA | 9/10 |
| 76. | Dental Receptionist (save) | not listed | Washington, DC | 9/10 |
| 77. | Dental Receptionist (save) | Arthur Weiss DMD | Rockville, MD | 9/10 |
| 78. | Receptionist - Alexandria/Crystal City (save) | Sparks Personnel | Alexandria, VA | 2/07 |
| 79. | Receptionist/Executive Assistant (save) | IMS Government Solutions | Falls Church, VA | 7/18 |
| 80. | Top-Notch Receptionist - Temp-to-Hire (save) | 4Staff, LLC | Washington, DC | 9/08 |
| 81. | Receptionist Career Opportunities / (BT) (save) | Ultimate Staffing Services | Rockville, MD | 9/12 |
| 82. | Receptionist (G) (save) | Sparks Personnel | Rockville, MD | 9/12 |
| 83. | Secretary / Receptionist (save) | Burgess & Niple, Limited | Dulles, VA | 12/24 |
| 84. | Veterinary Receptionist (save) | Greenbriar Animal Hospital | Fairfax, VA | 8/31 |
| 85. | Medical Receptionist - Rockville, Maryland (save) | Shady Grove Fertility Reproductive Science Center | Rockville, MD | 9/05 |
| 86. | Bilingual Spanish-English Receptionist (save) | OfficeTeam | Washington, DC | 9/12 |
| 87. | Secretary / Receptionist (save) | MediCorp Health | Fredericksburg, | 9/12 |

washingtonpost.com- Jobs

| # | | System | VA | Washington, D.C. | |
|---|---|---|---|---|---|
| 88. | Medical Receptionist (save) | Team Placement Service, Inc. | | | |
| 89. | Receptionist (save) | Sheehy Auto Stores | Fairfax, VA | 4/07 | |
| 90. | Receptionist/Office Assistant (save) | Universal Dental & Credit | Chantilly, VA | 9/01 | |
| 91. | Receptionist ? McLean, VA (SPE #66513) (save) | Friends & Company Staffing Services | McLean, VA | 8/30 | |
| 92. | Receptionist ? Montgomery County (save) | Friends & Company Staffing Services | Silver Spring, MD | 8/09 | |
| 93. | Receptionist- Herndon, VA (save) | Friends & Company Staffing Services | Herndon, VA | 4/05 | |
| 94. | Receptionist ? Montgomery County (save) | Friends & Company Staffing Services | Silver Spring, MD | 4/18 | |
| 95. | Receptionist, Reston, VA (RES) (save) | Friends & Company Staffing Services | Reston, VA | 8/03 | |
| 96. | Admin Assistant / Receptionist (save) | Moore Cadillac Hummer | Chantilly, VA | 9/10 | |
| 97. | Receptionist PT/FT (save) | Law Firm of Michael L. Davis | Springfield, VA | 9/10 | |
| 98. | Dental Receptionist (save) | NOT LISTED | Washington, DC | 9/10 | |
| 99. | Receptionist (save) | The Schafter Companies | Rockville, MD | 9/10 | |
| 100. | Receptionist / Admin (save) | GOEL SERVICES | Landover, MD | 9/10 | |
| 101. | Receptionist (save) | signet construction | Fairfax, VA | 9/10 | |
| 102. | Receptionist / Office Asst (save) | THE HEINZ CENTER | Washington, DC | 9/10 | |
| 103. | Dental Receptionist (save) | BOULEVARD DENTAL CLINIC | Fairfax, VA | 9/10 | |
| 104. | Receptionist (save) | not listed | Reston, VA | 9/10 | |
| 105. | Case Manager & Receptionist (save) | NOT LISTED | Washington, DC | 9/10 | |
| 106. | Dental Receptionist (save) | NOT LISTED | College Park, MD | 9/10 | |

