## Fax Cover

3/17/04
6:00 pm

To – Mr. Robert Spellman
Fax 1-800-447-2498

From – Ranville S. Clark, MD
Fax 202 635-1846

2 pages including Cover



EXHIBIT 29

Claimant Name: Vanessa McFadden    Claim #: 1164932

18:05:08 03-17-2004 From 0 Delivered to Worklist CCVLFISTD800

UNUM00255

**Ranville S. Clark, M.D.**
Providence Hospital/DePaul Bldg
1160 Varnum Street, NE
Suite 202
Washington, DC 20017

3/17/2004

To: Mr. Robert Spellman, Jr.   Fax 1-800-747-2498
From: Ranville S. Clark, M.D.   Fax 202-635-1846

re: Vanessa A. McFadden
dob 8-15-57
SSN 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

This is written in response to your request of 3/10/04 for information concerning Ms. McFadden. She was referred to me by her family physician, Dr. Phillip Massenda and has been treated by me since February 25, 2004.

Dr. Massenda had requested evaluation and treatment for the emotional problems resulting from her stressful life situation. He has treated her for several severe physical conditions which he considers "permanent and disabling". The impact of her physical problems led to emotional disorders including Panic Disorder and Clinical Depressive Disorder. Recommended treatment has included anti-anxiety and anti-depressant medications along with supportive individual Psychotherapy. It is not to be expected that she will ever be able to resume gainful employment.

*[signature]*

---

Claimant Name: Vanessa McFadden   Claim #: 1164932