

## The Neurology Center

PROVIDENCE HOSPITAL ■ 1160 VARNUM STREET NE ■ WASHINGTON DC 20017 ■ TEL: (301)-562-7200 ■ FAX: (202)-526-2335 ■ WWW.NEUROLOGYCENTER.COM

'rology
.ol C. Wilner, M.D.
David Satinsky, M.D.
Richard N. Edelson, M.D.
V. John Blazina, M.D.
Philip D. Pulaski, M.D.
Brian H. Avin, M.D.
Kenneth W. Eckmann, M.D.
David G. Moore, M.D.
Seth A. Morgan, M.D.
Fredric K. Cantor, M.D.
Gary W. London, M.D.
Larry M. Einbinder, M.D.
David L. Taragin, M.D.
Neal M. Kurzrok, M.D.
Kalpana Hari Hall, M.D.
Jueyang Wei, M.D.

Neuropsychology
Linda R. Sapin, Ph.D.

Chief Executive Officer
Sally A. Seiler

Other Office Locations:
The Barlow Building
  ¨4 Wisconsin Avenue
  .c 1720
Chevy Chase, MD 20815
Fax (301)-951-6490

University Medical Building
2141 K Street, NW
Washington, DC 20037
Fax (202)-429-8957

1201 Seven Locks Road
Suite 101
Rockville, MD 20854
Fax (301)-424-1565

Wheaton Plaza
North Office Building
2730 University Blvd, W
Wheaton MD 20902
Fax (301)-946-4150

Leisureworld Plaza
Professional Building
Suite 210
3801 International Drive
Silver Spring, MD 20906
(301)-598-5730

December 29, 2003

Calvin L. Griffin, M.D.
1160 Varnum St., NE, #108
Washington, DC 20017-2107

RE: Vanessa McFadden
Account #: 262570

Dear Calvin:

Thank you for asking me to render neurologic consultation on Ms. McFadden.

She is a 46-year-old right-handed female recently diagnosed with Graves' disease and with history of panic attacks who is being evaluated for multiple neurologic symptoms.

She has been having spasms in her neck, hands, shoulders and feet since early this year with muscle cramping in her hands. There is maximal involvement in digits II and III of the left hand and digits III and IV of the right hand with tingling over the tips of these fingers. Pain is present constantly and there are no triggering or alleviating factors.

She also has noted left-sided mouth and face numbness which occurs episodically and lasts two to three days at a time but is fairly frequent of late. There are no triggers to this and no alleviating factors. There is no associated facial weakness, hiccups, swallowing dysfunction or hoarseness. She does have dryness of her mouth chronically. She denies any history of cerebrovascular accidents or seizures. She feels that her memory is "not too good" noting that this all changed at the start of this year with increased mistakes at work leading to her employer asking her to seek medical attention. She has been depressed but feels this to be secondary to her symptoms. She has recently has had tendency for the right knee to give out. She has not had any head trauma. She has had swelling of the feet and shortness of breath. There is pain diffusely in the limbs involving, among other regions, the calves bilaterally.

Past Medical History: Migraine headaches, arthritis, asthma, heart disease with sinus tachycardia and the patient having been told that her heart is "thickened" on echocardiogram, hypertension, questionable lupus erythematosus, Graves' disease, panic attacks, sleep disruption, dizziness, balance problems, tremors, tingling and numbness, weight gain, sinus disease, depression, fibromyalgia, hysterectomy and breast surgeries (reduction and cyst surgery).

Social History: She smokes half a pack of cigarettes per day (is in the proces[s] quitting). She drinks rare caffeinated beverage and denies alcohol or drug u[se]

EXHIBIT 30