EARL M. ARMSTRONG, M.D.
LESLIE KINSLOW, M.D.
PETRA J. THOMAS, M.D.
1160 VARNUM STREET N.E., SUITE 214
WASHINGTON, DC 20017

NAME: Vanessa McFadden    DATE: 4/20/04
ADDRESS:

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞
(1) Singulair 10 mg i QD
#30
(2) Theophylline 300 mg i BID
#60

Refill 3 times
(Signature) Earl M Armstrong

To ensure brand name dispensing, prescriber must write "Brand Necessary" on the prescription.
21PU1435238

---

EARL M. ARMSTRONG, M.D.
LESLIE KINSLOW, M.D.
PETRA J. THOMAS, M.D.
1160 VARNUM STREET N.E., SUITE 214
WASHINGTON, DC 20017

NAME: Vanessa McFadden    DATE: 4/20/04
ADDRESS:

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞ Home O2 Small Mobile Canister with oxygen conserver

Refill ___ times
(Signature) E Armstrong

To ensure brand name dispensing, prescriber must write "Brand Necessary" on the prescription.
21PU1435238

---

EXHIBIT 81

Claimant Name: Vanessa McFadden    Claim #: 1164932

UNUM 00626

**LINCARE**
11900 BALTIMORE AVENUE
SUITE B
BELTSVILLE, MARYLAND 20705

TEL: 301, 210-0300
     877, 283-8925
FAX: 301, 210-8176

Wendy
03/03/04
P. Brown

Date: February 25, 2004

Earl Armstrong MD
Suite 214
1160 Varnum Street NE
Washington, DC  20017-2107

RE: Vanessa McFadden

Our records indicate that on 02/25/2004 you prescribed Home Oxygen Therapy for the above mentioned patient. An initial prescription is required for this order. The following medical information was provided to our office during the patient intake process:

The estimated length of need for oxygen therapy is 99 Mos. (Lifetime)

The patient was diagnosed with   EMPHYSEMA NEC(492.8), ASPHYXIA(799.0).

The most recent oxygen saturation test was taken on or before 02/25/2004.

The result of the test taken on 02/25/2004 was 87%, while the patient was at rest.

The test was performed with the patient in a chronic stable state as an outpatient or within two days prior to discharge from an inpatient facility to the home.

The test was performed by:    Earl Armstrong MD
                              Suite 214
                              1160 Varnum Street NE
                              Washington, DC  20017-2107

The patient requires portable oxygen and is mobile within the home

The highest oxygen flow rate prescribed is 2.0 lpm.

The patient's oxygen therapy was prescribed as continuous.

Please make certain that the above medical information is consistent with the patient's medical record. Once signed, please return the prescription to our office in the envelope provided. If you have any questions, please feel free to contact our office at 301-210-0300.
We thank you for the opportunity to serve your patient.

Sincerely,

Lincare

Claimant Name:  Vanessa  McFadden        Claim #:  1164932

UNUM 00628