Form Approved
OMB No. 0960-0072

SECURITY ADMINISTRA

## REPORT OF CONTINUING DISABILITY INTERVIEW
(Write Legibly)

| OFFICE | DATE |
|---|---|

REPORT MADE
☐ IN PERSON  ☐ TELEPHONE

PLACE OF REPORT
☐ FO  ☐ CONTACT STATION
☐ HOME  ☐ OTHER

| SOCIAL SECURITY NUMBER | WAGE EARNER | BENEFICIARY'S NAME IF NOT WAGE EARNER |
|---|---|---|
| 5??? ?? 047B | Vanessa McFadden | |

PERSON REPORTING  ☐ BENEFICIARY  ☐ OTHER PERSON (Show name, address, relationship, and why beneficiary is not reporting)

| NAME AND RELATIONSHIP | ADDRESS | WHY BENEFICIARY IS NOT REPORTING |
|---|---|---|

TYPE(S) OF ENTITLEMENT
(Check all that apply )
TITLE II  ☐ DIB  ☐ FZ  ☐ DWB  ☐ CDB  ☐ ESRD  ☐ HIB
TITLE XVI  ☐ DI  ☐ DS  ☐ DC  ☐ BI  ☐ BS  ☐ BC

PRIVACY ACT: The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d), and 1631(e)(1) of the Social Security Act. The information on this form is needed by Social Security to make a decision on the disabled individual's case. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on the disabled individual's case. Although the information you furnish is almost never used for any purpose other than making a determination about the individual's disability, such information may be disclosed by the Social Security Administration as follows: (1) to enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal Laws requiring the release of information about Social Security records (e.g., to the General Accounting Office and the Department of Veterans Affairs); and (3) to facilitate statistical research and such activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security). (Privacy Act continued on page 8.)

| Please use this form to describe your disabling condition since (date disability began or, if later, date of prior investigation.) | DATE 1/0 3 |
|---|---|

NOTE: All information (except Part II) must reflect the beneficiary's (or his/her representative's) statements regarding the disabling condition since the last interview, i.e., the initial disability application or continuing disability investigation. This report will be one of the criteria in verifying continuing eligibility to disability benefits. If, after completion of the investigation, it is determined that there no longer is a disabling condition, benefits will be terminated.

### PART I - INFORMATION ABOUT YOUR CONDITION

1. a. What is the disabling condition(s) for which you are receiving disability benefits?

Fibromyalgia, Rheumtoid arthritis, depression, anxiety and panic attacks high blood pressure, bronchitis, hyper-thyroidism, pain from chronic illness,

b. Has there been any change (for better or worse) in your disabling condition since you last reported such information to us?
☐ Yes (If "yes", describe any changes below)  ☒ No

c. Do you have any new injuries or illnesses?
☒ Yes (If "yes", describe below.)  ☐ No   Severe pain 24hrs/7days
Multiple areas of tenderness - arms, legs, body
Decreased range of motion limbs, major depressive disorder

2. a. Do you feel you are able to return to work?
☐ Yes (If "yes", explain and describe any limitations in Part VI.)  ☒ No (If "no", explain in Part VI how your injuries or illness prevent you from working.)

b. Has your doctor told you that you are able to return to work?
☐ Yes (If "yes", answer items c, d and e )  ☒ No

EXHIBIT
33
ALL-STATE LEGAL®

Form SSA-454-BK (6-2003) EF (6-2003) Destroy Prior Editions     1.

(OVER)
SSA -9

**2.** **c.** **name and addre** he doctor(s) who told you to return to work.
Cont

NAM.

ADDRESS

**d** What date did your doctor tell you that you could return to work? (Month, Day, Year)

**e.** Did the doctor restrict you to limited or part-time work?

☐ Yes  (If "yes", explain in Part VI )     ☐ No

## PART II - INFORMATION ABOUT YOUR MEDICAL RECORDS

NOTE:  When completing Part II, provide a summary of all medical examinations and treatments which you have received in the last 12 months.

