UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Vanessa A. McFadden, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Ballard Spahr Andrews and )<br>Ingersoll, LLP, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:05CV02401<br>Judge Richard J. Leon |

### DECLARATION OF CONSTANTINOS PANAGOPOULOS

I, Constantinos Panagopoulos, under penalty of perjury under the laws of the United States of America, do declare the following as true and correct to the best of my knowledge, information and belief.

1. I am a partner in the Washington D.C. office of Ballard Spahr.

2. In 2003, I and another partner at Ballard Spahr provided legal representation to Cornelius McFadden without charge.

3. Mr. McFadden was the husband of Vanessa McFadden, an employee of Ballard Spahr.

4. Ballard Spahr represented Mr. McFadden in a dispute over his life insurance coverage when his request for coverage was denied. Due to Ballard Spahr's efforts, Mr. McFadden's life insurance coverage was granted.

September 7, 2007
DATE

_____
CONSTANTINOS PANAGOPOULOS

EXHIBIT 35