20031209500072

Claimant: VANESSA MCFADDEN            Examiner: J. CUMMINS
Case No:: 0113310   DOB: 08/15/1957   Date:     December 9, 2003

## ACTIVITIES OF DAILY LIVING

1. Please briefly describe what you do on an average day, from the time you get up in the morning to the time you go to bed. _I'm able to groom myself (except for aid out of the tub) I escorted to the doctor by my family members. My chronic body pain enables me to do to much of anything._

2. Do you cook for yourself? YES ___ NO _X_  If YES, how often? _____
   What meals and types of foods do you make? _____
   If NO, who cooks for you? _My husband and I receives meals from Food and Friends. My sisters and friends bring meals over on the weekend._

3. Do you share in household chores? YES _/_ NO ___  If YES, what chores do you perform? Wash dishes, laundry, housecleaning or outdoor work? Please describe those chores you perform _I try to wash dishes sometimes. My family and friends take care of all other indoor and outdoor chores._
   How often do you perform these chores? _When I'm not in pain._
   If you don't do these things, who does them for you? _family and friends._

4. Do you shop for yourself? YES ___ NO _X_  How often? _None_
   What types of stores do you shop at? (Grocery, clothing) _None_
   If you do not shop for yourself, who shops for you? _My husband, sister or friends._

5. Do you take care of children by yourself? YES ___ NO _X_
   How often? _None_  How many children at one time? _None_
   What types of activities do you do with the children? _None_

6. Do you pay your own bills? YES _X_ NO ___  By cash, check or money order? _Check_  By mail or in person? _mail_
   * My husband or sister review the checks that I send out.

7. Do you have any hobbies, such as playing cards, sewing, sports or reading? YES ___ NO _X_  Please describe the hobbies and how often you do them. _None_

Do you watch TV or listen to the radio? YES _X_ NO ___  If YES, what are your favorite programs? _no favorites_
How long and how often to you watch TV or listen to the radio? _I watch television when I'm able to stay up long enough to watch. My prescribed medications make me sleep a lot._

8. Do you visit family and/or friends? YES ___ NO _X_  If YES, how often?
   What kinds of things do you do together? _My family and friends come to see me and help me with cooking and cleaning._

D0053

EXHIBIT 36

PAGE 1 of 2

SSA -39

20031209500072

Claimant: VANESSA MCFADDEN        Examiner: J. CUMMINS
Case No:: 0113310    DOB: 08/15/1957    Date: December 9, 2003

Do you suggest the trips/activities or do they? __None__

Do you have any problems getting along with friends, neighbors, or family?

YES ___ NO _X_ If YES, please describe the problems and how often they occur. __None__

Do you go places by yourself? YES ___ NO _X_ Where? __None__

How often? __None__

Do you belong to any clubs, groups, or church? YES ___ NO _X_ Please name the groups you belong to. __None__

How often do you go? __None__ What types of things do you do with the group? __None__

9. Have any of your daily activities, hobbies or abilities to deal with people changed since you became disabled? YES _X_ NO ___ If YES, please describe the changes.

My life has changed tremendously. I'm not able to work, exercise, lift objects over five pounds. I need help with getting in and out of the tub, off toilet and sometimes help out of bed. I can only walk small distances at a time, with use of a cane.

10. Please provide the name, full address and telephone number of two friends or relatives, who can provide information about your condition.

Name Beverly Adams        Name Carolyn Plater Fox
Address 1353 New Hampshire Ave #250    Address 2807 Iverson Street
Takoma Park, MD 20912        Temple Hills, MD 20748
Phone (301) 445-3166        Phone (301) 702-8275
Relationship sister        Relationship friend

Signature Vanessa McFadden  Date 12/15/03  Telephone (202) 581-0472

DA-(2/92)  D0053                                PAGE 2 of 2

SSA -40