**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation - 2001**

**Secretary:** McFadden, Vanessa A         **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

## A. GENERAL SKILLS

1. Does your secretary have the appropriate skills to fulfill his/her job requirements?
   Exceeds Expectations
   Comments:

2. Does your secretary possess the needed computer proficiency to fulfill his/her job requirements?
   Meets Expectations
   Comments    Vanessa's still in the learning process on Word, but she's made great progress and is alsways working to expand heer knowlege.

3. Does your secretary handle your workload withing the expected time frame?
   Exceeds Expectations
   Comments:

4. Does your secretary produce accurate, neat, complete and proofread work?
   Exceeds Expectations
   Comments:

5. Does your secretary maintain an organized work area and work product?
   Meets Expectations
   Comments:

6. (a) Does your secretary file in a timely manner?   Meets Expectations
6. (b) Can you easily and quickly locate documents   Yes
   Comments:

7. Does your secretary assume responsibilities beyond his/her normal job duties?
   Exceeds Expectations
   If yes, please explain:   always willing to help and to take on new tasks.

8. Does your secretary anticipate and recognize potential problems and offer solutions?
   Meets Expectations
   Comments:



EXHIBIT
Henck #1
10/31/06   RH

Ballard -00331

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation - 2001**

**Secretary:** McFadden, Vanessa A      **Evaluation Completed:** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

### B. TEAMWORK SKILLS

1. Does your secretary help other secretaries, attorneys or legal assistants?

    Exceeds Expectations

    Comments:   This is an area in which Vanessa has continued to shine.

2. Is your secretary flexible and able to switch gears when necessary?

    Exceeds Expectations

    Comments:

3. Does your secretary maintain his/her performance level under pressure?

    Exceeds Expectations

    Comments:   As previously reported, clients and others often comment favorably on Vanessa's helpfulness and attitude

Ballard -00332

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation - 2001**

**Secretary:** McFadden, Vanessa A              **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

## C. CLIENT FOCUS

1. Does your secretary have an appropriate phone manner?

   Exceeds Expectations

   **Comments:** See above.

2. Does your secretary interact well with clients?

   Exceeds Expectations

   **Comments:** See above.

Ballard -00333

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation - 2001**

**Secretary:** McFadden, Vanessa A          **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

## D. PROFESSIONALISM

1. Does your secretary maintain a professional demeanor and appearance?

   [Exceeds Expectations]

   Comments:

2. Does your secretary organize and present ideas clearly, conscisely and logically? (phone messages, dictation, e-mail, etc.)

   [Meets Expectations]

   Comments:

3. Does your secretary use appropriate language, grammar and spelling both in oral and written presentation?

   [Meets Expectations]

   Comments:

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation - 2001**

**Secretary:** McFadden, Vanessa A        **Evaluation Completed:** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

### E. INTERPERSONAL SKILLS

1. Does your secretary demonstrate tact, diplomacy, and the ability to work cooperatively with others?

   Exceeds Expectations

   Comments:

2. Does your secretary refrain from generating or participating in inappropriate conduct?

   Exceeds Expectations

   Comments

3. Does your secretary demonstrate a commitment to the firm and its policies?

   Exceeds Expectations

   Comments:

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation – 2001**

**Secretary:** McFadden, Vanessa A
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

**Evaluation Completed:** Yes

## F. ACCOUNTABILITY

1. Does your secretary arrive at his/her desk on time?

    Exceeds Expectations

    Comments:

2. Is there an attendance problem?

    No    If Yes:

    Comments:

3. Is your secretary available when needed? (i.e. at his/her desk or surrounding area)

    Exceeds Expectations

    Comments:

Ballard -00336

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation - 2001**

**Secretary:** McFadden, Vanessa A
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

**Evaluation Completed:** Yes

## G. OTHER AREAS OF EVALUATION

1. Does your secretary have billing responsibilities?

   Yes

   If yes, please comment on performance:

   Vanessa does an excellent job with my billing work

2. Is your secretary responsible for organization of files on a departmental basis?

   No

   If yes, please explain:

3. Does your secretary use LegalKey for Records?

   No Comment

   If yes, please comment on performance:

4. Does your secretary train other secretaries; act as a mentor to peers?

   Yes

   If yes, please explain:

   Often serves as a resource to other secretaries.

5. Does your secretary coordinate work assignments and/or keep others apprissed of relevant events or progress of work?

   No

   If yes, please provide details:

6. Does your secretary accommodate your work schedule?

   Yes

   if no, please explain:

   Absolutely.

