08-Oct-2003 04:32pm From-Ballar~ ~r DC                         T-737  P 002/002  F-202

# CONFIDENTIAL
## EMPLOYEE REVIEW/SALARY ADJUSTMENT

### FRONT SHEET

Supervisor, please complete numbers 1-5 and submit to the Human Resources Department.

Recommendation for: *Vanessa Mc Fadden*

Position: *Legal Secretary*

Hire Date: _____  Adjusted Hire Date: *6/15/89*

1. Current Salary                    $55,860

2. Amount of Increase:               $2,515

3. New Salary Amount:                58,375          32,0756
                                                     58,375.03
4. Percentage of Increase:           4.5 %

5. Supervisor's Signature:  *[signature]*            Date: *10/8/03*
                            Wendy D. Iversen

6. Effective Date of Increase:  August 1, 2003

7. Next Review Date:            August 1, 2004

8. Director of Human Resources: _____     Date: _____
                                John DiBattista

9. Employee's Signature:  *Vanessa McFadden*              Date: *10/08/03*

```
Jamison #16
10/31/06 RH
```

DC_DOCS_A 1033360 v 1

mtm 10/8/03

Ballard -00054

mfm 9/24/02

# CONFIDENTIAL
# EMPLOYEE REVIEW/SALARY ADJUSTMENT

## FRONT SHEET

Recommendation for:   Vanessa McFadden

Position:   Legal Secretary

Hire Date:                             Adjusted Hire Date:   6/15/1989

1. Current Salary:                    $ 53,200
2. Amount of Increase:                $ 2,660
3. New Salary Amount:                 $ 55,860
4. Percentage of Increase:            5 %
   Years of Service Bonus, if applicable:   $
5. Effective Date of Increase:        8/1/2002
6. Next Review Date:                  8/1/2003
7. HR Manager: _M. Riley-Jamison_
   Date: 9/20/02
8. Director of HR: _[signature]_ 9/25/02
9. Employee's Signature _Vanessa A. McFadden_
   Date: 9/20/02

Jamison #17
10/31/06 RH

Ballard -00056

## CONFIDENTIAL
## EMPLOYEE REVIEW/SALARY ADJUSTMENT

### FRONT SHEET

Supervisor, please complete numbers 1-5 and then forward to the Human Resources Department.

Recommendation for: *Vanessa McFadden*

Position: *Legal Secretary*

Hire Date: _____     Adjusted Hire Date: _____

1. Current Salary:        $ 47,500 —
2. Amount of Increase:    $ 2,375
3. New Salary Amount:     $ 49,875 + 2125 MKT ADJ
                                    ─────────
                                    52,000
4. Percentage of Increase:   5 %
                          + 4.48 % MKT.
                          ──────────────
   Years of Service Bonus, if applicable:  $ n/a   9.48 %
   Number of Years:

5. Supervisor's Signature: _____
   Date: 11/06/01

6. Effective Date of Increase: 08/01/2001

7. Next Review Date: 08/01/2002

8. Office Administrator: _____

9. Director of Human Resources: _____
   Date: 11/8/01

10. Employee's Signature: _____
    Date: _____ /01


Jamison #18
10/31/06   RH

PHL_A 1547729 v 1

Ballard -00075