**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

# MEMORANDUM

TO:   Vanessa McFadden

FROM:   Fern H. Forman

DATE:   November 1, 2002

RE:   <u>Family Medical Leave</u>

Meg has informed me that you are in need of time off to care for your husband. I was so sorry to hear of his illness. Attached are:

- Family & Medical Leave ("FMLA") Policy

- Request for Leave Questionnaire – please have your husband's doctor (whichever one you feel is most appropriate to complete this) complete this questionnaire and return to me in Philadelphia.

The following dates summarize your family medical leave under the Ballard Spahr Andrews & Ingersoll, LLP Family & Medical Leave Policy. Your leave began Thursday, October 17th:

| FMLA Coverage | 0% compensation from Ballard Spahr (except as defined below) | 10/17/2002 – 1/8/2003 |
|---|---|---|

You have accrued 34 days in 2002 [20 vacation, 10 sick, 2 optional holiday, 2 personal days]. In addition, our records show that you did not roll over any days from 2001. Lastly, our records show that you have taken 32 days thus far in 2002 [18 vacation, 10 sick, 2 optional holiday, 2 personal days]. Therefore, you have 2 days available to provide compensation during your leave.

Using the days above, you will receive 100% compensation from 10/17 – 10/18. If, however, you sign and return the Vacation/Sick Time Memorandum enclosed we will advance you time from 2003 and extend the period of time you will receive 100% compensation to 11/1. Days will begin to accrue again once you return to the office.

My thoughts are with you. Please let me know when you have returned to the office. If any of these dates change or you have any questions, please feel free to call me at 215-864-8914.

FHF

cc:   Mary Jane Massott
      Julie Elsasser
      Bob Fraterrigo

021