Nov-19-02  10:92am  From-ballard spahr andrews & ingersoll           202 661 7613           T-117  P.002/007  F-832

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP
# MEMORANDUM

TO: *Vanessa McFadden*
FROM: Fern H. Forman
DATE: 10/30/02
RE: Request for Leave of Absence

## INSTRUCTIONS

*Please read and follow these instructions carefully. Failure to provide all applicable information may result in the denial of requested leave benefits.*

The employee named above has applied for leave benefits under Ballard Spahr Andrews & Ingersoll, LLP's Family and Medical Leave Policy and/or Long-Term Disability Benefits Policy.

SECTION I: The employee must provide all requested information and sign this section.

SECTION II: The patient's Health Care Provider must provide all applicable information and sign this section. If handwritten, the information must be legible. A Health Care Provider is defined in the regulations under the Family and Medical Leave Act. If an employee has a question about whether a treating medical professional qualifies as a Health Care Provider, he/she should contact the Ballard Spahr Andrews & Ingersoll, LLP's Benefits Administrator.

SECTION III: The employee's licensed and qualified physician must provide all applicable information and sign this section. If handwritten, the information must be legible. The Health Care Provider completing Section II may complete Section III as well if he/she is a licensed and qualified physician, as required under Ballard Spahr Andrews & Ingersoll, LLP's Long-Term Disability Policy.

DATE MEDICAL CERTIFICATION MUST BE RETURNED: 11/21

Return this form to:   Fern Forman
                       Benefits Administrator
                       Ballard Spahr Andrews & Ingersoll, LLP
                       1735 Market Street, 51st Floor
                       Philadelphia, PA 19103

PHL_A 1171083 v 1

Nov-12-02  10:22am  From-ballard spahr andrews & ingersoll      202 661 7613           T-117  P.003/007  F-622

## BALLARD SPAHR ANDREWS & INGERSOLL, LLP
### MEDICAL CERTIFICATION
### SECTION I

#### EMPLOYEE INFORMATION

1. Employee's Name: Vanessa A. McFadden

2. If you have applied for leave to care for a family member, complete the following:

   a. Patient's Name: Cornelius McFadden

   b. Family Relationship. *Circle One:* Parent (Spouse) Child

   c. State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule: My husband is in stage 4 cancer. I am on my time off. It will be done on as needed basis.

   Vanessa A. McFadden                    11/3/02
   Employee's Signature                   Date

PHL_A 1171853 v 1

029

Nov-19-02  10:22am  From-ballard spahr andrews & ingersoll  202 661 7813  T-117  P.004/007  F-632

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION II

FAMILY & MEDICAL LEAVE/LONG TERM DISABILITY BENEFITS
HEALTH CARE PROVIDER

1. Employee's Name: _Vanessa A. McFadden_

2. Patient's Name (if different from employee): _Cornelius McFadden_

3. Health Care Provider's Statement - Serious Health Condition:

A "serious health condition" exists if the employee, or the employee's child, spouse or parent, has an illness, injury, impairment or physical or mental condition that fits into one (1) of the following categories. As used below:

"*Incapacity*" means the individual's inability to work, attend school or perform other regular daily activities due to the serious health condition, Treatment therefore, or recovery therefrom.

"*Treatment*" includes examinations to determine if a serious health condition exists and evaluation of the condition. "Treatment" does not include routine physical examinations, eye examinations or dental examinations.

"*Regimen of Continuing Treatment*" includes a course of prescription medication (e.g., antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. It does not include the taking of over-the-counter medications (e.g., aspirin, antihistamines or salves), bed rest, drinking fluids, exercise and other similar activities that can be initiated without a visit to a health care provider.

Does the employee or family member have a "serious health condition" as defined by the six categories below? *Please check the applicable category:*

A   HOSPITAL CARE
☐   An overnight stay in a hospital, hospice or residential medical care facility to receive inpatient care, including any period of Incapacity or subsequent Treatment in connection with or consequent to an overnight stay in a hospital, hospice or residential medical care facility to receive inpatient care.

B   ABSENCE PLUS TREATMENT. A period of Incapacity of more than three (3) consecutive calendar days (including any subsequent Treatment or period of Incapacity relating to the same condition), that also involves:

*You must check ONE of the following for this category to apply.*

☐   Treatment two (2) or more times by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider; or

☐   Treatments by a health care provider on at least one (1) occasion, which results in a Regimen of Continuing Treatment under the supervision of the health care provider.

C   PREGNANCY
☐   Any period of Incapacity due to pregnancy, or for prenatal care.

024

PHL_A 1171363 v 1

Nov-13-02   10:15am   From-ballard spahr andrews & ingersoll   202 661 7612   T-117   P.005/007   F-592

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION II

FAMILY & MEDICAL LEAVE/LONG TERM DISABILITY BENEFITS
HEALTH CARE PROVIDER

D   CHRONIC CONDITIONS REQUIRING TREATMENTS. A chronic condition which:

You must check ALL THREE of the following boxes for this category to apply:

☐   Requires periodic visits for Treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider; AND

☐   Continues over an extended period of time (including recurring episodes of a single underlying condition); AND

☐   May cause episodic rather than a continuing period of incapacity (e.g., asthma, diabetes, epilepsy, etc.).

E   PERMANENT/LONG-TERM CONDITIONS REQUIRING SUPERVISION

☒   A period of Incapacity which is permanent or long-term due to a condition for which Treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active Treatment by, a health care provider. Examples include Alzheimer's, a severe stroke or the terminal stages of a disease.

F   MULTIPLE TREATMENTS (NON-CHRONIC CONDITIONS). Any period of absence to receive multiple Treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for:

You must check ONE of the following for this category to apply:

☐   Restorative surgery after an accident or other injury; OR

☐   A condition that would likely result in a period of Incapacity of more than three (3) consecutive calendar days in the absence of medical intervention or Treatment, such as cancer (chemotherapy, radiation, etc.) severe arthritis (physical therapy), kidney disease (dialysis).

G   ☐ NONE OF THE ABOVE.

4.   Describe the medical facts which support your certification, including a brief statement as to how the medical facts meet the criteria of one of the categories:

*Pt. has terminal Colonic adeno Carcinoma (Stage 4). There is limited hope for recovery*

[signature]

PHL_A 1171883 v 1

025