Riley-Jamison, Meg (DC)

| | |
|---|---|
| From: | McFadden, Vanessa A. (DC) |
| Sent: | Friday, January 24, 2003 12:41 PM |
| To: | Riley-Jamison, Meg (DC) |
| Cc: | Henck, Charles S. (DC) |

This email is to inform you of my schedule as far as taking Mac in for his treatments. My sister will be taking every other Tuesday until March 31st. I'm in the process of trying to get family members and friends to replace her until his last treatment on June 2nd for that every other Tuesday. If I can work out something else I will keep you updated.

January 27th
February 3-5
February 10th
February 18-20th (Monday the 17th is President's day, clinical part is closed)
February 24th
March 3rd - 5th
March 10th
March 17th - 19th
March 24th
March 31st - April 2nd
April 7th
April 14th - 16th
April 21st
April 28th - 30th
May 5th
May 12th - 14th
May 19th
May 27th - 29th (May 26 - Memorial Day, clinic is closed)
June 2nd



Jamison #2
10/31/06 RH

1