Page 1

```
            UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MARYLAND
----------------------------X
VANESSA A. McFADDEN,           :

        Plaintiff,             :

     v.                        : Civil Case No.

BALLARD SPAHR ANDREWS &,       :   05cv2401 (RJL)

INGERSOLL, LLP, et al.,        :

        Defendants.            :
----------------------------X


                               Silver Spring, MD

                               October 31, 2006


        Deposition of JANET CRAIG, a witness
herein, called for examination by counsel for
Plaintiff in the above-entitled matter, taken at
The Law Offices of T. W. Murray, 1111 Bonifant
Street, Silver Spring, Maryland 20910, at 4:45
p.m., on Tuesday, October 31, 2006, reported by
Ray Heer III and transcribed under his direction.
```

Page 18

1    Q    Did you observe any -- anything about
2  Ms. McFadden's physical demeanor that led you to
3  believe that she was suffering from physical
4  limitation?
5    A    Can you expand on that?
6    Q    Sure.  Let's say, in 2003, did you
7  observe any physical limitations that Ms. McFadden
8  had?
9    A    If you're asking me, "Did she look
10 different?" --
11   Q    I'm not sure what you may have observed,
12 but I can go through, maybe, some examples, based
13 on other testimony.  Did you observe any
14 difficulty that Ms. McFadden experienced walking?
15   A    Sometimes.
16   Q    Did you observe any other physical
17 difficulties that she had in the year 2003?
18   A    I don't recall any.
19   Q    Did you have any discussions with any
20 firm manager or partner about Ms. McFadden's
21 medical condition?
22   A    Not in -- not in detail.

Page 21

1    Q    Do you recall discussing with Ms.
2 McFadden any belief on Mr. Henck's part that she
3 should put her husband in hospice care?
4    A    No.
5    Q    Did you and Ms. McFadden discuss her
6 placing her husband in hospice care?
7    A    Yes.
8    Q    What did the two of ya'll discuss about
9 that?
10   A    That it's a wonderful program.  They
11 have a lot to offer.  My husband had been in
12 hospice.  I explained how it worked for us, and
13 that she should talk with her husband's oncologist
14 and discuss hospice with them.
15   Q    How did she respond to that topic?
16   A    Initially, she wasn't ready to do
17 hospice, but there came a time when she did.
18   Q    Did Ms. McFadden ever communicate to you
19 that she felt she wasn't being treated fairly at
20 work?
21   A    When?
22   Q    Let's say in 2002.