BALLARD SPAHR ANDREWS & INGERSOLL, LLP

# MEMORANDUM

TO: *Vanessa McFadden*

FROM: Fern H. Forman

DATE: 9/29/03

RE: Request for Leave of Absence

## INSTRUCTIONS

*Please read and follow these Instructions carefully. Failure to provide all applicable information may result in the denial of requested leave benefits.*

The employee named above has applied for leave benefits under Ballard Spahr Andrews & Ingersoll, LLP's Family and Medical Leave Policy and/or Long-Term Disability Benefits Policy.

**SECTION I:** The employee must provide all requested information and sign this section.

**SECTION II:** The patient's Health Care Provider must provide all applicable information and sign this section. If handwritten, the information must be legible. A Health Care Provider is defined in the regulations under the Family and Medical Leave Act. If an employee has a question about whether a treating medical professional qualifies as a Health Care Provider, he/she should contact the Ballard Spahr Andrews & Ingersoll, LLP's Benefits Administrator.

**SECTION III:** The employee's licensed and qualified physician must provide all applicable information and sign this section. If handwritten, the information must be legible. The Health Care Provider completing Section II may complete Section III as well if he/she is a licensed and qualified physician, as required under Ballard Spahr Andrews & Ingersoll, LLP's Long-Term Disability Policy.

DATE MEDICAL CERTIFICATION MUST BE RETURNED: 11/15/03

Return this form to:   Fern Forman
                       Benefits Administrator
                       Ballard Spahr Andrews & Ingersoll, LLP
                       1735 Market Street, 51st Floor
                       Philadelphia, PA 19103

116

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION I

EMPLOYEE INFORMATION

1. Employee's Name: _Vanessa A. McFadden_

2. If you have applied for leave to care for a family member, complete the following:

   a. Patient's Name:

   b. Family Relationship, *Circle One:* Parent  Spouse  Child

   c. State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_Vanessa A. McFadden_   10/14/03
Employee's Signature    Date

117

PHL_A 1244514 v.1

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION II

## FAMILY & MEDICAL LEAVE/LONG TERM DISABILTY BENEFITS
## HEALTH CARE PROVIDER

1. Employee's Name: __VANESSA  A.  McFADDEN__

2. Patient's Name (if different from employee): _____

3. Health Care Provider's Statement - Serious Health Condition:

   A "serious health condition" exists if the employee, or the employee's child, spouse or parent, has an illness, injury, impairment or physical or mental condition that fits into one (1) of the following categories. As used below:

   *"Incapacity"* means the individual's inability to work, attend school or perform other regular daily activities due to the serious health condition, Treatment therefore, or recovery therefrom.

   *"Treatment"* includes examinations to determine if a serious health condition exists and evaluation of the condition. "Treatment" does not include routine physical examinations, eye examinations or dental examinations.

   *"Regimen of Continuing Treatment"* includes a course of prescription medication (e.g., antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. It does not include the taking of over-the-counter medications (e.g., aspirin, antihistamines or salves), bed rest, drinking fluids, exercise and other similar activities that can be initiated without a visit to a health care provider.

   Does the employee or family member have a "serious health condition" as defined by the six categories below? *Please check the applicable category:*

   A   HOSPITAL CARE
    ☐   An overnight stay in a hospital, hospice or residential medical care facility to receive inpatient care, including any period of Incapacity or subsequent Treatment in connection with or consequent to an overnight stay in a hospital, hospice or residential medical care facility to receive inpatient care.

   B   ABSENCE PLUS TREATMENT. A period of Incapacity of more than three (3) consecutive calendar days (including any subsequent Treatment or period of Incapacity relating to the same condition), that also involves:

    *You must check ONE of the following for this category to apply.*

     ☐   Treatment two (2) or more times by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider; or

     ☐   Treatments by a health care provider on at least one (1) occasion, which results in a Regimen of Continuing Treatment under the supervision of the health care provider.

   C   PREGNANCY
    ☐   Any period of Incapacity due to pregnancy, or for prenatal care.

118

3

PHL_A 1244514 v 1

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION II

FAMILY & MEDICAL LEAVE/LONG TERM DISABILTY BENEFITS
HEALTH CARE PROVIDER

5.
A. State the approximate date the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present incapacity if different):

COMMENCED — APRIL 2, 2003
DURATION — PERMANENT
PRESENTLY INCAPACITATED 9 MONTHS

B. Will it be necessary for the employee to take work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described in Item F below)? Circle One: (YES) or NO   INTERMITTENTLY

If yes, give the probable duration:

DURATION 9 MONTHS

C. If the condition is pregnancy-related (Serious Health Condition #3) or a chronic condition (Serious Health Condition #4), state whether the patient is presently incapacitated and the likely duration and frequency of episodes of incapacity:

NA

6.
A. If additional treatments will be required for the condition, provide an estimate of the probable number of such treatments:

#3 TREATMENTS

119

5

FHL_A 124453:4 v 1

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION II

FAMILY & MEDICAL LEAVE/LONG TERM DISABILTY BENEFITS
HEALTH CARE PROVIDER

   C  If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment?
Circle One: YES or NO     N/A

8.

   A  If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for transportation?
Circle One: YES or NO     N/A

   B  If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery? Circle One: YES or NO     N/A

   C  If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:     N/A

_____

_____

_____

10/14/03

_____         G.P.
Signature of Health Care Provider     Type of Practice

                                 396-4774
                              Telephone Number

PHILIP L. MUSSENDEN, M.D.
2001 BENNING RD., N.E.
WASHINGTON, D.C. 20002

   Name & Address

120

FHL_A 1244514 v 1

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
MEDICAL CERTIFICATION
SECTION III

LONG TERM DISABILTY BENEFITS
LICENSED & QUALIFIED PHYSICIAN

☑ If this box is checked, the employee has applied for Long-Term Disability Benefits from Ballard Spahr Andrews & Ingersoll, LLP. In addition to the information provided by the employee's Health Care Provider in Section II above, Ballard Spahr Andrews & Ingersoll, LLP requires that a licensed and qualified physician provide the following information, which will be used solely for purposes of determining the employee's eligibility for Long-Term Disability Benefits.

1. Diagnosis of Employee's Medical Condition:

   GRAVES DISEASE

2. Is the employee unable to perform all of the essential functions of his/her regular job with Ballard Spahr Andrews & Ingersoll, LLP because of the medical condition listed above? Please refer to the attached statement of the essential functions of the employee's job to answer this question. *Circle One:* (YES) or NO

_____
Signature of Physician

G.P.
Type of Practice

396-4734
Telephone Number

PHILIP L. MUSSENDEN, M.D.
2001 BENNING RD., N.E.
WASHINGTON, D.C. 20002
Name & Address

121

8

PHL_A 1244514 v 1