3. Cost

- Employees who elect Lifestyle insurance pay the full cost of coverage. The cost of the premium depends on your age and status as a smoker or non-smoker.

- Premium payments are made from after-tax income. In other words, premiums paid by the employer do not reduce the employee's taxable income.

4. Enrollment

- You can elect up to $100,000 of Lifestyle coverage without medical evidence of insurability upon joining BSA&I. (Medical evidence of insurability is a statement of proof of good health upon which the insurance company bases its decision to provide coverage.) In order to purchase coverage in excess of $100,000, an employee must submit medical evidence of insurability.

- Those who do not initially elect to purchase Lifestyle coverage may do so at a later date; however, you must submit evidence of insurability with your application regardless of the amount of coverage desired.

5. Termination of Employment

- Lifestyle Insurance is "portable." This means that if you leave BSA&I for any reason (other than retirement), the employee may keep the policy in force by continuing the required premium payments.

- Coverage terminates upon retirement.

L. Disability Insurance

- This Plan is designed to provide a means of partial income replacement in the event that an employee is out of work for an extended period of time due to a medical disability.



1. Definition of Disability

   a. Full Disability

   - You are considered fully disabled under BSA&I's Plan if, due to injury or illness, you are unable to perform each of the material duties of your regular occupation; and, after benefits have been paid for 24 months, you are unable to perform any of the material duties of any gainful occupation for which you may reasonably be suited by training, education or experience.

   b. Partial Disability

   - You are considered partially disabled under BSA&I's Plan if, due to illness or injury, you are

unable to perform all of the material duties of your pre-disability occupation on a full time basis; but you are performing at least one of the material duties of your regular occupation on a part-time or full-time basis, and is earning at least 20% less per month than pre-disability earnings indexed for inflation. You must first qualify for full disability before you can qualify for partial disability.

2. Determination and Verification of a Disability

- The nature and duration of any disability must be determined by the your physician. In order to receive disability benefits, you must submit written verification from your physician certifying that you qualify as disabled as it is defined above. Upon request, you must continue to provide such verification of the disability at your own expense. The insurance company may require an evaluation by a physician of its choice to verify disabilities.

3. Principal Provisions of the Plan

- The principal provisions of BSA&I's disability program are as follows:

    a. Pre-existing Conditions

    - The Disability Plan does not provide coverage for disabilities arising from pre-existing conditions which occur in the first 12 months following the effective date of coverage. A pre-existing condition is defined as a sickness or injury for which you, in the 3-month period prior to the date the your coverage became effective, either received medical treatment, consultation, care or services including diagnostic measures, or took prescribed drugs or medicines. Coverage generally becomes effective on the first day of the month following the date of hire.

    b. Income Replacement

    - The Disability Plan is designed to pay you 60% of your pre-disability compensation for the duration of the disability, following the Elimination Period (described below).

    - Compensation for purposes of determining benefits under this Plan is limited to base pay. Compensation does not include bonuses or overtime pay.

    - This benefit may be partially taxable when paid.

    - The maximum benefit payable is $10,000 per month.

123

c. Elimination Period

- Disability begins on the first business day following the last day worked. Under BSA&I's Disability Plan, the first 30 calendar days of disability are referred to as the Elimination Period. Compensation paid during the Elimination Period depends on the disabled employee's status:

  (1) Non-exempt Employees

    - Non-exempt employees receive no regular compensation during the elimination period. Any earned but unused sick, vacation, optional holidays or personal holidays may be used at this time. BSA&I holidays that fall during the elimination period may also be used at this time.

    - Non-exempt employees continue to accrue sick and vacation time during the elimination period.

  (2) Exempt Employees

    - Exempt employees receive 100% of their regular compensation during the elimination period.

    - Exempt employees continue to accrue vacation time during the elimination period.

d. Payment and Taxation of Benefits

- The 60% benefit begins on the 31st calendar day of disability.

