# Ballard Spahr Andrews & Ingersoll, LLP
## Leave of Absence Request Form

Name: Vanessa A. McFadden                 Date: 3-15-04

Office: DC Office           Department: Tax Department

---

**Initial Request:** (To be completed by employee requesting initial leave of absence)

I, Vanessa A. McFadden, request a leave of absence to begin on 10/16/03 and to end on indefinite for the following reason: (check one)

____ FMLA      ____ Personal      ____ Military      ✓ Other (explain)

Comments: Long Term Disability (multiple sclerosis medical conditions)

**Extension Request:** (To be completed by employee if requesting an extension of the time period of an already approved leave or a change in the reason – i.e., FMLA to Personal)

I, Vanessa A. McFadden, am currently on an approved leave of absence which began on 10/6/03 and ends indefinite. I would like to request an extension of my leave to be continued from 3/9/04 and to end on indefinite. I understand that if I am currently on an FMLA approved leave and this extension goes beyond the maximum 12 week (16 weeks in DC) period, my continued absence will not be covered by FMLA and as such, there is no job protection during this period nor is there a guarantee that a position will be available when I am ready to return to work.

Employee Signature: Vanessa A. McFadden                Date: 3/15/04

PHLA #1657356 v1

102