LAW OFFICES
## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

1735 MARKET STREET, 51st FLOOR
PHILADELPHIA, PENNSYLVANIA 19103-7599
215-665-8500
FAX: 215-864-8999
WWW.BALLARDSPAHR.COM

BALTIMORE, MD
CAMDEN, NJ
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

JOHN T. DIBATTISTA
DIRECTOR OF HUMAN RESOURCES
DIRECT DIAL: 215-864-8510
PERSONAL FAX: 215-864-9688
DIBATTISTAJ@BALLARDSPAHR.COM

May 20, 2004

Ms. Vanessa McFadden
3457 Massachusetts Avenue, SE
Washington, DC 20019

Dear Vanessa:

This will confirm our phone conversation of May 14, 2004 at which time we discussed your employment status given your approved extended leave had expired. At that time I offered you the opportunity to return to work which you declined stating that you are unable to work at this time.

Therefore, as your extended leave of absence has expired and you are unable to return to work your employment with Ballard Spahr is terminated effective May 14, 2004.

As was explained, you now will have access to the funds available in your 401(k) plan. Included in this package is information regarding your 2 outstanding loans as well as the documents and forms needed to direct how you want your funds handled.

With regard to your medical coverage, the firm has continued to pay the full premium on your behalf including your required employee contribution for the duration of your leave of absence. Although the policy does require an employee on a leave of absence to continue to pay their contribution toward medical coverage the firm will not require you to do so.

Your medical coverage will cease effective May 31, 2004 at which time you may elect to continue coverage through COBRA. Also included in this package is the COBRA information and forms you will need to complete in order to continue your medical coverage.

As was explained to you in our phone conversation, we contacted our supplemental life insurance carrier, UnumProvident, to investigate if our contract included a "Life Benefit" provision. This provision would allow for partial payment of the proceeds or face value of a life insurance policy to be made prior to the death of an insured if that insured is terminally ill with a defined life expectancy. Our existing policy did not include such a rider so we submitted a request to our carrier to add it to our policy. We did receive confirmation from

104

PHL_A #1951753 v1

Ms. Vanessa McFadden
Page 2
May 20, 2004


them that this rider has been added with a retroactive effective date of May 1, 2004 so that you may make application for the "Life Benefit under your husband's policy, if his medical condition supports it. I've included the application needed to apply for this rider. If you need assistance, please let us know. I must stress the importance of completing the "Life Insurance Election of Portability Coverage" form included with you COBRA package and continuing to make payments for this policy in order to pursue the "Life Benefit" rider.

You may also access the Employee Assistance Program (EAP) if you wish to speak with a counselor for financial or personal support. I've included a brochure with the phone number for the EAP.

Vanessa, on a personal note I wish you luck. If there is anything at all I can do please do not hesitate to let me know.


                                        Sincerely,

                                        John DiBattista

                                        John T. DiBattista
                                        Director of Human Resources


JTD/sb

Enclosures

106