## BALLARD SPAHR ANDREWS & INGERSOLL, LLP

### Response to Interrogatory No. 22
Legal Secretaries employed in the DC office between June 5, 1989 and May 14, 2004

| Name | Title | Location | Hire Date |
|---|---|---|---|
| Adams, Isabelle B | Legal Secretary | Washington D.C. | 6/23/1993 |
| Allen, Iris C | Legal Secretary | Washington D.C. | 7/22/2000 |
| Bantleon, Sharon A | Legal Secretary | Washington D.C. | 3/16/1992 |
| Bramble, Jennifer | Legal Secretary | Washington D.C. | 6/13/2001 |
| Bridgett, Wanda M | Legal Secretary | Washington D.C. | 4/1/1999 |
| Briscoe, Cassandra E | Legal Secretary | Washington D.C. | 10/22/1984 |
| Carter, Angela I | Legal Secretary | Washington D.C. | 2/3/1998 |
| Caulfield, Martha K | Legal Secretary | Washington D.C. | 1/4/1999 |
| Champion, Christine M | Legal Secretary | Washington D.C. | 3/1/2004 |
| Cherry, Beverly | Legal Secretary | Washington D.C. | 5/6/1998 |
| Coleman, Janice E | Legal Secretary | Washington D.C. | 11/1/1995 |
| Coleman, Pamela | Legal Secretary | Washington D.C. | 2/7/2000 |
| Corpening, Marie B | Legal Secretary | Washington D.C. | 8/31/1990 |
| Curry, Pamela D | Legal Secretary | Washington D.C. | 5/6/2002 |
| Dehaut, Kimberly D | Legal Secretary | Washington D.C. | 11/5/2001 |
| Drayton-Rodriguez, Sybil A | Legal Secretary | Washington D.C. | 9/17/2002 |
| Fenton, Ailsa W | Legal Secretary | Washington D.C. | 8/17/1998 |
| Finotti, Kathryn L | Legal Secretary | Washington D.C. | 2/22/1999 |
| Fitzpatrick, Rebecca J | Legal Secretary | Washington D.C. | 3/13/2000 |
| Fogleman, Heidi | Legal Secretary | Washington D.C. | 5/10/2004 |
| Gallant, Jane E | Legal Secretary | Washington D.C. | 7/24/2001 |
| Garduno, Elaine L | Legal Secretary | Washington D.C. | 5/25/1990 |
| Garris, Shirley H | Legal Secretary | Washington D.C. | 2/24/2003 |
| Goode, Ralphette K | Legal Secretary | Washington D.C. | 1/6/2003 |
| Gorman, Karen E | Legal Secretary | Washington D.C. | 3/30/1998 |
| Green, Shelby M | Legal Secretary | Washington D.C. | 9/18/2001 |
| Greene, Christine A | Legal Secretary | Washington D.C. | 6/22/2001 |
| Hall, Earnest G | Legal Secretary | Washington D.C. | 3/31/2003 |
| Hall, Martha A | Legal Secretary | Washington D.C. | 9/23/1997 |
| Hall, Traci A | Legal Secretary | Washington D.C. | 5/8/1995 |
| Hannah, Paula K | Legal Secretary | Washington D.C. | 9/10/1998 |
| Hasegawa, Mami | Legal Secretary | Washington D.C. | 7/22/2002 |
| Hearn, Christine M | Legal Secretary | Washington D.C. | 9/20/2001 |
| Hegi, Lorraine M | Legal Secretary | Washington D.C. | 1/28/1998 |
| Henderson, Linda M | Legal Secretary | Washington D.C. | 3/30/2001 |
| Hendy, Dariel L | Legal Secretary | Washington D.C. | 4/1/1999 |
| Hennessy, Pamela J | Legal Secretary | Washington D.C. | 9/30/1998 |
| Holbrook, Elizabeth | Legal Secretary | Washington D.C. | 9/9/2002 |
| Horn, Sherryl T | Legal Secretary | Washington D.C. | 10/20/1997 |
| Johnson, Sheila A | Legal Secretary | Washington D.C. | 1/2/2001 |
| Kenney, Melissa M | Legal Secretary | Washington D.C. | 4/5/2004 |
| Leifheit, Deanne R | Legal Secretary | Washington D.C. | 8/23/1993 |
| Levin, Claire M | Legal Secretary | Washington D.C. | 5/10/2002 |
| Lugo, Lydia | Legal Secretary | Washington D.C. | 1/13/1997 |
| Lutz, Christine CE | Legal Secretary | Washington D.C. | 2/17/2004 |
| MacGregor, Julie | Legal Secretary | Washington D.C. | 5/17/2001 |
| Mahrer, Rhea A | Legal Secretary | Washington D.C. | 4/1/1998 |
| McFadden, Vanessa A | Legal Secretary | Washington D.C. | 6/5/1989 |

