June 7, 2004

To Whom It May Concern:

I, Velta Adams, (Vanessa McFadden's sister) took off every Tuesday from Mid-January to May 2004, to help care for my brother-in-law, Corneilus Mcfadden (who is terminally ill with colon metetases cancer), after he received his vaccine injections and chemo-therapy treatment.

I did this for my sister for financial reasons and my sister having the fear of losing her job. She was stating constantly that she was being harassed by the Human Resources Manager (Meg Riley-Jamison about her time off. Once my sister start getting ill she quoted that the harassing was getting worst from her Human Resources Manager, Ms. Meg Riley-Jamison.

Sincerely,

*Velta Adams*   *Velta Adams*

Velta D. Adams

District of Columbia:   Signed before me by:

*Velta D. Adams (onus)*

this 7th day of JUNE 2004

*[signature]*
Notary Public

Paul O. Collinson
Notary Public, District of Columbia
My Commission Expires September 14, 2005

055