BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTENDANCE/VACATION RECORD 2003

Name: Vanessa McFadden
Position: Legal Secr.
Location:

Emp. #:
Start Date: 6-5-1989
Term. Date:

| 1/2/2003 | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H | | | | S | | V | | H | | | |
| 2 | | | | V | S | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | OH | H | | | | | |
| 5 | | S | | | | V | | | | | | |
| 6 | | | V | | | V | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | P | | | | | | | | | | | |
| 9 | | | | | | | S | | | | | |
| 10 | | S | | | | | S | | | | | |
| 11 | | | | | | | DOCK | | | | | |
| 12 | | | | | | | DOCK | | | | | |
| 13 | V | | | | DOCK | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | MLK | | | | | | | | |
| 17 | | H | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | V | S | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | V | DOCK | | | | | | | | | | |
| 22 | DOCK | | | | | | | | | | | |
| 23 | | | | | | V | | | | | | |
| 24 | | | | | | V | | | | | | |
| 25 | | V | S | | | V | V | | | | | H |
| 26 | | | | | H | V | | | | | | H |
| 27 | | | | | | V | | | | | | |
| 28 | | | | | | | | | | | H | |
| 29 | | | | | | | | | | | | |
| 30 | | | | .55 | | V | | | | | | |
| 31 | | | | | | | | | | | | |

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation | 2 | 2 | 1 | 1 | | 7 | 2 | 10 | | | | |
| Personal | 1 | | | | | | | | | | | |
| Sick | 1 | 2 | 3 | .5 | 2 | 2 | | | | | | |
| FMLA | (6) | (5) | (4) | (3.5) | (3) | (7) | | | | | | |
| Funeral | | | | | | | | | | | | |
| Jury Duty | | | | | | | | | | | | |
| Opt. Holiday | 1 | | | | | 1 | | | | | | |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

STANDARD 35 hr (10-20 years)

| | days remaining from 2002 | days sold back | carry-over balance - 2002 | TO BE ACCRUED 2003 | days available to date | in 2003 | days remaining to date | in 2003 |
|---|---|---|---|---|---|---|---|---|
| vacation | 0 | — | 0.00 | 10.20.00 | | | | |
| sick | 0 | — | 0.00 | 10.00 | | | | |
| opt. holiday | 0.00 | 0.00 | 0.00 | 2.00 | | | | |
| personal | 0.00 | 0.00 | 0.00 | 2.00 | | | | |

Advanced 10 days of vacation ___
Advanced 10 days of 2004 leave in 2003 /mc

Jamison #4
10/31/06 RH

Standard 10-20 yr

1/2/2003

Ballard Spahr -01300

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTENDANCE/VACATION RECORD 2002

Name: Vanessa McFadden
Position: Legal Secretary
Location:

Emp. #:
Start Date: 6/5/1989
Term. Date:

|  | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H |  |  |  |  |  |  |  |  | ✓ | ✓ |  |
| 2 |  |  |  |  | ✓ |  |  |  | H | ✓ |  |  |
| 3 |  |  |  |  | ✓ |  |  |  |  | ✓ |  |  |
| 4 |  |  |  |  |  |  | H |  |  | ✓ |  |  |
| 5 |  |  |  |  |  |  | H |  |  |  |  |  |
| 6 |  |  |  |  |  | ✓ |  |  |  |  | ✓ |  |
| 7 |  |  |  |  |  | ✓ |  |  |  |  | ✓ |  |
| 8 |  |  |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  | ✓ |  |  |  |  |  |  |  |
| 10 |  |  |  |  | ✓ |  |  |  |  |  |  |  |
| 11 |  | F |  |  |  |  |  |  |  |  |  |  |
| 12 |  |  |  |  |  |  |  |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  | S |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  | ✓ |  |  |
| 18 |  | H |  |  |  |  |  |  |  | ✓ |  |  |
| 19 |  |  |  |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |  |  |  |
| 21 |  |  |  |  |  |  |  |  |  | ✓ |  |  |
| 22 |  | S |  |  |  |  |  |  |  | ✓ |  |  |
| 23 |  |  |  |  |  |  |  |  |  | ✓ |  |  |
| 24 |  |  |  |  |  |  |  |  |  | ✓ |  |  |
| 25 |  | P |  |  |  |  |  |  |  | ✓ |  | H |
| 26 |  |  | OH |  |  |  |  |  |  |  |  |  |
| 27 |  |  |  |  | H |  |  |  |  |  |  |  |
| 28 |  |  |  |  |  |  |  |  |  | ✓ | H |  |
| 29 |  |  |  | V |  |  |  |  |  | ✓ | H |  |
| 30 | S |  |  | V |  |  |  |  | V | ✓ |  |  |
| 31 |  |  |  |  |  |  |  |  |  | ✓ |  |  |

| | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vacation |  |  |  |  | 2 | 8 |  |  | 1 | 1 | 16 | 1 |
| Personal |  | 2 |  |  |  |  |  |  |  |  |  |  |
| Sick | 1 | 2 |  |  |  |  | 1 | 3 | 2 | 1 |  |  |
| FMLA |  |  |  |  |  |  |  |  |  |  |  |  |
| Funeral |  | 1 | 2 | 1 |  |  | 1 |  |  |  | 1 |  |
| Jury Duty |  |  |  |  |  |  |  |  |  |  |  |  |
| Opt. Holiday |  | 1 |  | 1 |  |  |  |  |  |  |  |  |
| TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

FULL TIME DAYS (10-20 years)

|  | days remaining from 2001 | days sold back | carry-over balance - 2001 | TO BE ACCRUED 2002 | days available in 2002 | days remaining in 2002 |
|---|---|---|---|---|---|---|
| vacation | — | — | 0.00 | 20.00 | 20.00 | 20.00 |
| sick | — | — | 0.00 | 10.00 | 10.00 | 10.00 |
| opt. holiday | n/a | n/a | n/a | 2.00 | 2.00 | 2.00 |
| personal | n/a | n/a | n/a | 2.00 | 2.00 | 2.00 |

Advanced 10 days Vac for 2003          Sick bank