LAW OFFICES
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
601 13TH STREET, N.W., SUITE 1000 SOUTH
WASHINGTON, D.C. 20005-3807
202-661-2200
FAX: 202-661-2299
WWW.BALLARDSPAHR.COM

PHILADELPHIA PA
BALTIMORE MD
DENVER CO
SALT LAKE CITY UT
VOORHEES NJ

February 7, 2003

▓▓▓ Holbrook
Legal Secretary
Ballard Spahr Andrews & Ingersoll, LLP
Washington, DC 20005

Dear Elizabeth:

This letter is to inform you that your employment with Ballard Spahr Andrews & Ingersoll is terminated for performance effective today, February 7, 2003.

Your paycheck on February 15th, will include payment through today. You will receive a check on February 28th, as well for the 5.25 days earned unused vacation

Upon notification of your separation, the Benefits Division will send you information regarding your eligibility to continue your health coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act (COBRA). Should you elect to continue your health insurance, you will be responsible or the full payment plus an administrative charge

Additionally, the Benefits Division will send you information on the 401(k) program and your options after separation

Please feel free to contact me if you have any questions. I can be reached at (202) 661-2232 or via email at rileyjamisonm@ballardspahr.com. My personal fax number is (202) 626-9059.

Sincerely,

*Meg Riley-Jamison*
Meg Riley-Jamison
Human Resources Manager

cc: Personnel file

CONFIDENTIAL

BALLARD -1443

LAW OFFICES
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
601 13TH STREET, N.W., SUITE 1000 SOUTH
WASHINGTON, D.C. 20005-3807
202-661-2200
FAX: 202-661-2299
WWW.BALLARDSPAHR.COM

PHILADELPHIA PA
BALTIMORE, MD
DENVER CO
SALT LAKE CITY UT
VOORHEES NJ

November 25, 2003

███████ Hall
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW, Ste. 1000 South
Washington, DC 20005

Dear Earnest,

We are sorry to inform you that with the departure of attorneys in the Energy group, the position you hold as a regular full-time Legal Secretary is being eliminated effective November 28, 2003.

We would like to provide you with pay representing the equivalent of your weekly salary through December 31, 2003. The separation pay will be paid in a lump sum as described in the attached Separation Agreement and General Release.

Your final paycheck, will include payment for time worked and holiday pay through November 28, 2003  Your leave balance is zero since you have exhausted all accrued leave through November 30.

Upon notification of your separation, the Benefits Division will send you information regarding your eligibility to continue your health coverage under the terms of the Consolidated Omnibus Budget Reconciliation Act (COBRA). Should you elect to continue your health insurance, you will be responsible or the full payment plus an administrative charge

Additionally, the Benefits Division will send you information on the 401(k) program and your options after separation

Please feel free to contact me if you have any questions. I can be reached at (202) 661-2232 or via email at rileyjamisonm@ballardspahr.com  My personal fax number is (202) 626-9059.

Sincerely,

*Meg Riley Jamison*

Meg Riley-Jamison
Human Resources Manager

cc: Personnel file

CONFIDENTIAL

BALLARD   -1444