UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**VANESSA A. MCFADDEN**              )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )  **Civil Case No. 05cv2401 (RJL/JMF)**
                                    )
**BALLARD SPAHR ANDREWS &**          )
**INGERSOLL, LLP et al.**            )
                                    )
    Defendants.                    )
_____)


**PLAINTIFF VANESSA MCFADDEN'S NOTICE OF FILING**

    Plaintiff, Vanessa A. McFadden, by and through undersigned counsel, hereby provides notice that Exhibits 23, 24, and 27 to her Opposition to Defendants' Motion for Summary Judgment are filed with the Court's civil clerk's office, as they contain and/or consist of confidential medical information. Counsel certifies that copies of these exhibits have been sent to Defendants via first-class mail at Defendants' counsel address of record.

    Respectfully submitted,

Dated: October 15, 2007        By**:**_____/s/_____
                                          Teresa W. Murray

                                        THE LAW OFFICES OF T.W. MURRAY
                                        7474 Greenway Center Drive
                                        Suite 820
                                        Greenbelt, Maryland 20770
                                        Phone: 301-982-2005
                                        Fax: 301-982-0004