UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**VANESSA A. MCFADDEN**               )
                                      )
    Plaintiff,     )
                                      )
  v.                         )   **Civil Case No. 05cv2401 (RJL/JMF)**
                                      )
**BALLARD SPAHR ANDREWS &**           )
**INGERSOLL, LLP et al.**             )
                                      )
    Defendants.    )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's Opposition and any and all replies thereto, it is this _____ day of _____ , 2007

**ORDERED** that Defendant's Motion is hereby **DENIED in its entirety**.

**SO ORDERED.**

 

                                                         _____
                                                         RICHARD J. LEON
                                                         United States District Judge