**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Vanessa A. McFadden, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV02401 |
| | ) | Judge Richard J. Leon |
| Ballard Spahr Andrews and | ) | |
| Ingersoll, LLP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### MOTION FOR ENTRY OF CONSENT ORDER

Counsel for Plaintiff and Defendants hereby move this Court to enter the attached consent

order pertaining to briefing on Defendants' Motion for Summary Judgment in this case.

Respectfully submitted,

_____\s_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314-3067
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*

_____\s_____
Teresa W. Murray, Esq. (D.C. Bar# 460430)
The Law Office of T.W. Murray
7474 Greenway Center Drive, Suite 820
Greenbelt, Maryland 20770-3538
(301) 982-2005
(301) 982-0004 (facsimile)
*Counsel for Plaintiff*