**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Vanessa A. McFadden,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV02401 |
| ) | Judge Richard J. Leon |
| **Ballard Spahr Andrews and** ) | |
| **Ingersoll, LLP,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CONSENT ORDER**

Upon the agreement of the parties, as evidenced by their signatures below, Defendants shall file their reply brief in support of their previously filed motion for summary judgment on or before November 5, 2007. This date is twenty-one days from the date of Plaintiff's filing on October 15, 2007 of, *inter alia*, Plaintiff's Response to Defendants' Statement of Undisputed Facts, corrected copy of Plaintiff's opposition memorandum, and exhibits.

Accordingly, the Scheduling Order entered in this case on July 24, 2007 hereby is amended to provide that Defendants shall have up to and including November 5, 2007 to file their reply brief in support of Defendants' motion for summary judgment.

ENTERED this _____ day of October, 2007.

_____
John M. Facciola, Magistrate Judge

SEEN AND AGREED:


_____\s_____
Teresa W. Murray, Esq. (D.C. Bar#460430)
The Law Offices of T.W. Murray, LLC
7474 Greenway Center Drive, Suite 820
Greenbelt, Maryland 20770-3538
(301) 982-2005
(301) 982-0004 (fax)
*Counsel for Plaintiff*


SEEN AND AGREED:


_____\s_____
Bernard J. DiMuro, Esq. (D.C. Bar #393020)
Jonathan R. Mook, Esq. (D.C. Bar #929406)
DiMURO GINSBERG, P.C.
908 King Street, Suite 200
Alexandria, VA  22314-3067
(703) 684-4333
(703) 548-3181 (facsimile)
*Counsel for Defendants*