**Exhibit B: Comparison of Leave Received by McFadden and her "Comparators"**

| Name | Position | Supervisor[1] | Leave Received | Compensation/Status Changes |
|---|---|---|---|---|
| Vanessa McFadden | Secretary | Charles Henck | FMLA - 2002 and 2003 non-FMLA (3 months) | McFadden received a part-time schedule in 2002-2003, but was not made a part-time employee. She applied accrued leave and was docked when accrued leave ran out. |
| Betty Hahn | Receptionist | | FMLA - 2003 non-FMLA (3 months) | Hahn applied accrued leave while on FMLA leave until it ran out. |
| Kathy Hannah | Secretary | | She received FMLA leave in 2002. She then worked part-time at 3 ½ days a weeks until 2003, when she returned to full-time | Hannah was paid part-time without full-time benefits or job protection while on a part-time schedule. |
| Rhea Maher | Secretary | Joe Fanone | In 2002, she received intermittent FMLA leave and worked 4 days a week. | Maher applied accumulated vacation days to cover her leave until they ran out and she was docked. |
| Judy Mintz | Secretary | Allen Winn | Mintz goes on a non-medical leave of absence in the summer. | While on a leave of absence, Mintz does not receive pay or benefits. |



---

[1]    Information on Exhibit B is taken from Defendants' Supplemental Answers to Plaintiff's Interrogatories, Exhibit 14.

| Elaine Wilbur | Secretary | Joseph Nealon | In 2001, Wilbur received a modified time schedule. She worked full-time hours but compressed her day by skipping lunch some days and working later other days. | Wilbur was a full-time employee and was not using FMLA or medical leave. |
| --- | --- | --- | --- | --- |

As set forth above, two of McFadden's putative comparators (Mintz and Wilbur) were not using FMLA or medically-related leave. A third (Hannah) received some FMLA leave, and then returned as a part-time employee. Maher also received FMLA leave intermittently. Like McFadden, she received a reduced schedule. Maher worked four days a week, taking the fifth day as intermittent FMLA leave. McFadden alternated between a three day and four day schedule while using intermittent FMLA leave. McFadden also compares herself to Hahn, who like McFadden received FMLA and non-FMLA leave.