Ballard Spahr Andrews & Ingersoll, LLP
Job Description
Receptionist

**Firm Address:** The Homer Building
601 13th Street, NW
Suite 1000 South
Washington, DC  20005

**Firm Description:** DC Office of Philadelphia based law firm.  Approximately 43 attorneys practicing in the areas of real estate, municipal finance, tax, energy, corporate and litigation.

**Position Title:** Receptionist

**Direct Reports:** Human Resources Manager

**Position Requirements:** 60 WPM typing.  Advanced Word, Outlook, and Internet skills.  Excellent customer service, interpersonal, switchboard, and organizational skills.  Must be punctual and reliable. Excellent communication skills (verbal and written). Ability to quickly utilize resources and make decisions with tact, diplomacy and discretion.  Flexible for overtime.

**Secondary Skills:** Prior experience as a receptionist in a law firm setting preferred.  Additional software experience a plus: DeltaView, Excel, PowerPoint, time and billing systems (Javelan, Carpe Diem), Docs Open, PC Docs, Soft Solutions or other document management software.

**Position Description:** Receive visitors, answer general questions and direct individuals to appropriate persons within the firm.  Receive telephone calls, take and deliver messages, assist with the placement of phone calls.  Act as daily central point of contact for lawyers, management, and staff.  Prepare reception area, pantry, business center, and conference rooms for start of business.  Coordinate conference room schedule.  Accept incoming and outgoing deliveries and maintain tracking logs.  Back up point of contact for outgoing overnight deliveries.  Familiarity with firm, office, and building resources, procedures, and personnel.  Occasional overtime.  Other administrative tasks include making travel arrangements; scheduling; meeting set up; file maintenance; personal accounts reconciliation; and other duties as assigned.

DC_DOCS_A #1091478 v1



| | |
|---|---|
| **Position Availability:** | Immediately. |
| **Other:** | This is a demanding position that requires an ability to multi-task while being thorough and accurate. Person should be detail oriented with a high degree of initiative. Firm will provide training in Javelan (a Barrister product) for time entry, MS Word, DOCS Open and other desktop software. Ability to work with others in a team setting. Congenial work environment. |
| **Salary:** | Based on experience. |
| **Benefits:** | 35 Hour work week, with overtime paid after 35 hours<br>20 Days Paid Time off (PTO accrued at 1.67 days per month)<br>7 Sick days (accrued at .58 days per month)<br>Medical Insurance $21-27 per pay period: HMO and PPO (Single coverage)<br>    Optional Medical family coverage available<br>Optional Prescription Drug Coverage available (if purchasing the PPO)<br>Free Individual Dental coverage<br>    Optional Family Dental coverage available<br>Free Life Insurance (1x salary, maximum $50,000 coverage)<br>    Optional Lifestyle Protection Insurance available for up to 5x salary<br>AD&D Benefits<br>Long Term Disability Insurance (Firm self-insures short term disability)<br>Medical and Dependent Care Flexible Spending Accounts<br>401(k) Program<br>    Eligible to enroll in your first quarter<br>    Integrated contribution by the Partners once a year<br>    401(k) matching after two years of employment (50% of first 6%)<br>Emergency daycare (back up to primary daycare or when schools are closed)<br>Employee Assistance Programs<br>Annual Performance Evaluation |
| **Other Amenities:** | Building Exercise Facility w/ racquetball court<br>Rooftop Deck available to all building tenants<br>Located at Metro Center on the red, blue and orange lines |
| **Apply to:** | Meg Riley-Jamison 202/661-2232<br>FAX: 202/626-9059<br>EMAIL: rileyjamisonm@ballardspahr.com |