## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VANESSA A. MCFADDEN** | ) | |
| Plaintiff, | ) | |
| v. | ) | **Civil Case No. 05cv2401 (RJL/JMF)** |
| **BALLARD SPAHR ANDREWS & INGERSOLL, LLP et al.** | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of Plaintiff's Motion to Strike Defendants' Reply to Plaintiff's Response to Statement of Undisputed Facts, Defendant's Opposition and any and all replies thereto, it is this _____ day of _____ , 2008, hereby **ORDERED** that:

1. Plaintiff's Motion to Strike is **GRANTED**; and

2. the Court will not consider Defendant's Reply to Plaintiff's Response to Statement of Undisputed Facts and Response to Statement of Genuine Issues of Material Fact for purposes of Defendant's Motion for Summary Judgment.

   **SO ORDERED.**

_____
John M. Facciola
United States Magistrate Judge