This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/24/2007 at 6:34 PM and filed on 10/24/2007
**Case Name:** MCFADDEN v. BALLARD SPAHR ANDREWS & INGERSOLL, LLP et al
**Case Number:** 1:05-cv-2401
**Filer:**
**Document Number:** No document attached

**Docket Text:**
MINUTE ORDER granting [51] Motion for Entry of Consent Order. It is hereby ORDERED that the motion is GRANTED and that defendants shall file their reply brief in support of their motion for summary judgment on or before 11/5/2007. Signed by Judge Richard J. Leon on 10/24/07. (lcrjl1)

**1:05-cv-2401 Notice has been electronically mailed to:**
Jonathan R. Mook jmook@dimuro.com
Bernard J. DiMuro bdimuro@dimuro.com
Constantinos G. Panagopoulos cgp@ballardspahr.com
Teresa White Murray twmurrayesq@yahoo.com, LOTWM@hotmail.com

**1:05-cv-2401 Notice will be delivered by other means to::**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 10/25/2007 at 11:23 AM and filed on 10/25/2007
**Case Name:** MCFADDEN v. BALLARD SPAHR ANDREWS & INGERSOLL, LLP et al
**Case Number:** 1:05-cv-2401
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Set/Reset Deadlines: Reply to Motion for Summary Judgment due by 11/5/2007. (whb)

**1:05-cv-2401 Notice has been electronically mailed to:**
Jonathan R. Mook jmook@dimuro.com
Bernard J. DiMuro bdimuro@dimuro.com
Constantinos G. Panagopoulos cgp@ballardspahr.com
Teresa White Murray twmurrayesq@yahoo.com, LOTWM@hotmail.com

**1:05-cv-2401 Notice will be delivered by other means to::**