UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VANESSA A. McFADDEN,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.                                                ) | Civil Action No. 05-2401 (RJL/JMF) |
| ) | |
| BALLARD, SPAHR, ANDREWS, &  ) | |
| INGERSOLL, LLP, et al.,            ) | |
| ) | |
| Defendants.    ) | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Strike Defendant's Reply to Plaintiff's Response to Statement of Undisputed Facts [#56] is **DENIED**.

**SO ORDERED.**

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2008.