**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **VANESSA A. MCFADDEN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **Civil Case No. 05CV2401 (RJL/JMF)** |
| | ) |
| **BALLARD SPAHR ANDREWS &** | ) |
| **INGERSOLL, LLP et al.** | ) |
| | ) |
| Defendants. | ) |

_____)

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

Please take Notice of the following address and telephone number change for

Plaintiff's counsel in the above-captioned matter:

**Teresa W. Murray
The Law Office of T.W. Murray
8403 Colesville Road
Suite 610
Silver Spring, Maryland 20910
Phone: 301-880-7235
Fax: 301-587-9397**


Respectfully submitted,


Dated: August 22, 2008                     By**:_____/s/_____**

                                               Teresa W. Murray
                                               The Law Office of T.W. Murray
                                               8403 Colesville Road, Suite 610
                                               Silver Spring, Maryland 20910
                                               Phone: 301-880-7235
                                               Fax: 301-587-9397

                                             **Counsel for the Plaintiff**