washingtonpost.com- Jobs

| # | Title | Company | Location | Date |
|---|-------|---------|----------|------|
| 107. | Medical Receptionist (save) | Foot and Surgery Center | Fairfield, MD | 9/10 |
| 108. | Receptionist / Secretary (save) | JETT MECHANICAL INC. | Alexandria, VA | 9/10 |
| 109. | Dental Receptionist (save) | CONFIDENTIAL LISTING | Burke, VA | 9/10 |
| 110. | Dental Front Desk Receptionist (save) | not listed | Reston, VA | 9/10 |
| 111. | Medical Receptionist / Billing (save) | Confidential Listing | Arlington, VA | 9/10 |
| 112. | Medical Receptionist (save) | not listed | Arlington, VA | 9/10 |
| 113. | Receptionist (save) | Confidential Listing | Tysons Corner, VA | 9/10 |
| 114. | Dental Receptionist / Front Desk (save) | not listed | Washington, DC | 9/10 |
| 115. | Dental Receptionist (save) | ROBERT S TROISE, DDS, LLC | Suitland, MD | 9/10 |
| 116. | Medical Receptionist (save) | not listed | Washington, DC | 9/10 |
| 117. | Receptionist | Office Manager (save) | WE CARE LAUREL HEALTH SERVICES | Laurel, MD | 9/10 |
| 118. | Receptionist (save) | WATERGATE SALON | Washington, DC | 9/10 |
| 119. | Dental Receptionist (save) | TEHRANI | Laurel, MD | 9/10 |
| 120. | Receptionist (save) | KRAMER ENTERPRISES | Silver Spring, MD | 9/10 |
| 121. | Dental Receptionist (save) | not listed | Centreville, VA | 9/10 |
| 122. | Veterinary Receptionist (save) | KINDNESS ANIMAL HOSPITAL | Wheaton, MD | 9/10 |
| 123. | Bilingual Receptionist for Global Energy Firm (save) | Friends & Company Staffing Services | Arlington, VA | 8/17 |
| 124. | Receptionist- Herndon, VA (RES) (save) | Friends & Company Staffing Services | Herndon, VA | 6/29 |
| 125. | Legal Receptionist (save) | Acsys | Washington, DC | 1/26 |
| 126. | Receptionist needed in Reston Area (save) | Sparks Personnel | Reston, VA | 7/26 |
| 127. | Receptionist (save) | Advantage Human | Other MD, MD | 9/08 |

washingtonpost.com - Jobs

| # | Position | Company | Location | Date |
|---|----------|---------|----------|------|
| 128. | Receptionist ?Rockville, MD (save) | Friends & Company Staffing Services | Rockville, MD | |
| 129. | Receptionist - HIRING ASAP - Tyson's Corner (save) | Sparks Personnel | McLean, VA | 8/23 |
| 130. | Receptionist, Chantilly, VA (save) | Friends & Company Staffing Services | Chantilly, VA | 8/18 |
| 131. | Receptionist?Springfield, McLean, Alexandria (save) | Friends & Company Staffing Services | Alexandria, VA | 6/19 |
| 132. | Receptionist ? Falls Church, VA (SPF 63302) (save) | Friends & Company Staffing Services | Falls Church, VA | 8/30 |
| 133. | Receptionist / OptTech (save) | DR SOLOMON & ASSOCIATES | Bethesda, MD | 8/27 |
| 134. | T-OT-Receptionist (save) | OfficeTeam | Silver Spring, MD | 8/24 |
| 135. | Receptionist (save) | Graham Staffing Services | Rockville, MD | 7/27 |
| 136. | Receptionist (temporary) (save) | SAIC | Lexington Park, MD | 9/07 |
| 137. | Part-time Receptionist/Accounting Assistant (save) | Corbett Technology Solutions, Inc. (CTSI) | Chantilly, VA | 8/29 |
| 138. | Receptionist ? Alexandria, VA (SPF #64094) (save) | Friends & Company Staffing Services | Alexandria, VA | 6/19 |
| 139. | Receptionist (save) | SPA International, Inc. | Other VA, VA | 9/05 |
| 140. | Front Desk Receptionist ? Herndon, VA (RES) (save) | Friends & Company Staffing Services | Herndon, VA | 8/17 |
| 141. | Receptionist - Herndon, VA (RES) (save) | Friends & Company Staffing Services | Herndon, VA | 8/29 |
| 142. | Vet Asst / Receptionist (save) | Not Listed | Vienna, VA | 9/03 |
| 143. | Receptionist (save) | Not Listed | Reston, VA | 9/03 |
| 144. | Medical Receptionist (save) | Not Listed | Manassas, VA | 9/03 |
| 145. | Receptionist (save) | The Mitre Corporation | McLean, VA | 9/02 |