**3.** List the name, address and telephone number of the doctor who has your latest medical records.

If you have not seen a doctor, check here ☐

NAME Dr. Phillip Mussendan

ADDRESS 2001 Benning Road, N.E.
Washington, DC 20002

TELEPHONE NUMBER (Include area code)
(202) 396-4774

How often do you see this doctor?
Once a month

Date you first saw this doctor (Month, Day, Year)
5/30/03

Date you last saw this doctor (Month, Day, Year)
9/17/05

Reasons for visits (show illness or injury for which you had an examination or treatment)
To monitor my multiple conditions

Type of treatment received or medicines received (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known  If no treatment or medicines show "NONE")
See attached statement

**a.** Have you seen any other doctors? ───────→ ☒Yes  (If "yes", show the following )     ☐ No

NAME Dr. Randall Clark

ADDRESS 1160 Varnum Street, N.E.
Washington, DC 20017

TELEPHONE NUMBER (Include area code)
(202) 635-1749

How often do you see this doctor? On a as needed basis and also by phone

Date you first saw this doctor (Month, Day, Year)
4/14/04

Date you last saw this doctor (Month, Day, Year)
9/12/06

Reason for visits (show illness or injury for which you had an examination or treatment)
Major depressive disorder, depression associated with chronic pain 24 hr, a day,

Type of treatment or medicines received (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known.  If no treatment or medicines show "NONE")
Zoloft 100mg twice a day

NAME Dr. Calvin Griffin

ADDRESS 1160 Varnum Street, N.E.
Washington, DC 20017

TELEPHONE NUMBER (Include area code)
(202) 506-4400

How often do you see this doctor? Every two to three months depending on fluid retention

Date you first saw this doctor (Month, Day, Year)
12/12/03

Date you last saw this doctor (Month, Day, Year)
9/21/05

Reason for visits (show illness or injury for which you had an examination or treatment)
Monitor chronic illnesses, remove excess fluid from knees and elbows,

Type of treatment received or medicines received (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known.  If no treatment or medicines show "NONE")
See attached statement,

NAME _Dr. Ea. Armstrong_  ADDRESS _1160 Varnum Street, N.E., Washington, DC 20017_

TELEPHONE NUMBER (Include area code) _(202) 626-8491_

How often do you see this doctor? _every three months_

Date you first saw this doctor (Month, Day, Year) _10/24/03_

Date you last saw this doctor (Month, Day, Year) _7/19/05_

Reasons for visits (show illness or injury for which you had an examination or treatment) _Monitor, breathing and bronchitis, Oxygen provided by Lincare on 2/25/04 (length 99 Mos (Lifetime)_

Type of treatment or medicines received (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known.  If no treatment or medicines show "NONE") _see attached statement_

4. Have you been hospitalized or treated at a clinic for your disabling condition? ☐ Yes (If "yes", show the following )  ☒ No

NAME OF HOSPITAL OR CLINIC

ADDRESS _Several calls to 911. Able to Stabilize patient,_

PATIENT OR CLINIC NUMBER

Were you an inpatient (i.e., stayed at least overnight)? ☐ Yes (If "yes", fill in the dates below.) ☐ No

Were you an outpatient? ☐ Yes (If "yes", fill in the dates below.) ☐ No

| DATES OF ADMISSIONS | DATES OF DISCHARGES | DATES OF VISITS |
|---|---|---|
| | | |
| | | |

Reason for hospitalization or clinic visits (show illness or injury for which you had an examination or treatment)

Type of treatment or medicine received (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known.  If no treatment or medicines show "NONE")

NAME OF HOSPITAL OR CLINIC

ADDRESS

PATIENT OR CLINIC NUMBER

Were you an inpatient (i.e., stayed at least overnight)? ☐ Yes (If "yes", fill in the dates below.) ☐ No