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation – 2001**

**Secretary:** McFadden, Vanessa A  **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 11/5/2001

## H. OVERALL COMMENTS

1. Identify your secretary's greatest strenghts.

   She is hard working, loyal and has good skills.

2. Identify areas in need of improvement.


3. Please provide comments on any additional performance areas.

Ballard -00338

## Summary of Comments
## for Vanessa McFadden

*General Skills – Meet/Exceeds Expectations*
   *Has the appropriate skills to fulfill her job requirements? – Meets/Exceeds Expectations*
   - As in past years, I continue to find that Vanessa is able to do what I need and when I need it done.

   *Possess Necessary Computer Proficiency? – Meets/Exceeds Expectations*
   - I still have the feeling that Vanessa is feeling her way around with Word, although I tend to do most of my own word processing so I'm not really in the best position to know.
   - She's endeavored to improve her skills in other applications(Excel) and generally seems to have a good grasp of the billing and timekeeping functions.

   *Handles workload within the expected time frame?- Exceeds Expectations*
   - No problems here.

   *Accurate, Neat, Complete and Proofread work? – Exceeds Expectations*


   *Organized work area and work product? – Meets/Exceeds Expectations*

   *File in a timely manner?             - Meets/Exceeds Expectations*
   *Can you easily and quickly locate documents?    Yes*

   *Assume Responsibilities beyond her normal job duties? – Exceeds Expectations*
   - Vanessa always seems willing to pitch in and go the extra mile.

   *Anticipate and recognize potential problems and offer solutions? – Meets/Exceeds Expectations*


*Teamwork Skills – Exceeds Expectations*
   *Help other secretaries, attorneys or legal assistants? – Exceeds Expectations*
   - Vanessa is always willing to help others.
   - In my view this is one of her strong suits.

   *Flexible and able to switch gears when necessary? – Exceeds Expectations*

   *Maintain her performance level under pressure? – Exceeds Expectations*

*Client Focus –Exceeds Expectations*
   *Appropriate phone manner? – Exceeds Expectations*
   - She is very good with clients
   - Again, a strong suit.

   *Interact well with clients? – Exceeds Expectations*
   - I continue to receive regular comments from clients and other counsel about Vanessa's helpfulness to them.

**EXHIBIT**
Henck #2
10/31/06   RH

*Professionalism – Exceeds Expectations*
  *Maintain a professional demeanor and appearance? – Exceeds Expectations*
  *Organize and present ideas clearly, concisely and logically? – Meets/Exceeds Expectations*
  *Use appropriate language, grammar and spelling both in oral and written presentation? – Meets/Exceeds Expectations*

*Interpersonal Skills – Exceeds Expectations*
  *Demonstrate tact and diplomacy and the ability to work cooperatively with others? – Exceeds Expectations*

  *Refrain from generating or participating in inappropriate conduct? – Exceeds Expectations*
  - I've never encountered any problem in this area.

  *Demonstrate a commitment to the firm and its policies? – Exceeds Expectations*
  - She is always willing to get involved in firm functions (i.e. She's been selected to be on the social committee)

*Accountability – Exceeds Expectations*
  *Arrive at her desk on time? –Exceeds Expectations*

  *Attendance problem? – No*

  *Available when needed?(i.e. at her des or surrounding area) – Meets/Exceeds Expectations*

*Other Areas of Evaluation:*
  *Have billing responsibilities?* Yes
  *Responsible for the organization of files on a department basis?* No
  *Use Legal Key for Records?* No
  *Train other secretaries; act as a mentor to peers? –* Yes
  - I've often seen her helping others in dealing with word processing issues, etc.
  - She is always assisting other secretaries.

  *Coordinate work assignments and/or keep others apprised of relevant events?*  - Yes
  - Always lets me know what she is working on.
  *Accommodates your work schedule? –* Yes

*Greatest Strengths*
  - Organized
  - Always willing to stay late, if necessary.
  - Loyal, hard-working, knowledgeable member of the team.

*Areas of Improvement*
  - none noted

H:\Blocks\Performance Mgt\Review Front Sheet PH.doc        3

Ballard -00058

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A        **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

## A. GENERAL SKILLS

1. Does your secretary have the appropriate skills to fulfill his/her job requirements?
   Exceeds Expectations
   Comments:   As in past years I continue to find that Vanessa is abel to do what I need when I need it done.

2. Does your secretary possess the needed computer proficiency to fulfill his/her job requirements?
   Meets Expectations
   Comments   I still have the feeling that Vanessa's still feeling her way around with Word, although I tend to do most of my own word processing so I'm not really in the best position to know. She's endeavered to improve her skills in other applications (Excel) and generally seems to have a good grasp of the billing and timekeeping functions.