- From the 31st day through the 90th day of disability, BSA&I pays the 60% benefit directly, and withholds applicable taxes and co-pays.

-  On the 91st day, UNUM, the insurance company providing this coverage, takes over direct payment of benefits on a monthly basis.

- While these benefits will continue to be subject to federal income taxes, the insurance company will not withhold income taxes without express written authorization from you. Directions to withhold must be made on *IRS FORM W4S*.

- Disability benefits continue to be subject to social security taxes up to the maximum taxable wage base, through the end of the sixth month of disability. Thereafter, they are no longer subject to

124

social security tax. The insurance company will automatically withhold applicable social security taxes.

e. Benefit Payment Period

- For disabilities commencing prior to age 60, benefits are paid through the disabled employee's 65th birthday.

- For disabilities commencing after age 60, the duration of benefits declines on a sliding scale, as shown in Exhibit C.

f. Offsets

- Benefits payable by the insurance company under the disability policy are reduced by the amount of any primary and family social security disability benefits received by you, any Worker's Compensation benefits received by you, and/or any income earned by you.

g. Indexing

- Disability benefits payable by the Insurance company will increase by 4% per year, representing a cost of living adjustment.



h. Termination of Employment

- Coverage under the Disability Plan ends upon separation from employment.

4. Impending Disabilities

- Any employee with knowledge of an impending disability must notify the Human Resources Department as soon as is reasonably possible. This includes, but is not limited to, pregnancy. Forms for this purpose are available from the Human Resources Department, and should be completed and signed by both the employee and the employee's immediate supervisor. All information regarding disability is maintained in BSA&I's confidential medical files.

5. Enrollment and Cost

- Enrollment in the Disability Plan is mandatory. A $3 co-pay is deducted from your biweekly paycheck as a contribution to the insurance premium. This contribution is deducted from after-tax income. Disability benefits received are non-taxable to the extent they are attributable to premiums paid by you. For this reason, disability benefits received from UNUM are not fully taxable. In recent years, approximately 80% of the benefits have been taxable to the recipients.

- You must complete the enrollment card, including the

125

*DISABILITY DISCLAIMER NOTICE*, to ensure proper coverage under the Plan.

### M. Pregnancy Disability

- Pregnancy disability is covered under BSA&I's Disability Plan, described above. Unless there are medical complications for the mother during or following delivery, a pregnancy disability generally will extend from 6 to 8 weeks following the date of birth.

### N. Worker's Compensation

- BSA&I maintains statutory worker's compensation coverage as required by applicable state laws. All employees, including part-time employees, are covered under this Plan.

- Employees must report immediately to the Human Resources Department any accident, bodily injury or illness caused or aggravated by the conditions of employment at BSA&I. You may lose benefits if you do not promptly report a work-related injury or illness.

### O. Travel Accident Insurance

- When an employee travels on firm business (other than a normal commute), BSA&I provides additional accidental death and dismemberment coverage which provides a death benefit in the amount of $50,000. Dismemberment benefits under the Business Travel Accident Insurance Plan are payable according to the schedule shown in Exhibit D. BSA&I pays the premium cost of this insurance.

### P. Child Care and Elder Care Referral Services

- BSA&I has engaged a consulting organization, The Partnership Group, to provide guidance to employees in need of child care (The Child Care Solution) or elder care (The Elder Care Connection).

- The service provides information on care options and providers. The Partnership Group is not a care provider.

- Employees deal directly with these organizations. Use of the service is confidential.

### Q. Physical Examinations

- BSA&I pays the full cost for physical examinations not otherwise covered by medical insurance for support staff employees with 10 or more years of service. Eligible employees under the age of 40 are entitled to a firm-paid physical every other year. Eligible employees age 40 or older are entitled to a firm-paid physical annually.

- The Human Resources Department will notify those entitled to a firm-paid physical examination at the beginning of each calendar year. Generally, those employees may opt to use a diagnostic clinic engaged by BSA&I, or the physician of your choice. Results of firm-paid physicals are not released to BSA&I.