CONFIDENTIAL

Ballard -1412

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

Response to Interrogatory No. 22
Legal Secretaries employed in the DC office between June 5, 1989 and May 14, 2004

| Name | Title | Location | Hire Date |
| --- | --- | --- | --- |
| Meagher, MaryEllen | Legal Secretary | Washington D.C. | 9/7/2001 |
| Mitchell, Pamela G | Legal Secretary | Washington D.C. | 10/21/1999 |
| Mora, Marybeth G | Legal Secretary | Washington D.C. | 1/1/1996 |
| Murray, Emily D | Legal Secretary | Washington D.C. | 3/11/2002 |
| Ng, Pikki C | Legal Secretary | Washington D.C | 10/4/2002 |
| O'Donnell, Kimiko T | Legal Secretary | Washington D.C. | 6/1/1999 |
| Osborn, Rena L | Legal Secretary | Washington D.C. | 11/17/2003 |
| Pappas, Andrea L | Legal Secretary | Washington D.C. | 1/12/1998 |
| Parker, Sevonne D | Legal Secretary | Washington D.C. | 7/22/2000 |
| Poole, Susan G | Legal Secretary | Washington D.C | 11/11/1996 |
| Potter, Sandra E | Legal Secretary | Washington D.C | 10/20/2003 |
| Quattrone, Rose M | Legal Secretary | Washington D.C. | 2/12/2001 |
| Quinn, Tell M | Legal Secretary | Washington D.C. | 4/30/2001 |
| Reynolds, Margaret A | Legal Secretary | Washington D.C. | 6/3/2002 |
| Rhym, Joyce M | Legal Secretary | Washington D.C. | 9/2/2003 |
| Riggle, Barbara A | Legal Secretary | Washington D.C. | 11/3/1986 |
| Sites, Lyndsey K | Legal Secretary | Washington D.C. | 5/10/2004 |
| Smith, Patricia C | Legal Secretary | Washington D.C. | 10/30/2000 |
| Stellar, Joyce E | Legal Secretary | Washington D.C. | 11/12/1998 |
| Sturges, Suzanne M | Legal Secretary | Washington D.C. | 1/13/1997 |
| Swanson, Lois J | Legal Secretary | Washington D.C. | 3/1/1993 |
| Tanis, Sharon L | Legal Secretary | Washington D.C. | 8/21/1995 |
| Tedford, Jolanda | Legal Secretary | Washington D.C. | 6/18/2001 |
| Testa, Susan D | Legal Secretary | Washington D.C | 6/3/2002 |
| Wallace, Cassandra G | Legal Secretary | Washington D.C. | 8/5/2002 |
| Williams, Ulernae | Legal Secretary | Washington D.C. | 5/19/1992 |
| Winestock, Cynthia B | Legal Secretary | Washington D.C. | 11/6/2000 |
| Winley, Jeanine R | Legal Secretary | Washington D.C. | 2/24/2003 |
| Yrure, Irene O | Legal Secretary | Washington D.C. | 6/9/1998 |

CONFIDENTIAL

Ballard -1411