washingtonpost.com-Jobs

| # | Title | Company | Location | Date |
|---|-------|---------|----------|------|
| 146. | Receptionist (save) | Verizon Business Network Service... | Reston, VA | 8/30 |
| 147. | RECEPTIONIST (save) | Greenberg & Bernston P.L.C. | Reston, VA | 8/30 |
| 148. | Receptionist ? Sterling VA (RES) (save) | Friends & Company Staffing Services | Sterling, VA | 7/11 |
| 149. | Receptionist, Sterling, VA (save) | Friends & Company Staffing Services | Sterling, VA | 4/19 |
| 150. | Receptionist – Fairfax, VA (SPF 66010) (save) | Friends & Company Staffing Services | Fairfax, VA | 8/23 |
| 151. | Receptionist – Fairfax, VA (SPF 66010) (save) | Friends & Company Staffing Services | Fairfax, VA | 8/25 |
| 152. | Secretary / Receptionist (save) | Morris & McDaniel | Alexandria, VA | 8/29 |
| 153. | Receptionist - Chantilly, VA (RES) (save) | Friends & Company Staffing Services | Chantilly, VA | 8/29 |
| 154. | Receptionist ? Falls Church, VA SPF #63302 (save) | Not Listed | Falls Church, VA | 8/23 |
| 155. | Office Support Staff I (Receptionist) (save) | Pearson Government Solutions/KEI Pearson | Arlington, VA | 8/26 |
| 156. | Receptionist (save) | The Mitre Corporation | Outside DC Metro Region | 8/26 |
| 157. | Receptionist, Herndon, VA (RES) (save) | Friends & Company Staffing Services | Herndon, VA | 8/18 |
| 158. | Receptionist - McLean, VA (SPF # 64618) (save) | Friends & Company Staffing Services | McLean, VA | 8/04 |
| 159. | Receptionist ? Montgomery County (save) | Not Listed | Silver Spring, MD | 4/14 |
| 160. | Receptionist (save) | SAIC | Falls Church, VA | 8/24 |
| 161. | Admin Asst./Receptionist/Production Tech (save) | LISCR, LLC | Vienna, VA | 8/23 |
| 162. | FRIENDLY RECEPTIONIST NEEDED ASAP, (RES) (save) | Friends & Company Staffing Services | Fairfax, VA | 8/01 |
| 163. | MEDICAL ASSISTANT/RECEPTIONIST-UROGYNECOLO (save) | Virginia Hospital Center, Arlington | Arlington, VA | 8/22 |

164. RECEPTIONIST - Physician Services / Surgery     Virginia Hospital Center Arlington     Arlington, VA     8/22

165. MEDICAL ASSISTANT / RECEPTIONIST - UROLOGY (save)     Virginia Hospital Center Arlington     Arlington, VA     7/29

166. Receptionist 2 Chantilly, VA (RES) (save)     Friends & Company Staffing Services     Chantilly, VA     8/17

167. Front Desk Receptionist 2 Chantilly, VA (RES) (save)     Friends & Company Staffing Services     Chantilly, VA     8/08

168. Receptionist (save)     Sutton Corp.     Sterling, VA     8/17

169. Receptionist - McLean VA (SPF) (save)     Friends & Company Staffing Services     McLean, VA     8/15

170. Receptionist 2 Chantilly, VA (RES) (save)     Friends & Company Staffing Services     Chantilly, VA     6/09

171. Receptionist (save)     SPARTA, Inc.     Springfield, VA     8/15

172. Bilingual Receptionist needed ASAP-Vienna SPF (save)     Friends & Company Staffing Services     Vienna, VA     6/21

173. Receptionist - Dulles, VA (RES) (save)     Friends & Company Staffing Services     Dulles, VA     8/11

174. Receptionist, Admissions (save)     Marymount University     Arlington, VA     8/08

175. Receptionist (save)     DARCARS Automotive Group     Lanham, MD     8/04

176. Staff Coordinator/Receptionist - Herndon, VA (save)     Friends & Company Staffing Services     Washington, DC     8/14