Were you an outpatient? ☐ Yes (If "yes", fill in the dates below.) ☐ No

| DATES OF ADMISSIONS | DATES OF DISCHARGES | DATES OF VISITS |
|---|---|---|
| | | |
| | | |

Reason for hospitalization or clinic visits (show illness or injury for which you had an examination or treatment)

Type of treatment or medicine received (such as surgery, chemotherapy, radiation and the medicines you take for your illness or injury, if known.  If no treatment or medicines show "NONE")

If you have seen other doctors or if you have been in other hospitals or clinics for your illness or injury, list the names, addresses, patient or clinic numbers, dates and reasons for hospitalization or clinic visits in Part VI.

5. Have you been seen by other agencies for your injury or illness? (VA, worker's compensation, welfare, etc.) (List any other age. their addresses, claim numbers, dates and treatment received in Part VI.)
☐ Yes (If "yes", fill in the information below.)  ☒ No

| NAME OF AGENCY | ADDRESS OF AGENCY |
|---|---|
| YOUR CLAIM NUMBER | |
| DATES OF VISITS (Month, Day, Year) | TYPES OF TREATMENTS OR EXAMINATION RECEIVED |

If more space is needed, list the other agencies, their addresses, your claim numbers, dates and treatment received in Part VI.)

6. Have you had any of the following tests?

| TEST | Check appropriate block(s) YES | NO | IF "YES" SHOW WHERE DONE | WHEN DONE |
|---|---|---|---|---|
| EKG - Resting | ☑ | ☐ | Hosp | 5 |
| EKG- Treadmill | ☑ | ☐ | | |
| Chest x-ray | ☑ | ☐ | Providence | |
| Other x-ray (specify →) | ☐ | ☐ | | 5/2 |
| Breathing tests | ☑ | ☐ | | |
| Blood tests | ☑ | ☐ | | |
| Other (specify →) | ☐ | ☐ | | |
| Other (specify →) | ☐ | ☐ | | |
| Other (specify →) | ☐ | ☐ | | |
| Other (specify →) | ☐ | ☐ | | |

## PART III - INFORMATION ABOUT YOUR ACTIVITIES

7. Has any doctor told you to cut back or limit your activities in any way since the date shown on Page 1?
☒ Yes (If "yes", give the name of the doctor below and tell what he/she told you about cutting back or limiting your activities.)  ☐ No

NAME OF DOCTOR  Dr. Phillip Mussenden

EXPLANATION OF WHAT DOCTOR TOLD YOU  I was still trying to work at that time because I was the only income. My husband is terminally ill with cancer.

8. In the areas below, describe your daily activities and state what and how much you do of each; how often you do it; and any assistance you require.

PERSONAL MOBILITY (walking, moving about, exercising your legs, etc.)

Only home, personal activities. My daughter is the caregiver for myself and my husband, (Nicole McFadden)

PERSONAL NEEDS AND GROOMING (dressing, bathing, etc.)

My daughter assist me. (Nicole McFadden)

**PROG NOTES**                                                    Formedic

NAME Vanessa McFadden                    DATE OF BIRTH          PG#

TE - TIME    HT         BMI      BP      P      T      ALLERGIES
CPT CODE     WT

#6  Atenolol 50mg one A day
    Deconamine SR one Twice A day
    Ambien 10mg one - two At bedtime
    Hydrochlorof cps. 12.5 one A day
    Effexor 37.5 twice A day
    Torsemide 20mg three times A day
    Clindamycin 300mg twice A day
    Aprazolam 1mg one every 12hours
    Furosemide 40mg one A day
    Nifedipine 90mg one A day
    Diclofenac 7.5mg one three times A day
    Singulair 10mg one A day
    Zyrtec 10mg one A day
    Cyclobenzaprine 10mg one At bedtime
    Spironolactone 50mg one twice A day
    St Joseph Aspirin 81mg once A day
    Nasonex
    Aduair 500/50
    Sulfacetamide sodium ophthalmic solution 10%
    Hydrocodone 650mg - 3 times a day
#7  Zoloft 100 m = 1 a day = twice when needed
    Dr. Earl Armstrong #214    /    1160 Varnum St. N.E.
    Dr. Randell Clark #108    <    Wash. D.C
    Dr. Calvin Griffin #202    \    20017