3. Does your secretary handle your workload within the expected time frame?
   Exceeds Expectations
   Comments:   No problems here.

4. Does your secretary produce accurate, neat, complete and proofread work?
   Exceeds Expectations
   Comments:

5. Does your secretary maintain an organized work area and work product?
   Meets Expectations
   Comments:

6. (a) Does your secretary file in a timely manner?   Meets Expectations
6. (b) Can you easily and quickly locate documents   Yes
   Comments:

7. Does your secretary assume responsibilities beyond his/her normal job duties?
   Exceeds Expectations
   If yes, please explain:   As noted in prior years Vanessa always seems willing to pitch in and go the extra mile.

8. Does your secretary anticipate and recognize potential problems and offer solutions?
   Meets Expectations
   Comments:

Ballard -00059

## Ballard Spahr Andrews & Ingersoll, LLP
## Legal Secretary Evaluation

**Secretary:** McFadden, Vanessa A
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

**Evaluation Completed:** Yes

### B. TEAMWORK SKILLS

1. Does your secretary help other secretaries, attorneys or legal assistants?

   Exceeds Expectations

   Comments: See above. In my view this is one of Vanessa's strong suits.

2. Is your secretary flexible and able to switch gears when necessary?

   Exceeds Expectations

   Comments:

3. Does your secretary maintain his/her performance level under pressure?

   Exceeds Expectations

   Comments:

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A             **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

### C. CLIENT FOCUS

1. Does your secretary have an appropriate phone manner?

   Exceeds Expectations

   **Comments:** Again, a storng suit.

2. Does your secretary interact well with clients?

   Exceeds Expectations

   **Comments:** I continue to receive regular comments from clients and other counsel about Vanessa's helpfulness to them.

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A            **Evaluation Completed:** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

## D. PROFESSIONALISM

1. Does your secretary maintain a professional demeanor and appearance?

   Exceeds Expectations

   Comments:

2. Does your secretary organize and present ideas clearly, conscisely and logically? (phone messages, dictation, e-mail, etc.)

   Meets Expectations

   Comments:

3. Does your secretary use appropriate language, grammar and spelling both in oral and written presentation?

   Meets Expectations

   Comments:

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A          **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

### E. INTERPERSONAL SKILLS

1. Does your secretary demonstrate tact, diplomacy, and the ability to work cooperatively with others?
   Exceeds Expectations
   Comments:

2. Does your secretary refrain from generating or participating in inappropriate conduct?
   Exceeds Expectations
   Comments    I've never encountered any problem in this area.

3. Does your secretary demonstrate a commitment to the firm and its policies?
   Exceeds Expectations
   Comments:

Ballard -00063

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A            **Evaluation Completed** Yes
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

## F. ACCOUNTABILITY

1. Does your secretary arrive at his/her desk on time?
   Exceeds Expectations
   Comments:

2. Is there an attendance problem?
   No    If Yes:
   Comments:

3. Is your secretary available when needed? (i.e. at his/her desk or surrounding area)
   Exceeds Expectations
   Comments:

Ballard -00064

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

**Evaluation Completed** Yes

## G. OTHER AREAS OF EVALUATION

1. Does your secretary have billing responsibilities?
   Yes
   If yes, please comment on performance:
   She handles this part of her job with real skill and attention to detail.

2. Is your secretary responsible for organization of files on a departmental basis?
   No
   If yes, please explain:

3. Does your secretary use LegalKey for Records?
   No Comment
   If yes, please comment on performance:

4. Does your secretary train other secretaries; act as a mentor to peers?
   Yes
   If yes, please explain:
   I've often seen her help others in dealing with word processing issues, etc.

5. Does your secretary coordinate work assignments and/or keep others apprised of relevant events or progress of work?
   No Comment
   If yes, please provide details:

6. Does your secretary accommodate your work schedule?
   Yes
   If no, please explain:
   Absolutely

Ballard -00065

**Ballard Spahr Andrews & Ingersoll, LLP**
**Legal Secretary Evaluation**

**Secretary:** McFadden, Vanessa A
**Evaluator:** Henck, Charles S
**Date Submitted:** 8/30/2002

**Evaluation Completed:** Yes

### H. OVERALL COMMENTS

1. Identify your secretary's greatest strenghts.

   A loyal, hard working knowledgeable member of the team.

2. Identify areas in need of improvement.


3. Please provide comments on any additional performance areas.

Ballard -00066