R. Family & Medical Leave Act

126

- BSA&I has adopted this policy to implement the terms of the Family & Medical Leave Act of 1993 (FMLA).

1. Definitions

    a. Eligible Employee

      - An eligible employee is an individual who has been employed by BSA&I for at least 12 months and has worked at least 1,250 hours during the 12 month period preceding the commencement of the leave.

    b. Serious Health Condition

      - A serious health condition means an illness, injury, impairment, or physical or mental condition that involves either in-patient care or continuing treatment by a doctor of medicine or osteopathy who is authorized to practice medicine or surgery.

    c. Designated Leave Administrator

      - This means the Benefits Administrator.

    d. Work Week

      - The work week means the employee's normally scheduled hours of work during an ordinary week.

2. Entitlement to Leave

    - An eligible employee is entitled to a total of 12 work weeks of leave in the event of one or more of the following:

      (1) The birth of a son or daughter of the employee in order to care for such child (leave must be taken during the 12 month period following the birth).

      (2) The placement of a son or daughter with the employee for adoption or foster care (leave must be taken during the 12 month period following the placement).

      
      (3) A serious health condition of a spouse, son, daughter or parent of the employee that requires the employee to care for such individual.

      
      (4) A serious health condition of the employee that makes the employee unable to perform all of the essential functions of his or her job.

    - Leave taken under one or more of these circumstances will be counted against the employee's total 12-week entitlement. To determine the amount of remaining leave available, an employee should deduct the total amount of FMLA leave used in

127

the preceding 12-month period from the total 12-week entitlement.

### 3. Other Leave Benefits

- Family & Medical Leave under this policy shall be considered unpaid leave unless the employee is entitled to pay leave under another applicable leave policy of BSA&I including personal leave, sick leave, disability leave, and vacation.

- If an employee is eligible for paid leave, the employee must use all available paid leave during the period of absence. Paid leave shall be substituted for and counted against the employee's total 12 week entitlement of Family & Medical Leave.

- Additional unpaid leave under BSA&I's administrative leave program may be granted at the discretion of the Designated Leave Administrator. FMLA qualifying leave must be taken before administrative leave will be granted.

### 4. Intermittent Leave

- Leave due to the birth or placement of a son or daughter may not be taken intermittently or on a reduced work schedule basis without the written approval of the Designated Leave Administrator. Leave due to a Serious Health Condition may be taken intermittently or on a reduced work schedule when medically necessary. BSA&I may require the employee to transfer temporarily to an alternative position in order to better accommodate recurring periods of leave for foreseeable medical treatment.

### 5. Notice

- Employees are required to provide written notice of the need for leave, the reason for the leave, the anticipated timing and duration of the leave on BSA&I's Family Leave Medical Leave application form.

- When foreseeable, the employee shall provide such notice in writing to the Designated Leave Administrator at least 30 days before the commencement of the leave. Otherwise, notice shall be given as soon as possible before the leave.

- In the case of planned medical treatment for a Serious Health Condition, the employee shall make a reasonable effort to schedule the treatment so as not to disrupt the operations of BSA&I.

### 6. Medical Certification

- To take leave for a Serious Health Condition, an eligible employee shall provide BSA&I with a medical certification on an approved form completed by the health care provider of the employee or his/her family member within 15 calendar days of receiving the form. BSA&I may also require that the employee submit periodic recertifications.

12

- Failure to comply with these certification requirements will result in the denial or termination of leave.

### 7. Continuation of Group Health Benefits

- BSA&I shall maintain the employee's coverage under a group health plan during the period of family/medical leave under the same terms and conditions as though the employee was actively working.

- The employee is responsible for making necessary arrangements for premium payments with the Designated Leave Administrator prior to the commencement of the leave.

- If an employee fails to return to work following the expiration of a family/medical leave for a period of at least 30 days for a reason other than a Serious Health Condition or other circumstances beyond the employee's control, BSA&I will be entitled to the repayment by the employee for any premiums paid by BSA&I during the period of unpaid leave.