177. Receptionist - McLean, VA (SPF #62458) (save)     Friends & Company Staffing Services     McLean, VA     7/27

178. Front Desk Receptionist 2 Reston, VA (RES) (save)     Friends & Company Staffing Services     Reston, VA     7/26

179. Receptionist, Reston, VA (save)     Friends & Company Staffing Services     Reston, VA     4/13

180. Receptionist - Dulles, VA (save)     Friends & Company Staffing Services     Dulles, VA     7/28

181. MEDICAL RECEPTIONIST (save)     Virginia Hospital Center, Arlington     Arlington, VA     7/27

washingtonpost.com-jobs

| | | | |
|---|---|---|---|
| 182. Receptionist - Chantilly, VA (RES) (save) | Friends & Company Staffing Services | Chantilly, VA | 7/16 |
| 183. Receptionist- Herndon, VA (RES) (save) | Friends & Company Staffing Services | Herndon, VA | 7/15 |
| 184. Receptionist ? Herndon, VA (RES) (save) | Friends & Company Staffing Services | Herndon, VA | 7/14 |
| 185. Receptionist (save) | Booz Allen Hamilton | McLean, VA | 7/13 |
| 186. Receptionist and Switchboard Operator (save) | Booz Allen Hamilton | McLean, VA | 7/13 |
| 187. Receptionist ? McLean, VA (SPF #62458) (save) | Friends & Company Staffing Services | McLean, VA | 6/21 |
| 188. Receptionist ? McLean, VA (SPF #64618) (save) | Friends & Company Staffing Services | McLean, VA | 6/21 |
| 189. Receptionist ? McLean, VA (SPF #64618) (save) | Friends & Company Staffing Services | McLean, VA | 6/26 |
| 190. Receptionist ? McLean, VA (save) | Friends & Company Staffing Services | McLean, VA | 6/13 |
| 191. Receptionist ?Rockville, MD (save) | Friends & Company Staffing Services | Rockville, MD | 5/17 |
| 192. Receptionist (save) | Antieon Corporation | Washington, DC | 5/02 |
| 193. Administrative Assistant/Receptionist (save) | Rebuilding Together | Washington, DC | 8/22 |
| 194. Administrative Assistant / Receptionist (save) | White & Partners | Herndon, VA | 8/30 |
| 195. Medical Receptionist - DC (save) | Sparks Personnel | Washington, DC | 9/12 |
| 196. RECEPTIONIST/ADMIN ASSISTANT (save) | Not Listed | Beltsville, MD | 9/08 |
| 197. Receptionist ?Greenbelt MD (save) | Friends & Company Staffing Services | Greenbelt, MD | 4/07 |
| 198. Receptionist (res) (save) | Friends & Company Staffing Services | Sterling, VA | 9/08 |
| 199. Receptionist, Opticians (save) | MY EYE DR | Washington, DC | 9/10 |
| 200. Front Desk Receptionist (save) | Level One Personnel | Rockville, MD | 9/14 |
| 201. Receptionist (save) | Palmer Legal Staffing | Washington, DC | 9/14 |

| | | | |
|---|---|---|---|
| 202. Receptionist (save) | Elle Personnel | Washington, DC | 9/14 |
| 203. Receptionist (save) | Elle Personnel | Washington, DC | 9/14 |
| 204. Receptionist/Front Office Manager (save) | Zero | Washington, DC | 8/29 |
| 205. Administrative Assistant and Receptionist (save) | The HR Team | Washington, DC | 9/01 |
| 206. CLINIC RECEPTIONIST (save) | Inova Health System | Woodbridge, VA | 9/14 |
| 207. CLINIC RECEPTIONIST (save) | Inova Health System | Centreville, VA | 9/14 |
| 208. Dental Receptionist & AR - Great Pay & Bonus (save) | Not Listed | Arlington, VA | 9/13 |
| 209. Receptionist - TTH (save) | Ford Agency | Washington, DC | 9/13 |
| 210. * Receptionist (save) | Advantage Human Resourcing | Arlington, VA | 9/11 |
| 211. Telephone Operator / Receptionist (save) | ESI International | Arlington, VA | 8/18 |
| 212. * Front Desk Coordinator/Receptionist (save) | Advantage Human Resourcing | Tysons Corner, VA | 9/11 |
| 213. Dental Receptionist/ Admin Coordinator (save) | Cascades Center for Dental Health | Sterling, VA | 8/29 |
| 214. Administrative Asst/ Receptionist/ Secretary (save) | Evans Carpentry, LLC | Chantilly, VA | 8/21 |
| 215. * Front Desk Coordinator/Receptionist (save) | Advantage Human Resourcing | Washington, DC | 9/11 |
| 216. *PART-TIME RECEPTIONIST NEEDED ASAP (save) | Advantage Human Resourcing | Herndon, VA | 9/11 |
| 217. Front Desk Receptionist (res) (save) | Friends & Company Staffing Services | Fairfax, VA | 9/08 |
| 218. Receptionist (save) | Tommy Andrews, Jr., P.C. | Alexandria, VA | 8/16 |
| 219. Great Administrative Assistant/ Receptionist (save) | Friends & Company Staffing Services | Silver Spring, MD | 6/09 |
| 220. Professional Receptionist $35K + Metro (B) (save) | Sparks Personnel | Silver Spring, MD | 9/12 |
| 221. Medical Receptionist (B) (save) | Sparks Personnel | Bethesda, MD | 9/12 |