| DATE - CPT CODE | HT WT | B... | BP | P | T | ALLERGIES | | Formedic |
|---|---|---|---|---|---|---|---|---|

Avandia®
rosiglitazone maleate

GSK GlaxoSmithKline
Avandia is a registered trademark of GlaxoSmithKline.
©2004 The GlaxoSmithKline Group of Companies
All rights reserved.  AV2228N0  February 2004

'OUSEHOLD MA'    'NCE (cooking, cleaning, shopping, and odd jobs around the house as well as any other similar .ctivities):

This above is done by family and friends.

RECREATIONAL ACTIVITIES AND HOBBIES (TV, radio, newspapers, books, fishing, bowling, musical instruments, etc ):

Some TV

SOCIAL CONTACTS (visits with friends, relatives, neighbors, church, social clubs):

Family members and friends visit me at my home. I only go out for doctor appointments.

OTHER (drive car, motorcycle, ride bus or subway, etc.):

My daughter takes me to my appointments

9. Have you attended (trade, vocational or academic) school or had any other type of vocational training since you began receiving disability benefits?

☐ Yes  (If "yes", explain below )    ☒ No

10. Are you attending school?    ☐ Yes  (If "yes", show the following.)    ☒ No

NAME OF SCHOOL

ADDRESS OF SCHOOL

CURRENT GRADE

## PART IV - INFORMATION ABOUT THE WORK YOU DID

When completing Part IV provide information since date you became disabled.

11. Since you became disabled, have you done any work?    ☐ Yes  (If "yes", show the following for each work attempt, no matter how short it was.)    ☒ No

| JOB TITLE (Be sure to begin with your usual job) | TYPE OF BUSINESS | DATES WORKED (month/year) | | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) |
|---|---|---|---|---|---|
| | | FROM | TO | | |
| | | | | | $ |
| | | | | | $ |
| | | | | | $ |

12. Des____ ___ur basic duties ___ ___ what you did and how you did it) below  Also, explain why you stopped working for ___
each ___ ___ attempt listed in ___ I1.

I was a legal Secretary.

---

**PART V - INFORMATION ABOUT REHABILITATION SERVICES**

13. VOCATIONAL REHABILITATION    IMPORTANT: Even if it is determined that you are not disabled, you may be eligible for continued payments if you are in an approved vocational rehabilitation program and meet other requirements of the law.

a. Are you receiving help, such as services, training or counseling from the state vocational rehabilitation agency or other vocational rehabilitation program?    ☐ Yes  (If "yes", complete the following )    ☒ No

b. What kind of help have you been receiving?

c. Do you expect to receive any type of training?    ☐ Yes  (If "yes", when?) ──────→  WHEN    ☒ No

d. What is the name, address and phone number of your VR counselor, and the State vocational rehabilitation agency or other vocational rehabilitation service provider?  N/A

| NAME | ADDRESS |
|---|---|
| TELEPHONE NUMBER (Include area code) | |

---

**PART VI - REMARKS**

14. Use this section for additional space to answer any previous questions.  Also, use this space to give any additional information that you think will be helpful in the review of the continuing entitlement to Social Security disability benefits. (If you need more space, use a separate sheet of paper.  Also, if you wish, you may attach any evidence that shows your current condition.)

Form SSA-454-BK (6-2003)   EF (6-2003)                              6.

SSA -16

emarks

Form SSA-454-BK (6-2003)    EF (6-2003)    7.