- The obligation of BSA&I to maintain the employee's coverage under any group health plan for purposes of this policy shall cease on the day BSA&I is informed of the employee's intent not to return to work from the leave. The employee shall be entitled to continuation coverage under COBRA.

### 8. Continuation of Life or Disability Insurance Benefits

- To the extent BSA&I continues an employee's life or disability insurance benefits during any period of leave under this policy, BSA&I shall be entitled to repayment from the employee for any premium paid on the employee's behalf during the period of the leave, regardless of whether the employee returns to work following the leave.

### 9. Return to Work

- Before returning to work following a Family & Medical Leave due to the employee's Serious Health Condition, the employee shall present a certification from his/her health care provider that the employee is able to resume work.


- Upon returning from a leave, the employee shall be restored in the position of employment held when the leave commenced or to an equivalent position.

### S. Other Insurance Benefits

- While not offered through BSA&I's Flex-Op Plan, BSA&I can assist employees in reviewing and obtaining several kinds of personal insurance coverage, including auto, homeowners and personal liability coverage.

- Working through BSA&I's insurance brokers and carriers, BSA&I can help identify insurance alternatives that give employees the benefit of discount group rates, flexible enrollment and renewal dates, and the complete portability of a personal insurance policy.

129

▲ ▲
▲ ▲

BALLARD SPAHR ANDREWS & INGER

# MEMORANDUM

*[handwritten: #4 get pd when go on leave]*

TO:

FROM: Mary Jane Massott

DATE: August 9, 2006

RE: <u>Family Medical Leave Act ("FMLA") Policy</u>

Ballard Spahr Andrews & Ingersoll, LLP has adopted this policy to implement the terms of the Family and Medical Leave Act of 1993. Eligible employees are entitled to family and medical leave on the terms and conditions stated in this policy, the regulations issued by the Department of Labor under the FMLA and in Ballard Spahr Andrews & Ingersoll, LLP's ("Ballard Spahr") other applicable leave policies.

## A. DEFINITIONS

For purposes of this policy, the following definitions apply:

1. "Eligible Employee" means an individual who has been employed by Ballard Spahr for at least 1,250 hours during the preceding 12-month period.

2. "FMLA Leave" means leave, which qualifies under the Family and Medical Leave Act of 1993 and the Department of Labor's regulations and is designated by Ballard Spahr as so qualifying.

3. "Leave Year" means the rolling 12 month leave period measured backward from the date each employee's leave commences.

4. "Serious Health Condition" means an illness, injury, impairment or physical or mental condition that involves either inpatient care or continuing treatment by a health care provider. It generally includes a period of incapacity due to pregnancy, prenatal care, a chronic health condition, a permanent or long-term health condition, or restorative or preventative treatment. For a more detailed definition of the conditions that qualify as serious health conditions, see the Certification of Health Care Provider form available from Ballard Spahr's Human Resources Department (Philadelphia x8911).

## B. ENTITLEMENT TO LEAVE

An Eligible Employee is entitled to a total of 12 workweeks (DC Employees are entitled to a total of 16 workweeks) of leave during each Leave Year in the event of one or more of the following:

1. The birth, adoption or foster care placement of a son or daughter of the employee and to care for such child. (Leave must be taken during the 12-month period following the birth or placement.)

2. A Serious Health Condition of a spouse, qualified domestic partner, son, daughter or parent of the employee if the employee is needed to care for such family member.

3. A Serious Health Condition of the employee that makes the employee unable to perform any one or more of the essential functions of his or her job.

Any leave taken under one or more of these circumstances will be counted against the employee's total entitlement for that Leave Year.