| | | | |
|---|---|---|---|
| 222. | Admin/EA/Receptionist Positions - DC (save) | Advantage Human Resourcing | Washington, DC | 9/06 |
| 223. | Receptionist/Office Assistant (res) (save) | Friends & Company Staffing Services | Reston, VA | 9/05 |
| 224. | Veterinary Assistant & Receptionist (save) | Caring Hands Animal Hospital | Other VA, VA | 9/05 |
| 225. | Administrative Assistant / Receptionist (save) | TWA List Brokerage & Management | Reston, VA | 9/05 |
| 226. | DC Professional Receptionist for Consulting (save) | Friends & Company Staffing Services | Washington, DC | 9/12 |
| 227. | Global Consulting Corp Receptionist/Tysons (save) | Contect 1 Inc. Employment Specialists | Washington, DC | 9/06 |
| 228. | Receptionist (save) | NORTHERN VIRGINIA TEMPORIES | Falls Church, VA | 9/10 |
| 229. | Receptionist (save) | Catholic University of America | Washington, DC | 8/21 |
| 230. | * Front Desk Coordinator/Receptionist (save) | Advantage Human Resourcing | Chevy Chase, MD | 9/11 |
| 231. | RECEPTIONIST/OPERATOR (save) | Martens Cars of Washington | Bethesda, MD | 7/25 |
| 232. | RECEPTIONIST MONTGOMERY COUNTY (save) | Friends & Company Staffing Services | Silver Spring, MD | 6/09 |
| 233. | ARL Executive Receptionist- Architecture Firm (save) | Friends & Company Staffing Services | Arlington, VA | 9/08 |
| 234. | Medical Receptionist (save) | RIVERDALE CHIROPRACTIC | Riverdale, MD | 9/10 |
| 235. | Medical Receptionist -Ob / Gyn (save) | confidential listing | Alexandria, VA | 9/10 |
| 236. | Legal Receptionist (save) | confidential listing | Washington, DC | 9/10 |
| 237. | Cust Svc | Receptionist (save) | PREMIER PROMOTIONS | Washington, DC | 9/10 |
| 238. | Medical Receptionist / Secretary (save) | CENTER FOR ORTHOPEDICS | Falls Church, VA | 9/10 |
| 239. | CLINIC RECEPTIONIST (save) | Inova Health System | Vienna, VA | 9/09 |

09/14/06  12:59 FAX 202 659 0492     IRAK LEGAL SERVICES

washingtonpost.com- Jobs

240. CLINIC RECEPTIONIST ........          Inova Health System     Ashburn, VA      9/09

241. RECEPTIONIST ........          Inova Health System     Falls Church, VA     9/09

242. CLINIC RECEPTIONIST (save)          Inova Health System     Springfield, VA     9/09

243. ARL-EXECUTIVE RECEPTIONIST(Membership
     Assoc) (save)          Friends & Company
                           Staffing Services     Alexandria, VA     9/08

244. (RES) Receptionist - Ashburn, VA (save)          Friends & Company
                                                     Staffing Services     Ashburn, VA     8/25

245. Receptionist.(res) (save)          Friends & Company
                                        Staffing Services     Chantilly, VA     9/06

246. DC Bilingual Receptionist (save)          Friends & Company
                                               Staffing Services     Washington, DC     9/06

247. DC Bilingual Receptionist for Non-Profit Wash
     (save)          Friends & Company
                    Staffing Services     Washington, DC     9/06

248. Vet Techs, Assts, Receptionist (save)          Not Listed     Arlington, VA     9/03

249. Receptionist (RES) (save)          Friends & Company
                                        Staffing Services     Fairfax, VA     8/31

250. DC Bilingual Receptionist (save)          Friends & Company
                                               Staffing Services     Washington, DC     8/29

Browsing the top 250 jobs of 558 total results.

Page:  1  2  3  4  5  6  7  8  9  10  Next>

New Search: | e.g. Marketing, "Java Developer" ........ |     Location:
Keywords:                                                    IN | Choose one... |          Help

...........................com/js/jobs/JS_JobSearchResult?ResumeId=&isResSortDir=true&isResSortKey=1&nav=paging&...  ./2006

http://www.washingtonpost.com/wl/jobs/JS_JobSearchResult?ResumeId=&isResSortDir=true&jsResSortKey=1&nav=paging&...

4/2006