## /II - AUTHORIZATION AND NOTIFICATION STATEMENTS

I understand that this report will be used to determine whether to continue or to stop my disability benefits. I also understand that if I am receiving Social Security disability benefits and Supplemental Security Income payments, this questionnaire is applicable to both claims.

▷ Copies of medical records may be provided to a physician or medical institution prior to my appearance for an independent medical examination if an examination is necessary

▷ Results of any such independent examination may be provided to my personal physician.

▷ Medical information may be furnished to any contractor for transcription, typing, record copying, or other related clerical or administrative service performed for the State Disability Determination Service.

▷ The State Vocational Rehabilitation Agency may review any medical evidence for determining my eligibility for rehabilitative services.

▷ I agree to notify the Social Security Administration if my medical condition improves or I go to work.

| NAME OF PERSON COMPLETING THIS FORM (Please print) | DATE FORM COMPLETED (Month, day, year) | TELEPHONE NUMBER (Include area code) |
|---|---|---|
| Vanessa A. McFadden | 09/26/05 | (202) 584-1704 |

MAILING ADDRESS (Number and Street, Apt. No , P O. Box or Rural Route)

3467 Mass Ave, S.E.

| CITY AND STATE | ZIP CODE | NAME OF COUNTY (In which you now live) |
|---|---|---|
| Washington, DC | 20019 | |

**PRIVACY ACT** (Continued from page 1): We may also use the information that you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

**PAPERWORK REDUCTION ACT:** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 30 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE.** The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 for the address. *You may send comments on our estimate of the time needed to complete the form to:* SSA, 1338 Annex Building, Baltimore, MD 21235-0001. *Send only comments relating to our time estimate to this address, not the completed form.*

**PART VIII - FOR SSA USE ONLY - DO NOT WRITE BELOW THIS LINE**

OF CLAIMANT

SOCIAL SECURITY NUMBER

15. a. Check each item to indicate if any difficulty was observed:

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| Breathing | ☐ | ☐ | Use of hands and arms | ☐ | ☐ |
| Sight | ☐ | ☐ | Writing | ☐ | ☐ |
| Speaking | ☐ | ☐ | Reading | ☐ | ☐ |
| Hearing | ☐ | ☐ | Comprehending | ☐ | ☐ |
| Sitting | ☐ | ☐ | Responding | ☐ | ☐ |
| Walking | ☐ | ☐ | Relating to people | ☐ | ☐ |
| Standing | ☐ | ☐ | Other (specify) | ☐ | ☐ |

b. If any of the above items were checked "yes", describe the exact difficulty involved.

c. Describe the claimant fully (e.g., general build, height, weight, behavior, any difficulties that add to or supplement those noted above). Indicate any other noticeable physical/mental limitations/impairments. Also, indicate any unusual circumstances surrounding the interview, e.g., how claimant came to the FO for the interview, lack of difficulty where it might be expected.

16. a.  he claimant need  ance in processing his or her claim?

☒ Yes  (If "yes", answer 16b.)    ☐ No

b.  If "yes", show the following information regarding an interested party willing to assist the claimant.

NAME                                          ADDRESS

RELATIONSHIP

TELEPHONE NUMBER (Include area code)

17. a.  Does the claimant speak English?        ☒ Yes        ☐ No    (If "no", answer 17b.) →    b.  What language does he/she speak?

18.  Is work, in the 15 years prior to this interview, in file?    ☒ Yes    ☐ No    (If "no", secure SSA-3369-BK

19.  Is capability development by the DDS necessary?    ☐ Yes    ☒ No

20. a.  Is development of work activity necessary?    ☐ Yes  (If "yes", answer 20b.)    ☒ No

b.  If "yes", is an SSA-820-F4 or SSA-821-BK in file?    ☐ Yes    ☐ No    (If "no", answer 20c.)

c.  If "no", explain why →

SIGNATURE OF FO INTERVIEWER OR REVIEWER                                    DATE

TITLE

Form SSA-454-BK (6-2003)    EF (6-2003)                    10.

SSA -20