DMEAST #1253333 v1

Ballard -01359

Ballard Spahr Andrews & Ingersoll, LLP
Family Medical Leave Policy (con't)

Consistent with Ballard Spahr's policy regarding outside employment, employees are not permitted to engage in outside employment during the employee's regularly scheduled working hours while on FMLA Leave

### C. PAID LEAVE BENEFITS

FMLA Leave under this policy will be considered unpaid leave, unless the employee is entitled to paid leave under another applicable leave policy of Ballard Spahr, including medical leave, sick leave, temporary disability leave, family leave, vacation leave, or personal leave) If the employee is eligible for such paid leave, the employee will be required to exhaust the paid leave benefit upon the commencement of FMLA leave. Paid leave will be substituted for and counted toward the employee's total 12-week period of FMLA Leave

Employees on leave that qualifies both as workers' compensation and FMLA leave who are offered a light duty position will have the option of remaining on FMLA leave (and foregoing the light duty position and additional workers' compensation benefits) or terminating the FMLA leave to accept the light duty position

### D. INTERMITTENT OR REDUCED SCHEDULE LEAVE

Leave due to the birth or placement of a son or daughter may not be taken intermittently or on a reduced work schedule basis Leave due to a Serious Health Condition may be taken intermittently or on a reduced work schedule basis, when medically necessary. In which case, Ballard Spahr may require the employee to transfer temporarily to an available alternative position with an equivalent pay rate and benefits, including a part-time position, to better accommodate recurring periods of leave due to foreseeable medical treatment

### E. NOTICE

Employees are required to provide Ballard Spahr with notice of the need for leave, the FMLA-qualifying reason for the leave, the anticipated timing and duration of the leave, including the reason for such leave and the treatment schedule if intermittent or reduced schedule leave is requested. When the leave involves a qualifying family member, employees also are required to provide reasonable documentation to confirm the family relationship If the need for leave is foreseeable, the employee is required to provide such notice to Ballard Spahr's Human Resources Department (Philadelphia. x8911) at least 30 days before the commencement of the leave When impractical to do so under the circumstances, notice must be given as soon as possible

In the case of planned medical treatment for a Serious Health Condition, the employee is required to make a reasonable effort to schedule the treatment so as not to disrupt unduly the operations of Ballard Spahr

Employees are required to give additional notice as soon as practical whenever there is a change in the dates of scheduled leave Ballard Spahr periodically may require the employee to report on his/her status and intent to return to work.

Ballard Spahr will respond to requests for FMLA in writing, usually within two business days of the request, to notify the employee concerning eligibility for leave and the employee's rights and obligations with respect to the leave.

When Ballard Spahr learns of an FMLA reason for leave after a leave has commenced under another of Ballard Spahr 's policies, Ballard Spahr will designate the leave as FMLA-qualifying from the commencement of the event Employees are required to cooperate in providing Ballard Spahr with information needed to make this determination

### F. MEDICAL CERTIFICATION

In order to take leave due to a Serious Health Condition, an Employee is required to provide Ballard Spahr with a medical certification on the approved form completed by the health care provider of the employee or his/her family member, within 15 calendar days of receiving the form At Ballard Spahr's option, an employee must cooperate in providing a second certification by a health care provider designated by Ballard Spahr. Ballard Spahr also may require that the employee submit re-certification(s) on a periodic basis Failure to comply with these certification requirements will result in delay, denial or termination of leave

DMEAST #1253333 v1

Ballard -01360

Ballard Spahr Andrews & Ingersoll, LLP
Family Medical Leave Policy (con't)

### G. CONTINUATION OF GROUP HEALTH BENEFITS

Ballard Spahr will maintain the employee's coverage under a group health plan during the period of FMLA Leave under the same terms and conditions as though the employee were actively working. During the leave, the employee will be required to continue to make all premium payments that he/she otherwise would have had to make if actively employed. Where feasible, Ballard Spahr will advise the employee concerning the necessary arrangements for such payments prior to the commencement of the leave. If the employee fails to return to work following the expiration of FMLA Leave for a reason other than a Serious Health Condition or circumstances beyond the employee's control, Ballard Spahr will be entitled to the repayment by the employee of any premiums paid by Ballard Spahr during the leave. Failure to make timely premium payments may result in the termination of coverage.

### H. CONTINUATION OF OTHER BENEFITS

Consistent with Ballard Spahr's other leave policies, coverage under the following benefit plans or policies will continue under the terms and conditions stated below during the FMLA leave:

| | |
|---|---|
| Life Insurance | Full Firm Premium |
| Lifestyle Protection Insurance | Full Firm Premium |
| Long Term Disability | Full Firm Premium |

### I. RETURN TO WORK

Consistent with Ballard Spahr's practice, before returning to work following a medical leave due to the employee's Serious Health Condition (except for intermittent or reduced schedule leave), the employee will be required to present a certification from his/her health care provider that the employee is medically able to resume work. If the date on which an employee is scheduled to return to work from an FMLA Leave changes, the employee is required to give notice of the change, if foreseeable, to Ballard Spahr within two business days of the change.

Subject to the limitations below, an employee returning from FMLA Leave will be restored to the position of employment held when the leave commenced or to an equivalent position. Job restoration may be denied if conditions unrelated to the FMLA Leave have resulted in the elimination of the employee's position, or if the employee qualifies as a "key employee" (generally the highest paid 10% of the workforce). Key employees may be denied job restoration if it would cause substantial and grievous economic injury to Ballard Spahr, in which case the key employee will be notified of this decision.

### J. QUESTIONS

Questions about this policy or eligibility for FMLA Leave should be directed to Ballard Spahr, Mary Jane Massott, Human Resources Specialist, at (215) 864-8911.

DMEAST #1253333 v1

Ballard -01361

# AMERICANS WITH DISABILITIES ACT POLICY

It is the policy of Ballard Spahr to comply with the Americans with Disabilities Act and applicable state and local laws, which provide equal opportunities for qualified individuals with disabilities (as defined in those laws) who can perform the essential functions of a position with or without reasonable accommodation.

a) In all employment-related decisions, Ballard Spahr is committed to providing qualified individuals with disabilities the same consideration afforded all other qualified individuals. No qualified individual will be denied or removed from consideration for employment or transfer or promotion to any position because that individual (a) has a disability (as defined by applicable law); (b) has a history of disability; (c) is perceived as having a disability or (d) requires reasonable accommodation in order to perform the essential functions of the position.

b) **Reasonable Accommodation:** Ballard Spahr will provide reasonable accommodation to qualified individuals with disabilities as needed to assist such individuals to perform the essential functions of their jobs. Ballard Spahr will consider the possible modifications or adjustments that reasonably could be made to the position, the work environment and the manner in which the work is performed in order to allow the individual to qualify for consideration for the position or to perform the duties of the position currently held.

Ballard Spahr cannot accommodate a disability of which it has no knowledge. Ballard Spahr will not anticipate or presume that any individual has a disability. Thus, it is the responsibility of each employee other than lawyers or legal assistants to make known to the Director of Human Resources his/her need for accommodation in order to perform or qualify for a job. Lawyers and Legal Assistants should make such need for accommodation known to their Department Head or Office Managing Partner.

c) **Undue Hardship:** A proposed accommodation, though reasonable, will not be acceptable to Ballard Spahr if it imposes an undue hardship on Ballard Spahr because it is unduly costly, extensive, substantial or disruptive, impacts the ability of other employees to do their jobs or fundamentally alters the nature or operation of the Firm. Ballard Spahr, however, will continue to consider alternatives to the accommodation that do not create such an undue hardship.

d) **Direct Threat to Safety:** Ballard Spahr may reject an applicant for a position or remove an employee from a position if Ballard Spahr determines that the individual cannot perform the essential functions of the job without creating a direct threat to his/her health or safety or to others and that there is no reasonable accommodation that would eliminate that threat. Any direct threat determination will be made only after an individualized assessment is undertaken of the individual's specific limitations and the essential functions of the particular position.

DMEAST #9328318 v1

Ballard -01370